File Date: _____Dec. 17, 2007_____

Case No: _____07cv 7078_____

ATTACHMENT # _____1_____

EXHIBIT _____Q_____

TAB (DESCRIPTION) _____

# EXHIBIT

# Q

**Force medical leave statement**

August 25, 2004

To whom it may concern:

On August 24, 2004, I was asked by my superior to take a mandatory leave of absent due to a work restriction that says I had a limitation of 5 min. continuous walking. I do not want to take a leave; I have not ask for any special recommendation. I've done the job successfully without any pain on 8-24-04. I can do the job. I have no benefit time. I have had some ultra sound treatment to reduce swelling. I will be examine by my doctor to see if the treatment has helped and the restriction can be changed. I have an appointment on 8-25-04 at 4:15 p.m. My superior

said she will forward all information regarding

springfield mandatory request to take
a leave because my condition will or has
caused _hardship_ to the work area and
it is standard policy. As of august 25, 2004
I am on a medical leave due to the request
of my employer and it is without pay. Futhermore,
the injury is link to a Workman Compensation
Claim. I spoke to the Union President and she
advised me to write the statement, as requested,
and seek additional medical treatment with
a doctor. I am requesting that no youth is
allow in my office; and I can come back on
grounds to get the library movies for returns

STATE OF ILLINOIS — DEPARTMENT OF CORRECTIONS

**ADULT AND JUVENILE DIVISIONS**
**INCIDENT REPORT**

Institution/Program: _IYC-WARRENVILLE-Library_ Date and Time of Incident: _8-24-04 / 8³⁰- 2³⁰_

If the answer is yes to any of the following questions, explain in narrative below:

A. Was a Weapon Involved: YES ☐ NO ☒  B. Were Restraints/Force Used: YES ☐ NO ☒  C. Was Property Damaged: YES ☐ N

D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified: YES ☐ NO ☒  E. Were Arrests Made: YES ☐ NO ☒

F. Any Injuries/Hospitalizations: YES ☐ NO ☒  G. Were there Media Inquiries: YES ☐ NO ☒

| Inmates/Staff Involved: Name | I.D.# | Offense | Commitment Date. | | Witnesses to Incident: Name | I.D.# |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

Statement of Facts: (NARRATIVE)

On August 24, 2004 at about 8:40 A.m; of presented
my supervisor with a doctor statement. Which
reflects a small limitation. My duty to supervise
did direct female youths were not compromise.
of was able to do my duties as a staff
employee with the title of Library Associate
All duties were done in respect for doctor orders.

When zeroing behavior report of used a high chair.
Most of the area of need to report to are less
than five minutes from my office.

IYC Warrenville is an on ground facility and there are no
steps. of have an excellent Library Teaching class/
program, or of have ample help.                    (over)

_Jewith Graham_ 8/24/04 2.55pm

| Reporting Employee | Date/Time | Person Calling in Report | Person Accepting Report | Date/Time |
|---|---|---|---|---|

Administrative Assessment: _____

Chief Administrative Officer _____  Date/Time _____

Distribution:    Director
         Deputy Director of Appropriate Division          Legal Services (only if restraints/force used)
         Deputy Director of Bureau of Inspections and Audits    File

If in fact I can do one day of work I can do another. Under the the doctor order (dated 8-23-04). If in fact I am sent home because of procedure, I am requesting it to be with full pay and benefits. I understand clearly that if I work, I must not go above doctor orders. ———————— If in fact after complete evaluation under doctor, and the doctor feel like it is a hazard I will summit a Physican's statement. Currently, I will be reporting to work and be paid for it.

# EXHIBIT

# R

**A prepared Statement by Mrs. Cynthia N. Miller**



**Illinois**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

IYC Warrenville  /  P.O. Box 828  /  Warrenville, IL  60555  /  Telephone :(630) 983-8231  /  TDD:(800) 526-0844

# M E M O R A N D U M

**DATE:**     August 26,2004

**TO:**        Shawnetta Graham
                Library Associate, Warrenville

**FROM:**    Cynthia N. Miller  /c. n. Miller
                Education Administrator, IYC Warrenville

**SUBJECT:** Work Requirements


If  Shawnetta Graham can not work under the guidelines of the restrictions
where she is able to stand, walk and perform other duties of her assigned
job up to 60 minutes, then she is not able to work and will leave work until
such time she is able to follow the guidelines.


Shawnetta Graham                Signature: _Shawnetta Graham_

Union Representative            Signature: _Darl Li_

# EXHIBIT

# S

**Statement from YS II Mathew Mathis**

October 20, 2004

I testify that on September 09, 2004 that I was a witness in a meeting with C.N.Miller, school principal, and Shawnetta T. Graham, Library Associate, ; I witness at about 2:45 p.m and 3:00 p,m. that C.N. Miller stated that Shawnetta had to leave grounds because she had an injury. She stated that my doctor fax over a statement that stated my medical leave started immediately.


Witness: _____     date: _____

# EXHIBIT

# T

Physician statement starting from 09-09-2004

to 11-18-2004

# CMS
**ILLINOIS DEPARTMENT OF**
**CENTRAL MANAGEMENT SERVICES** **PHYSICIAN'S STATEMENT**

## AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): _Shauinetta Graham_   Date of Birth: _4-6-68_   Soc. Sec. Number: _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_

Present Address--Street or Rural Route: _1101 Assell Ave_

City: _AURORA_   State: _IL_   Zip Code: _60505_

Employed by State of Illinois: _Department of Correction_
(Agency, Board, Commission, Department)

Facility: _Illinois Youth Center_   Address: _30 W 200 Ferry Road_
_WARRENVILLE_   _Warrenville, IL 60505_

---

**COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.**

---

## 1. DIAGNOSIS (including any complications):

(a) Date of last examination:   Month: _9_   Day: _9_   19 _2004_

(b) Diagnosis including any complications: _(R) Ankle ATF disruption_

(c) Subjective symptoms: _PAIN & SWELLING_

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):
_MRI shows Discuption to (R) ATF_

## 2. DATES OF TREATMENT:

(a) Date of first visit:   Month: _8_   Day: _23_   19 _2004_
(b) Date of last visit:   Month: _9_   Day: _9_   19 _2004_
(c) Frequency:   Weekly ☑   Monthly ☐   Other ☐ – (Please specify): _____

## 3. TREATMENT:

(a) Please describe treatment including any surgery and/or medication prescribed: _CAM WALKER_

(b) Will treatment substantially improve function and employability?   Yes ☑   No ☐   If yes, specify: _____

---

**IMPORTANT NOTICE**

This state agency is requesting disclosure of information that is necessary to accomplish the statutory purpose as outlined under Chp. 127, 63b, 108c(2). Disclosure of this information is VOLUNTARY. This form has been approved by the State Forms Management Center.

CMS–95 (9/82)   IL401–0784

**4. PROGRESS: (Please check appropriate box provided below):**
- (a) The patient has:   Recovered ☐   Improved ☐   Remained unchanged ☑   Retrogressed ☐,
- (b) The patient is:   Ambulatory ☑   House confined ☐   Bed confined ☐   Hospital confined ☐
- (c) Has the patient been hospital confined because of current condition?   Yes ☐   No ☑
   If yes, give name and address of hospital: _____

Confined from:   Month _____ Day ____ 19 ____ through   Month _____ Day ____ 19 ____

**5. LIMITATION: (If there is a limitation, check appropriate box and describe below):**
Standing ☑     Climbing ☑   Bending ☑   Use of hands ☐   Sitting ☐   Walking ☑   Stooping ☐
Lifting ☑   Psychological ☐   Other ☐   (Please specify): _ _ _ _ _ _ _ _ _ _ _ _ _
*the is limitation for the above checked areas*

**6. PHYSICAL IMPAIRMENT: (*As defined in Federal Dictionary of Occupational Titles):**
- ☐ CLASS 1 –   No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)
- ☐ CLASS 2 –   Medium manual activity* (15-30%)
- ☑ CLASS 3 –   Slight limitation of functional capacity; capable of light work* (35-55%)
- ☐ CLASS 4 –   Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)
- ☐ CLASS 5 –   Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)
- ☐ REMARKS ~ _____

**7. EXTENT OF DISABILITY:**

| | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|
| (a) In your opinion is patient now temporarily totally disabled? | Yes ☐   No ☑ | | | Yes ☐   No ☑ | | |
| | MONTH | DAY | YEAR 19 | MONTH | DAY | YEAR 19 |
| (b) If no, when was patient able to go to work? | | | | | | |
| (c) If yes, when do you think patient will be able to resume any work? | MONTH 9 | DAY 9 | YEAR 19 2004 | MONTH 9 | DAY 9 | YEAR 19 2004 |
| | (Approximate Date) | | | Indefinite ☐   Never ☐ | | |
| (d) In your opinion is patient permanently and totally disabled for employment? | Yes ☐   No ☑ | | | Yes ☐   No ☐ | | |
| (e) If answer to (d) is "yes", please explain. | | | | | | |

**8. REMARKS:**
Next Visit 9-16-04

Attending Physician's Signature: _Kristyn Neill_   Degree: _DPM_   Date: _9-9-04_
PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name: _____

Physician's Office Street Address: _____

City: _____ State: _____   Zip Code: _____   Phone Number: _____

TO EMPLOYEES: You are responsible for having this form _____

## AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): Shawnetta Graham     Date of Birth: 6-6-68     Soc. Sec. Number: 340-64-149

Present Address—Street or Rural Route: 1101 Assell Ave.

City: Aurora     State: IL     Zip Code: 60505

Employed by State of Illinois: Illinois Department of Corrections

(Agency, Board, Commission, Department)

Facility: Illinois Youth Center Warrenville     Address: 30 West 200 Ferry Road Warrenville, IL 60505

> **COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.**

### 1. DIAGNOSIS (including any complications):

(a) Date of last examination: Month: 9 Day: 16 19 2004

(b) Diagnosis including any complications:

R Ankle ATF disruption

(c) Subjective symptoms:

Pain & Swelling

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):

Same as prior

### 2. DATES OF TREATMENT:

(a) Date of first visit: Month: 9 Day 23 19 2004
(b) Date of last visit: Month: 9 Day: 16 19 2004
(c) Frequency: Weekly ☑  Monthly ☐  Other ☐ — (Please specify): _____

### 3. TREATMENT:

(a) Please describe treatment including any surgery and/or medication prescribed: Cam Walker Motrin B/L

(b) Will treatment substantially improve function and employability? Yes ☑  No ☐   If yes, specify:

IMPORTANT NOTICE

This state agency is requesting dis... accomplish the statutory purpose as outlined under Chp. 127, ... disclosure of this information is VOLUNTARY. This form has been ap... gement Center.

CMS-95 (9-82)     Il 401-0794     Printed on Recycled Paper

**4. PROGRESS:** (Please check appropriate box provided below):

(a) The patient has:   Recovered ☐   Improved ☑   Remained unchanged ☐   Retrogressed ☐

(b) The patient is:   Ambulatory ☑   House confined ☐   Bed confined ☐   Hospital confined ☐

(c) Has the patient been hospital confined because of current condition?   Yes ☐   No ☑

If yes, give name and address of hospital: _____

Confined from:   Month _____ Day ____ 19 ____   through   Month _____ Day ____ 19 ____

---

**5. LIMITATION:** (If there is a limitation, check appropriate box and describe below):

Standing ☑   Climbing ☑   Bending ☑   Use of hands ☐   Sitting ☐   Walking ☑   Stooping ☑

Lifting ☑   Psychological ☐   Other ☐ (Please specify): ___ up to 60 minutes

---

**6. PHYSICAL IMPAIRMENT:** (*As defined in Federal Dictionary of Occupational Titles):

☐ CLASS 1 — No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)

☐ CLASS 2 — Medium manual activity* (15-30%)

☑ CLASS 3 — Slight limitation of functional capacity; capable of light work* (35-55%)

☐ CLASS 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

☐ CLASS 5 — Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)

☐ REMARKS — _____

---

**7. EXTENT OF DISABILITY:**

|  | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|
|  | Yes ☐ | No ☑ | | Yes ☑ | No ☐ | |
|  | MONTH | DAY | YEAR | MONTH | DAY | YEAR |

(a) In your opinion is patient now temporarily totally disabled?

(b) If no, when was patient able to go to work?   |  |  | 19 |  |  | 19 |

(c) If yes, when do you think patient will be able to resume any work?   |  |  | 19 |  | Currently | 06 |

(Approximate Date)   Indefinite ☐   Never ☐

(d) In your opinion is patient permanently and totally disabled for employment?   Yes ☐   No ☐      Yes ☐   No ☑

(e) If answer to (d) is "yes", please explain.

_Just limited in activity_
_or to work a limitation_

---

**8. REMARKS:**

_It will be seen weekly for_
_evaluation — May work at_
_this time in can. Walkers_
_taking Motrin for pain   Next appt_
_9-23-04_

---

Attending Physician's Signature: _(signature)_   Degree: _DPM_   Date: _9-6-4_

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name: _Misty McNeill_

Physician's Office Street Address: **LOMBARD FOOT & ANKLE CLINIC**   Zip Code: ____   Phone Number: ____

Dr. Esther Lynn

City: ____   State: ____   **18 E. Charles Rd., Suite 906**

**Lombard, IL 60141**

## AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): Shawnetta Graham     Date of Birth: 6-6-68     Soc. Sec. Number: 340-64-14

Present Address—Street or Rural Route: 1101 Assell Ave

City: Aurora     State: IL     Zip Code: 60505

Employed by State of Illinois: Illinois Department of Corrections
(Agency, Board, Commission, Department)

Facility: Illinois Youth Center Warrenville     Address: 30 West 200 Ferry Road Warrenville, IL 60505

---

**COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.**

---

**1. DIAGNOSIS (including any complications):**

(a) Date of last examination:   Month: 9   Day: 23   19 2004

(b) Diagnosis including any complications:

Ankle Sprain B/L
Tendinitis Left

(c) Subjective symptoms:

Pain Swelling B/L

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):

None new
Same as previous

---

**2. DATES OF TREATMENT:**

(a) Date of first visit:   Month: 8   Day: 23   2004
(b) Date of last visit:   Month: 9   Day: 23   2004
(c) Frequency:   Weekly ☒   Monthly ☐   Other ☐ — (Please specify):

---

**3. TREATMENT:**

(a) Please describe treatment including any surgery and/or medication prescribed:   Soft Cast (L)
Unna Boot & CB Cam Walker

(b) Will treatment substantially improve function and employability?   Yes ☒   No ☐   If yes, specify:

---

**IMPORTANT NOTICE**
This state agency is requesting disclosure of information that is necessary to accomplish the statutory purpose as outlined under Chp. 127, 63b, 108c(2). Disclosure of this information is VOLUNTARY. This form has been approved by the State Forms Management Center.

**4. PROGRESS:** (Please check appropriate box provided below):

(a) The patient has:   Recovered ☐   Improved ☑   Remained unchanged ☐   Retrogressed ☐
(b) The patient is:   Ambulatory ☐   House confined ☐   Bed confined ☐   Hospital confined ☐
(c) Has the patient been hospital confined because of current condition?   Yes ☐   No ☑
   If yes, give name and address of hospital: _____

Confined from:   Month _____ Day _____ 19 ____ through Month _____ Day _____ 19 ____

**5. LIMITATION:** (If there is a limitation, check appropriate box and describe below):

Standing ☑   Climbing ☑   Bending ☑   Use of hands ☐   Sitting ☐   Walking ☑   Stooping ☑
Lifting ☑   Psychological ☐   Other ☐ (Please specify)> _up to 60 min_

**6. PHYSICAL IMPAIRMENT:** (*As defined in Federal Dictionary of Occupational Titles):

☐ **CLASS 1** — No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)
☐ **CLASS 2** — Medium manual activity* (15-30%)
☑ **CLASS 3** — Slight limitation of functional capacity; capable of light work* (35-55%)
☐ **CLASS 4** — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)
☐ **CLASS 5** — Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)
☐ **REMARKS** — _____

**7. EXTENT OF DISABILITY:**

| | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|
| (a) In your opinion is patient now temporarily totally disabled? | Yes ☐ No ☑ | | | Yes ☐ No ☑ | | |
| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (b) If no, when was patient able to go to work? | Currently | | 19 | Currently | | 19 |
| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (c) If yes, when do you think patient will be able to resume any work? | | | 19 | | | 19 |
| | (Approximate Date) | | | Indefinite ☐ Never ☐ | | |
| (d) In your opinion is patient permanently and totally disabled for employment? | Yes ☐ No ☐ | | | Yes ☐ No ☐ | | |
| (e) If answer to (d) is "yes", please explain. | | | | | | |

_____
_____
_____
_____

**8. REMARKS:** _She will be seen weekly until further notice_

LOMBARD FOOT & ANKLE CLINIC
Dr. Esther Lyon
6 E. St. Charles Rd., Suite 100
Lombard, IL 60148

Attending Physician's Signature: _McNeil McNeil_    Degree: _DPM_   Date: _9/24/__
PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name: _McNeil_
Physician's Office Street Address: _6 E St Charles Rd_
City: _Lombard_   State: _IL_   Zip Code: _____   Phone Number: _____

## AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): Shawnetta Graham     Date of Birth: 6-6-68     Soc. Sec. Number: 340-64-14

Present Address—Street or Rural Route: 1101 Assell Ave

City: Aurora     State: IL     Zip Code: 60505

Employed by State of Illinois: Illinois Department of Corrections
(Agency, Board, Commission, Department)

Facility: Illinois Youth Center Warrenville     Address: 30 West 200 Ferry Road Warrenville, IL 60505

> **COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.**

### 1. DIAGNOSIS (including any complications):

(a) Date of last examination: Month: 10 Day: 04 19xx 2004

(b) Diagnosis including any complications:

B/L Ankle injuries/sprains.

(c) Subjective symptoms:

Pain and Swelling B/L
Improving

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):

Same as previous / unchanged.

### 2. DATES OF TREATMENT:

(a) Date of first visit: Month: 8 Day: 23 19XX 2004
(b) Date of last visit: Month: 10 Day: 04 19XX 2004
(c) Frequency: Weekly ☒ Monthly ☐ Other ☐ — (Please specify):

### 3. TREATMENT:

(a) Please describe treatment including any surgery and/or medication prescribed: None new - Continue to wear Cam Walker & orthotics at

(b) Will treatment substantially improve function and employability? Yes ☐ No ☐ If yes, specify: all times

**IMPORTANT NOTICE**
This state agency is requesting disclosure of information that is necessary to accomplish the statutory purpose as outlined under Chp. 127, 63b, 108e(2). Disclosure of this information is VOLUNTARY. This form has been approved by the State Forms Management Center.

CMS-95 (9/82)     IL 401-0784

Printed on Recycled Paper

**4. PROGRESS:  (Please check appropriate box provided below):**
(a) The patient has:   Recovered ☐    Improved ☒   Remained unchanged ☐    Retrogressed ☐
(b) The patient is:   Ambulatory ☒  -  House confined ☐    Bed confined ☐    Hospital confined ☐
(c) Has the patient been hospital confined because of current condition?   Yes ☐   No ☒
    If yes, give name and address of hospital: _____

Confined from:  Month_____ Day _____ 19 ____ through  Month _____ Day_____ 19 ____

---

**5. LIMITATION:  (If there is a limitation, check appropriate box and describe below):**
Standing ☒    Climbing ☒    Bending ☒    Use of hands ☐    Sitting ☐    Walking ☒    Stooping ☐
Lifting ☒    Psychological ☐    Other ☐  (Please specify): __Up to 60 min.__

---

**6. PHYSICAL IMPAIRMENT:  (*As defined in Federal Dictionary of Occupational Titles):**
☐  CLASS 1 —  No limitation of functional capacity; capable of heavy work*  No restrictions (0-10%)
☐  CLASS 2 —  Medium manual activity* (15-30%)
☒  CLASS 3 —  Slight limitation of functional capacity; capable of light work* (35-55%)
☐  CLASS 4 —  Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)
☐  CLASS 5 —  Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)
☐  REMARKS — _____

---

**7. EXTENT OF DISABILITY:**

| | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|

(a) In your opinion is patient now temporarily totally disabled?   From Any Occupation: Yes ☐  No ☒   From Patient's Regular Occupation: Yes ☐  No ☒

| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|
| (b) If no, when was patient able to go to work? | Currently | ☒ | | Currently | ☒ | |
| (c) If yes, when do you think patient will be able to resume any work? | MONTH | DAY | 19 | MONTH | DAY | 19 |

(Approximate Date)        Indefinite ☐   Never ☐

(d) In your opinion is patient permanently and totally disabled for employment?   Yes ☐   No ☐      Yes ☐   No ☐

(e) If answer to (d) is "yes", please explain.
_____
_____
_____
_____

---

**8. REMARKS:**
_____
~~Patient will be seen weekly until further notice~~
_____

*signature*

LOMBARD FOOT & ANKLE CLINIC
Dr. Esther Lyon
6 E. St. Charles Rd.  Suite 100
Lombard, IL 60148

Attending Physician's Signature: _____    Degree: __DPM__  Date: __10/4/(1)__
PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name: __MISTY McNEILL__
Physician's Office Street Address: __6 East St. Charles Road__
City: __Lombard__    State: __IL__    Zip Code: __60148__    Phone Number: __(630) 495-1240__

**LMS** ILLINOIS DEPARTMENT OF
**CENTRAL MANAGEMENT SERVICES**     **PHYSICIAN'S STATEMENT**

### AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): Shawnetta Graham          Date of Birth: 6-6-68     Soc. Sec. Number: 340-64-144

Present Address—Street or Rural Route: 1101 Assell Ave

City: Aurora          State: IL          Zip Code: 60505

Employed by State of Illinois: Dept of Corrections
(Agency, Board, Commission, Department)

Facility: IYC WARRENVILLE          Address: 30 W 200 Ferry Road
WAR, IL 60555

**COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.**

### 1. DIAGNOSIS (including any complications):

(a) Date of last examination:   Month: 11   Day: 18   19 04

(b) Diagnosis including any complications: edema Bil ankle

(c) Subjective symptoms: No pain

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):
edema ⊕ AT region (antootlofhlus region)

### 2. DATES OF TREATMENT:

(a) Date of first visit:   Month: 08   Day: 23   19 2004
(b) Date of last visit:    Month: 11   Day: 18   19 2004
(c) Frequency:   Weekly ☐   Monthly ☐   Other ☐ — (Please specify): 2x a mo.

### 3. TREATMENT:

(a) Please describe treatment including any surgery and/or medication prescribed: Ultrasound treat orthotics

(b) Will treatment substantially improve function and employability?   Yes ☒   No ☐   If yes, specify: relieve discomfort.

**IMPORTANT NOTICE**
This state agency is requesting disclosure of information that is necessary to accomplish the statutory purpose as outlined under Chp. 127, 63b, 108c(2). Disclosure of this information is VOLUNTARY.

CMS-95 (9/83)

**4. PROGRESS: (Please check appropriate box provided below):**
- (a) The patient has:   Recovered ☑   Improved ☐   Remained unchanged ☐   Retrogressed ☐
- (b) The patient is:   Ambulatory ☑   House confined ☐   Bed confined ☐   Hospital confined ☐
- (c) Has the patient been hospital confined because of current condition?   Yes ☐   No ☑
  If yes, give name and address of hospital: _____

Confined from:  Month _____ Day _____ 19 _____ through Month _____ Day _____ 19 _____

**5. LIMITATION: (If there is a limitation, check appropriate box and describe below):**
Standing ☐   Climbing ☐   Bending ☐   Use of hands ☐   Sitting ☐   Walking ☐   Stooping ☐
Lifting ☐   Psychological ☐   Other ☐ (Please specify): _____ NONE

**6. PHYSICAL IMPAIRMENT: (*As defined in Federal Dictionary of Occupational Titles):**
- ☑ CLASS 1 – No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)
- ☐ CLASS 2 – Medium manual activity* (15-30%)
- ☐ CLASS 3 – Slight limitation of functional capacity; capable of light work* (35-55%)
- ☐ CLASS 4 – Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)
- ☐ CLASS 5 – Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)
- ☐ REMARKS – _____

**7. EXTENT OF DISABILITY:**

|  | From Any Occupation | | From Patient's Regular Occupation | |
|---|---|---|---|---|
| (a) In your opinion is patient now temporarily totally disabled? | Yes ☐  No ☑ | | Yes ☐  No ☑ | |
|  | MONTH / DAY / YEAR | | MONTH / DAY / YEAR | |
| (b) If no, when was patient able to go to work? | 11 / 20 / 15-20 | | 11 / 20 / 10-05 |
|  | MONTH / DAY / YEAR | | MONTH / DAY / YEAR | |
| (c) If yes, when do you think patient will be able to resume any work? | 19 | | 19 | |
|  | (Approximate Date) | | Indefinite ☐  Never ☐ | |
| (d) In your opinion is patient permanently and totally disabled for employment? | Yes ☐  No ☑ | | Yes ☐  No ☑ | |
| (e) If answer to (d) is "yes", please explain. | | | | |

_____
_____
_____

**8. REMARKS:**

LOMBARD FOOT & ANKLE CLINIC
Dr. Esther Lyon
6 E. St. Charles Rd., Suite 100
Lombard, IL 60148

_handwritten notes_

Attending Physician's Signature: _____   Degree: _DPM_   Date: 11/14/__

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name: Esther Lyon

Physician's Office Street Address: 6 East St Charles Rd Suite 100

City: Lombard   State: IL   Zip Code: 60148   Phone Number: (630) 495-1440

TO EMPLOYEES: You are responsible for having this form completed and returned to the appropriate person within your agency within the time limits established by your agency. Your failure to comply may result in termination of your disability leave.

# EXHIBIT

# U

**Handicap State of Illinois Application**

**JESSE WHITE**
Secretary of State • State of Illinois

SID
{To be completed by physici

# Persons with Disabilities Certification for Plates or Parking Placard

**DIRECTIONS:** Both sides of this document must be signed and completed. Side A must be completed by the physician. Side B must be completed by the applicant.

**DEFINITION: "PERSONS WITH DISABILITIES" (625 ILCS 5/1-159.1)**
"A natural person who, as determined by a licensed physician: (1) cannot walk without the use of, or assistance from a brace, cane, crutch, another person, prosthetic device, wheelchair, or other assistive device; (2) is restricted by lung disease to such an extent that his or her forced (respiratory) expiratory volume for one second, when measured by spirometry, is less than one liter, or the arterial oxygen tension is less than 60 mm/hg on room air at rest; (3) uses portable oxygen; (4) has a cardiac condition to the extent that the person's functional limitations are classified in severity as Class III or Class IV, according to standards set by the American Heart Association; (5) is severely limited in the person's ability to walk due to an arthritic, neurological, or orthopedic condition; (6) cannot walk 200 feet without stopping to rest because of one of the above 5 conditions."

(Please fill in the name of the person with the disability, state the diagnosis, and indicate the impairments below.)

Name of Person with Disabilities ___Shawnetta Graham___

Diagnosis ___729.5, 728.71, 754.50___

*******NOTE "Cannot walk 200 feet without stopping to rest" is no longer a qualifying disability unless it is related to one of the following conditions below.*******

_____ Is restricted by lung disease to such a degree that the person's forced (respiratory) expiratory volume (FEV) in one second, when measured by spirometry, is less than one liter.

_____ Uses portable oxygen.

_____ Has a Class III or Class IV cardiac condition according to the standards set by the American Heart Association.

__X__ Cannot walk without the assistance of another person, prosthetic device, wheelchair, or other assistive device.

_____ Is severely limited in the person's ability to walk due to an arthritic, neurological, or orthopedic condition.

**LENGTH OF DISABILITY:  Check one**

☐ Disability is permanent          ☒ Disability is temporary—must state duration (maximum 6 months) 2 mo.

I hereby certify that the physical condition of the person with disabilities listed herewith constitutes him/her as a person with disabilities as described under 625 ILCS 5/1-159.1. **WARNING: Any person who knowingly misuses or makes a false or misleading statement on an application can be fined up to $1,000. PHYSICIANS: Do not sign this form if the named patient does not meet the above definition.**

_____          016-004795
Physician's signature                              Physician's license number

**PLEASE PRINT OR TYPE BELOW:**

Physician's Name ___LOMBARD FOOT & ANKLE CLINIC___
                              Dr. Esther Lyon
Address ___6 E. St. Charles Rd., Suite 100___
                        Lombard, IL  60148

City _____          State _____          ZIP _____

Telephone (630) 495-1340

Please mail all required documentation to Secretary of State, Persons with Disabilities License Plate/Placard Unit, 501 South 2nd St., Room 541, Springfield, IL  62756.

**JESSE WHITE**
Secretary of State • State of Illinois

SIDE B
<em>(To be completed by applicant)</em>

**DIRECTIONS:** Both sides of this document must be signed and completed in its entirety in order for the application to be processed. Complete Part 1, if the person with disabilities is applying for plates and/or placard. Complete Parts 1 and 2, if the parent or legal guardian of the person with disabilities is applying for license plates.

## PART 1. PERSON WITH DISABILITIES

I hereby apply for:

    **X**     Person with Disabilities Parking Placard

    ____     Person with Disabilities License Plates (Application and fee for registration must accompany this form. Fee is based upon the current plate expiration, date of purchase of vehicle if newly acquired or the date of application, whichever is applicable.) THE NAME OF THE PERSON WITH THE DISABILITY MUST APPEAR ON THE VEHICLE TITLE AND THE PERSON MUST HAVE A PERMANENT DISABILITY TO OBTAIN PLATES.

under the statutory provision, (625 ILCS 5/1-159.1) and certify that my physical condition entitles me to the issuance thereof. I am also aware that the person with disabilities parking device (whether plates or parking placard) must not be used unless I am the driver or passenger in the vehicle.

      *9/13/04*                  *Shawnetta Graham*
         **Date**                               **Applicant's Signature**

**WARNING: MISUSE OF OR FALSE APPLICATION FOR THE PERSON WITH DISABILITIES PARKING DEVICE** can result in its revocation, a 30-day driver's license suspension, and a fine up to $1,000. The person with disabilities must exit or enter the vehicle when parking in areas reserved for such person or when parking at metered spots.

### PLEASE PRINT OR TYPE BELOW:

| Name of Individual with Disability | Male | OR | XXX Female | Date of Birth (Month/Day/Year) |
|---|---|---|---|---|
| Shawnetta T. Graham | | | | 06-06-1968 |

| Address | City | ZIP |
|---|---|---|
| 1101 Assell Ave. | Aurora , IL | 60505 |

| Driver's License # OR State ID Card Number of Individual with Disability | Telephone |
|---|---|
| G650-7986-8761 | (630 ) 709-7165 |

## PART 2. DISABILITY LICENSE PLATES FOR PARENT OR LEGAL GUARDIAN ONLY:

I hereby apply for disability license plates as the parent or legal guardian of the individual with a disability. The above named person with disabilities relies frequently on me for his/her mode of transportation.

| Parent's Name OR Legal Guardian's Name | Date |
|---|---|
| N/A | |

| Address | City | ZIP |
|---|---|---|
| | N/A | |

| Telephone Number | Daytime Telephone Number |
|---|---|
| ( )  N/A | ( ) |

LOMBARD FOOT & ANKLE CLINIC

. . . . . . . . . . . . . . . . . . . . *FOR OFFICE USE ONLY* . . . . . . . . . . . . . . . . . . . .

Placard number_____ Exp._____ Issued by_____Date_____

# EXHIBIT

# V

**Referral from Dr. Lyon to Neurologist and copies of ordered Nero-test**

From the office of                    Ester  Lyon, D.P.M.

Neurologist:

Dr. Daniel O'Reilly
255 W. 1st St.
Elmhurst, IL 60126
(630) 530·4449

Dr. Terri Dallas Prunskis
431 Summit St.
Elgin, IL 60120
(847) 289·8822

TRIO40617_1_7

TELEPHONE (630) 530-4449

**DANIEL F. O'REILLY, M.D.**
MEDICAL NEUROLOGY

255 W. FIRST ST.
ELMHURST, IL 60126

327 E. GUNDERSEN
CAROL STREAM, IL 60188

NAME Shownetta Grahan          DATE 10/26/05

ADDRESS _____

EMG-NCV of lowerxes.

diagnos: neuropathy

REFILL_____TIMES

☐ MAY SUBSTITUTE _____

☐ MAY NOT SUBSTITUTE _____, M.D.
_____, M.D.
REGISTRY NO. AO-8862963

---

TELEPHONE (630) 530-4449

Fax 530-4557

**DANIEL F. O'REILLY, M.D.**
MEDICAL NEUROLOGY

Blood test

255 W. FIRST ST.
ELMHURST, IL 60126

327 E. GUNDERSEN
CAROL STREAM, IL 60188

NAME Shownetta Grahan          DATE 10/26/05

ADDRESS _____

Sedrate, ANA, TSH, B12 level,
serum protein electrophoresis.

dx: neuropathy

REFILL_____TIMES

☐ MAY SUBSTITUTE _____

☐ MAY NOT SUBSTITUTE _____, M.D.
_____, M.D.
REGISTRY NO. AO-8862963

# EXHIBIT

# W

**Photo of Injury with statements from Dr. Lyon**

August, 2004

This picture was took
by Shawnetta Graham
during the month and
the year of August 2004.

This injury happen be-
cause my knees gave out
on July 2004 and I walked
to the medical treatment
in a crunched position.

signature: *Shawnetta Graham*

date: 8-19-05



Notary

OFFICIAL SEAL
JOYCE A IACOMA
Notary Public - State of Illinois
My Commission Expires Aug 21, 2007



My knees gave out on July 01, 2004 and I walked in a crunched position
to the medical unit on grounds. I was not assistant by other



# Lyon
### Foot & Ankle
### Clinic, P.C.

8/22/05

Shawnetta Graham
1101 Assell
Aurora, IL 60505

To Whom It May Concern:

My patient, Shawnetta Graham, presented in office with localized edema of her ankles. The attached photos represent the localized edema present at that time.

Please feel free to contact us at 630-495-1240 with any questions or concerns.

Professionally,

Dr. Esther Lyon, D.P.M.
Lyon Foot and Ankle Clinic, P.C.

Dr. Rubin



# Lyon
### Foot & Ankle
### Clinic, P.C.

September 8, 2005

Shawnetta Graham
1101 Assell
Aurora, IL 60505

RE: Letter received on 9/7/05 from Shawnetta Graham.

To Whom It May Concern:

Our patient, Shawnetta Graham, has varus rotation with a pes planus foot structure. Due to this condition, orthotics are recommended to aid in comfort level. Possible long term side effects would include heel pain and arthritis.

If you have any further questions please contact my office at 630-495-1240.

Professionally,

Dr. Esther H. Lyon, D.P.M.
Lyon Foot and Ankle Clinic, P.C.

# EXHIBIT

# X

**Dr. Statement from Dr. Misty McNeill**



**LOMBARD FOOT & ANKLE CLINIC, P.C.**

ESTHER LYON, D.P.M.

6 East St. Charles Road, Suite 100
Lombard, Illinois 60148
Telephone: (630) 495-1240
Fax: (630) 495-1993

To Whom it May Concern:

Ms Grahams Ankle injury may have been aggravated by a knee injury she had at work. She denies at this time any other injury that may have caused her pain & swelling.

Misty McNeill

# EXHIBIT

# Y

**Fail union grievance**


**AFSCME**
*in the public service*

# GRIEVANCE FACT SHEET

This form is to be used by the steward to aid in investigating a grievance. The FACT SHEET outlines the information that will be necessary to develop a strong case. Use additional pages to document all the details.
**DO NOT TURN THIS FORM INTO MANAGEMENT. THIS INFORMATION IS FOR THE UNION'S USE ONLY.**

GRIEVANT __Shawnetta T. Graham__    DEPARTMENT __Academic-Library  IDOC-IYC__

CLASSIFICATION __Library Associate__    DATE OF HIRE __05/1994__

DATE OF CLASSIFICATION __1/1995__    WORK LOCATION __Illinois Youth Center__

**What Happened?** Also describe incidents which gave rise to the grievance. Warrenville

On August 24, 2004, I present my supervisor a doctor statement. I worked the full day.

At 4:00 p.m. she present me a prepare statement which stated I was requested a leave of

absent. I did not sign the form, because I did not have any union representation.  On the

morning of August 25, 2004, I had union representation. I was told I had to leave ground

because I had work limitation which did not meet the department requirements. On August

26, 2004 at 8am I returned to work with a new statement.  I was docked from 11am to 4pm

because I was sent home on August 25, 2004. So, the payroll on September 15, 2004 was sh

**Who was involved?** Give names and titles (include witnesses) because of dock-time.

C.N. Miller-School Principal. Tesh(YS_II. steward),

**When did it occur?** Give day, time, date(s) __August 25, 2004 from 11am-4pm.__

**Where did it occur?** Specific locations __Illinois Youth Center Warrenville-Academic__
Department

**Why is this a grievance?** What is management violating: contract, rules and regulations, unfair treatment, existing policy, past practice, local, state, federal laws, etc.

Violation of Acticle 3 Section 1: Discrimination and article XV-II Section 6: work hours

and any other acticle pretaining to  the incident.

**What adjustment is required?** What must management do to correct the problem?

I would like my hours from 11am to 4pm to be credit to my payroll account

**Additional comments.** Use reverse side if needed  I would like a letter of apology from
my supervisor. On September 09, 2004 she told me I had to leave again. However, this
time I had time on the books.

GRIEVANT'S SIGNATURE _Shawnetta Graham_    DATE  9-23-2004

STEWARD _____    DATE _____

GRIEVANT'S HOME ADDRESS 1101 Assell Ave Aurora Illinois 60505

**NOTE: A COPY OF THIS FORM TO BE COMPLETED BY STEWARD OR OFFICER FILING GRIEV-**
**.NCE AND TO BE TURNED IN TO LOCAL GRIEVANCE FILE ALONG WITH COPY OF GRIEV-**
**ANCE AND DISPOSITION.**

THE AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES

SEP-28-2004  12:55          ITC WARRENVILLECOO5 / State of Illinois        630 393 5215      4050742

## CONTRACT GRIEVANCE

SCHOOL DISTRICT #42

loyee's
Name _Shanetta Graham_ Agency _DOC_ **AFSCME** **GRIEVANCE** Date Filed ___
Local No. _416_ at Step 1 _9/17/04_

Job Title _Library Assistant_ RC _62_  Facility or Office _ITC Warrenvil._

### STEP 1 - Oral Step

_____   (Date of Discussion)

Signature of immediate supervisor acknowledging discussion of grievance.        (DATE)

**STEP 2** - (To be submitted within 5 work days after supervisor's answer given or due, whichever occurs first.)
Statement of Grievance (Include facts of the complaint, sections of the Agreement violated — if applicable, and relief requested):

Management is in Violation of Article 3 sec 1 Discrimination
and Article XVII sec 6 hours of Work + any other articles or
section that apply on 8/25/04 Ms Graham was forced to
go home early due to work limitations by her supervisor.
Ms Graham had the same limitations on 8/24/04 and was
allowed to work. She was docked for the 11AM - 4th hours
on the 9/15/04 Pay Roll. Relief requested: Make Employee Whole

EMPLOYEE _Shanetta Graham_  AFSCME hereby appeals _P. Marshall_     _9/17/04_
                        the grievance to Step 2  (Union Representative)      (DATE)

D__ received by Intermediate Administrator or Designee _____ (DATE) _____ (INITIALS)
An_wer (to be given within 15 working days of receipt -
use attachment if additional space is required)   **Date settlement meeting held** _____

Signature _____ Date _____
                (Employer Representative)

☐ Accepted by Union  ☐ Rejected by Union    Signature _____ Date _____
                                                    (Union Representative)

**STEP 3 - To be submitted to Agency Head** (certified mail - return receipt recommended) within 15 working days after Step 2
answer was given or due, whichever occurs first. Local must send copy to Council 31 (Include fact sheets, information and
documentation with Union copy only.)
AF_ _ME hereby appeals the grievance to Step 3   Signature _____ Date _____
                                                        (Union Representative)

**STEP 4 - To be submitted to Director of Central Management Services** within 15 days after Step 3 sign off.
AFSCME hereby appeals the grievance to Step 4.   Signature _____ Date _____
                                                        (Union Representative)

**D.O.C. School District 428**
**Second Level Grievance**
**IYC Warrenville**
**October 13, 2004**

| | |
|---|---|
| **Grievance #:** | **439049** |
| **Grievant:** | Shawnetta Graham |
| **Union Representative Local 416:** | CO Kathryn Weaver |
| **Management Representative:** | Cynthia Miller |
| **Hearing Officer:** | Sandi Ivemeyer |

According to the union, Ms. Graham brought in a doctor's statement on 8/24/04 that had a number of restrictions on it. She worked on 8/24/04 and came back to work on 8/25/04. On that day, she was told that her restrictions could not be accommodated and she had to go home. She was docked from 11:00 – 4:00 because she had no sick time on the books.

On 9/9/04, Ms. Graham had an incident that resulted in an injury. She was allowed to use an hour of vacation time to cover this one - hour. The union's issue is that there is no consistency. When asked, both the union and Ms. Graham acknowledge that Ms. Graham did not ask to use alternative time on 8/25/04.

The union understands that Ms. Graham could not work with the number of restrictions that were on the original statement but feels that the doctor could have faxed another statement while Ms. Graham sat and waited. Ms. Graham returned to the doctor that afternoon and got a revised statement.

Ms. Graham quoted some information from the Illinois Handbook about discrimination and how she is being discriminated against because of her handicap. She also began to tell about how she had called someone from the department of labor but it was not relevant plus it was hearsay. Ms. Graham argued that she should be able to use her own time and that the shortage of money caused her to not have food or gas for her car. She stated that she did not know if she had any time to use but no one told her how much time that she had.

Ms. Miller stated that when the paperwork was brought in on 8/24/04, she knew that School District personnel would have to check it. Ms. Graham basically sat all day on 8/24/04. Per the direction of school district personnel, Ms. Graham needed to take a leave of absence, but she refused to sign that day because she did not have a union representative. The next day, when one was found, she was told that she could not work until the doctor put her on less restriction. She knew at the time that she would be docked and did not request to use any alternative time, such as vacation time, which is all that she had left. On 9/9/04, Ms. Graham requested to use vacation time. Ms. Miller also argued that she is in no way discriminating against Ms. Graham. Ms. Graham acknowledged that Ms. Miller has gone out of her way to be nice to her, even giving her a ride to work when she needed it.

## Hearing Officer Decision

This grievance is denied. Ms. Graham did not request to use any vacation time on 8/25/04. There was a union representative there that day who knew that she was going to be docked. She knew at the time that she was going to be docked and signed the NOA a later date. It was only after she got her paycheck that she decided to request alternative time. Ms. Graham claimed that nobody told her how much time that she had. It is the employee's responsibility to know how much time that they have, plus they get an updated time sheet once per month, which tells them how much time that they have. If Ms. Graham feels that she is being discriminated against, she needs to go through the proper channels and have this investigated. It is not fair to her supervisor to be accused of this because Ms. Graham did not have the time or request alternative time.

Sandi Ivemeyer
Northern Region
D.O.C. School District #428

## ILLINOIS DEPARTMENT OF CORRECTIONS

### GRIEVANCE TRACKING

### Third Level Resolution



**GRIEVANCE NO:**    439049 (School District)

**GRIEVANT:**    Shawnetta Graham, Library Asst.

**LOCATION:**    IYC-Warrenville

**ISSUE:**    Reasonable Accommodations

**COMMENT:**    Resolved. Grievant shall be given an Authorized Dock for absence on 8/25/04. Without P+P.

_____
Union

_____
12-1-04
Date

_____
Employer

_____
12/1/04
Date

# EXHIBIT

# Z

**Time sheet which show dock time**

# ILLINOIS DEPARTMENT OF CORRECTIONS EMPLOYEE TIME SHEET FOR 2004

**Name:** Graham, Chawnetra
**Title:** Library Associate
**Assignment:** IYC Warrenville
**Pay Code:** 604
**Bargaining Unit:** RC062
**Over Time Rate:** 37.50
**Shift:** 8A - 11:15A  11:45A - 4P
**Regular Days Off:** Saturday, Sunday
**Sick Leave Bank Member:** No

| | |
|---|---|
| Vac Accr Date | 06/01/199- |
| Vac Year-to-Date | 12d 5.50 |
| Vac earned last year | 13d 2.50 |
| Max you can carry over year-to-date | 26d 0.50 |

| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|
| H | O | SC3.5 SF4 | SP7.5 | O | SP1 V2 | I | O | T | | | |
| I | V1 | SF3 SC1.5 | O | O | V2 | SP7.5 | I | I | | | |
| O | I | V7.5 | O | V1 | | O | I | SF3 | | | |
| O | I | SC2.5 | O | I | | O | I | O | | | |
| I | I | I | I | I | O | H | I | O | | | |
| SF4 | I | O | I | I | O | P1.5 | I | H | | | |
| SP2 | O | O | V3 | I | O | I | O | H | | | |
| I | I | SC2.75 | I | O | I | I | O | I | | | |
| I | V1 | SC2.75 | I | O | I | I | SP7.5 | SP2 V1 | | | |
| O | I | I | O | I | V1 | SF4 V3.5 | | | | | |
| I | H | SC2.75 V2 | I | I | I | V7.5 | | | | | |
| I | I | O | V1 | I | I | I | | | | | |
| I | O | O | P2 | SP7.5 | O | I | O | | | | |
| P2 | O | SC3.5 V4 | I | P7.5 | I | I | O | SP1 | | | |
| I | I | I | I | O | I | V1 | O | V7.5 | | | |
| O | SF5 SC2.5 | I | O | P2 | I | I | V4.5 | | | | |
| O | V3.5 | I | I | O | I | I | O | | | | |
| H | SC3 P2 | I | I | V3.5 | I | SP2.5 | I | O | | | |
| I | I | O | I | I | I | I | O | | | |
| I | O | O | I | I | O | I | I | | | |
| I | O | I | I | I | O | I | I | | | |
| V2 | V1 | V1 | I | O | V7.5 | I | O | | | |
| I | I | I | I | O | I | I | V1 | | | |
| O | SC2.75 | I | O | I | O | I | O | | | |
| V1 | I | P3.5 | I | I | V7.5 | I | Z5 | O | | | |
| V2 | SC2.75 | O | O | I | O | SP2.5 | I | I | | | |
| SC3 | I | I | V1 | I | O | I | O | | | |
| I | O | I | I | O | I | I | I | | | |
| P2 | I | I | I | O | V1 | I | O | | | |
| O | I | V4 | H | H | O | I | V3 | | | |
| | | | | | | O | I | | | | |

| | | Jan | | Feb | | Mar | | Apr | | May | | Jun | | Jul | | Aug | | Sep | | Oct | | Nov | | Dec | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | D | H | D | H | D | H | D | H | D | H | D | H | D | H | D | H | D | H | D | H | D | H | D | H |
| **VAC** | | 1 | 3 | 1 | 3.25 | 1 | 3 | 1 | 3.25 | | | 1 | 3.25 | 1 | 3 | 1 | 3.25 | 1 | 3 | | | | | | |
| | | 2 | 6.5 | 3 | 4.75 | 4 | 1.25 | 3 | 1 | 3 | 6.5 | 4 | 5.25 | 3 | 2.25 | 4 | 4.5 | 3 | 6 | | | | | | |
| 1d 150h | | 0 | 5 | 0 | 6.5 | 0 | 2 | 3.5 | 0 | 5 | 0 | 4.5 | 0 | 4 | 1 | 2 | 1.5 | 1 | 6 | | | | | | |
| | | 2 | 1.5 | 2 | 5.75 | 1 | 5.25 | 2 | 3.5 | 3 | 2 | 1 | 6.75 | 3 | 1.25 | 2 | 3 | 2 | 0 | | | | | | |
| **SICK** | | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | | | | | | |
| | | 1 | 1.5 | 1 | 3 | 1 | 5.5 | 1 | 6 | 1 | 6 | 1 | 6 | 2 | 1.5 | 1 | 4 | 1 | 0 | | | | | | |
| 0d 150h | | 0 | 5 | 0 | 5 | 0 | 7 | 1 | 0 | 1 | 0 | 0 | 4.5 | 1 | 5 | 1 | 4 | 0 | 6 | | | | | | |
| | | 0 | 3 | 0 | 5.5 | 0 | 8 | 0 | 8 | 0 | 6 | 1 | 1.5 | 3 | 0 | 1 | 6 | 0 | 0 | | | | | | |
| **PB** | | 3 | 0 | 2 | 3.5 | 2 | 1.5 | 1 | 5.5 | 1 | 3.5 | 0 | 1.5 | 0 | 4 | 0 | 0 | 0 | 1.5 | | | | | | |
| | | 3 | 3 | 2 | 2 | 0 | 3.5 | 0 | 2 | 1 | 3.5 | 0 | 1.5 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| 3d 0.00h | | 2 | 3.5 | 2 | 1.5 | 1 | 5.5 | 2 | 3.5 | 0 | 1.8 | 0 | 1.5 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| **COMP** | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| 0d 0.00h | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| **HOL** | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| 0d 0.00h | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |

15-
17-
20- 06/04
22- 06/13
25- 08/12

A: Conv. Holiday Taken
AL: Hourly on State Business
BU: Blood Donation
C: Comp Time Taken
CP: Comp Paid
J: Jail Back
S: Unpaid Jury Duty

E: Extended Sunday
F: Overtime Worked
FCH: Comp. Earned
H: Holiday
I: Day Worked
IC: Comp Hrs Earned
J: Jury Duty

LOA: Leave of Absence
MIL: Mil's Leave (with pay)
MD: Military Differential
H: Military Leave (w/o pay)
O: Day Off
P: Personal Business
PD: Personal Business

PL: Paid Lunch
R: Other Time Off
RC: Roll Call
89: Scheduled By
SC: Sick Comp. Injury
SF: Sick Family
SG: Sick Differential

SLB: Sick Leave Bank
SM: Sick Maternity
SP: Sick Personal
T: Teaching
TA: Temp. Assignment
U: Union Business

UZ: Union Business Auth. Lost
UBH: Union Inability
V: Vacation
X: Suspension w/o Pay
Y: Other Without Pay
Z: Authorized Dock

VACATION TIME not taken within 24 months after the calendar year in which it is earned shall be forfeited. PERSONAL BUSINESS days must be used during the year of accrual or be lost. COMPENSATORY TIME not used by June 30, will be liquidated in cash. CASH VALUE SICK TIME are Sick Days earned from 1-1-84 through 12-31-97. Your Cash Value Sick Time Balance is ____ 0d  0.00h

*(handwritten right margin notes, partially legible)*

*(handwritten at bottom)* At the end of August 2004 I had 2 days and 3 hours of vacation

# DEPARTMENT OF CORRECTIONS EMPLOYEE TIME SHEET FOR 2004

**Name:** Graham, Shawnetta

**Title:** Library Associate

**Assignment:** IYC Warrenville

**Pay Code:** 604

**Shift:** 8A - 11:15A  11:45A - 4P

**Bargining Unit:** RC062

**Over Time Rate:** 37.50

**Regular Days Off:** Saturday, Sunday

**Sick Leave Bank Member:** No

| | | | | | | |
|---|---|---|---|---|---|---|
| Vac Accr Date | 06/01/1994 |
| Vac Year-to-Date | 11d 2.50h |
| Vac earned last year | 13d 2.50h |
| Max you can carry over year-to-date | 24d 5.00h |

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | H | O | SC3.5 SF4 | SP7.5 | O | SP1 V2 | I | O | | | | |
| | I | V1 | SF3 SC1.5 | I | O | V2 | SP7.5 | I | | | | |
| | O | I | V7.5 | O | V1 | I | O | I | | | | |
| | O | I | SC2.5 | O | I | I | O | I | | | | |
| | I | I | I | I | I | O | H | I | | | | |
| | SF4 | I | O | I | I | I | P1.5 | I | | | | |
| | SP2 | O | O | V3 | I | SP3.5 | I | O | | | | |
| | I | O | SC2.75 | I | O | I | I | O | | | | |
| | I | V1 | SC2.75 | I | O | I | I | SP7.5 | | | | |
| | O | I | I | O | I | V1 | O | SP4 V3.5 | | | | |
| | O | I | SC2.75 V2 | I | I | I | O | V7.5 | | | | |
| | I | H | I | V1 | I | I | O | I | | | | |
| | I | O | O | P2 | SP7.5 | O | O | I | | | | |
| | I | O | O | I | P7.5 | I | I | O | | | | |
| | P2 | O | SC3.5 V4 | I | I | I | V1 | O | | | | |
| | I | H | I | I | I | O | I | V4.5 | | | | |
| | O | SF5 SC2.5 | I | O | P2 | I | O | I | | | | |
| | O | V3.5 | I | O | I | I | I | I | | | | |
| | H | SC3 P2 | I | I | V3.5 | I | SP2.5 | I | | | | |
| | I | I | O | I | I | I | I | I | | | | |
| | I | O | I | I | I | I | O | I | | | | |
| | V2 | I | V1 | I | O | V7.5 | I | V1 | | | | |
| | O | SC2.75 | I | O | I | I | O | I | | | | |
| | O | I | I | O | I | V7.5 | O | D5 | | | | |
| | V1 | SC2.75 | P3.5 | I | O | I | O | I | | | | |
| | V2 | I | I | V1 | I | O | SP2.5 | I | | | | |
| | SC3 | I | O | I | I | I | I | I | | | | |
| | I | O | I | I | O | I | I | I | | | | |
| | P2 | I | I | I | I | V1 | I | I | | | | |
| | O | V4 | | I | H | I | O | I | | | | |

| | D | H | D | H | D | H | D | H | D | H | D | H | D | H | D | H | D | H | D | H | D | H | D | H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **VAC** | 1 | 3 | 1 | 3.25 | 1 | 3 | 1 | 3.25 | 1 | 3.25 | | | 1 | 3 | 1 | 3.25 | | | | | | | | |
| | 2 | 6.5 | 3 | 4.75 | 4 | 1.25 | 3 | 1 | 3 | 6.5 | | | 4 | 5.25 | 3 | 2.25 | 4 | 4.5 | | | | | | |
| | 0 | 5 | 0 | 2 | 3 | 2.5 | 0 | 5 | 0 | 4.5 | | | 2 | 6 | 0 | 1 | 2 | 1.5 | | | | | | |
| 0d 3.50h | 2 | 1.5 | 2 | 5.75 | 1 | 5.25 | 2 | 3.5 | 3 | 2 | | | 1 | 6.75 | 3 | 3.25 | 2 | 3 | | | | | | |
| **SICK** | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | | | 1 | 0 | 1 | 0 | 0 | | | | | | | |
| | 1 | 1.5 | 1 | 3 | 1 | 5.5 | 1 | 6 | 1 | 6 | | | 1 | 6 | 2 | 1.5 | 1 | 4 | | | | | | |
| | 0 | 6 | 0 | 5 | 0 | 7 | 1 | 0 | 0 | 4.5 | | | 1 | 5 | 1 | 4 | | | | | | | |
| 0d 1.50h | 0 | 3 | 0 | 5.5 | 0 | 6 | 0 | 6 | 0 | 1.5 | | | 0 | 4 | 0 | 0 | | | | | | | |
| **PB** | 3 | 0 | 2 | 3.5 | 2 | 1.5 | 1 | 5.5 | 1 | 3.5 | | | 0 | 4 | 0 | 0 | | | | | | | |
| | 0 | 4 | 0 | 2 | 0 | 3.5 | 0 | 2 | 1 | 1.5 | | | 0 | 1.5 | 0 | 0 | | | | | | | |
| 3d 0.00h | 2 | 3.5 | 2 | 1.5 | 1 | 5.5 | 0 | 1.5 | 0 | 1.5 | | | 0 | 1.5 | 0 | 0 | | | | | | | |
| **COMP** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | 0 | 0 | 0 | 0 | | | | | | | |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | 0 | 0 | 0 | 0 | | | | | | | |
| 0d 0.00h | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | 0 | 0 | 0 | 0 | | | | | | | |
| **HOL** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | 0 | 0 | 0 | 0 | | | | | | | |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | 0 | 0 | 0 | 0 | | | | | | | |
| 0d 0.00h | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | 0 | 0 | 0 | 0 | | | | | | | |

| HOLIDAYS | | | | VACATION | | | | CASH VALUE SICK DAYS | |
|---|---|---|---|---|---|---|---|---|---|
| | DENIALS | | | | DENIALS | | | Bal. last year 0d 0h    Current Balance 0d 0h | |
| Date Worked | 1st Request | 2nd Request | Date Used or Paid | 1st Request | 2nd Request | 3rd Request | Date Accum or Paid | Earned 1-1-84 through 12-31-97 (168 Max) | |
| | | | | | | | | Date Used | Hours Used |

VACATION TIME not taken within 24 months after the calendar year in which it is earned shall be forfeited.  PERSONAL BUSINESS days must be used during the year or be lost.  COMPENSATORY TIME not used by June 30, will be liquidated in cash.  CASH VALUE SICK TIME are Sick Days earned from 1-1-84 through 12-31-97.  Your Cash Value Sick Time Balance is        0d   0.00h

# EXHIBIT

# 2

**MEMOS TO STATE OF ILLNOIS EMPLOYEE AND UNION REPRESENTATIVE**

# Memorandum

**To: Jan   Bradley Local Union President for IYC Warrenville/ IYC St. Charles**

**From: Shawnetta T. Graham, Library Associate of Illinois Youth Center**
**Warrenville, from July 2002 to Present.**

**Subject: Investigation of Employment Discrimination**

I am writing you to ask if you can give me a <u>written statement</u> on the following
incident. On <u>August 25, 2004</u> I was called into a meeting with former school
principal Mrs. Cynthia N. Miller and YSII Daryl Tesh. The subject of the meeting
was about my physical limitation. Mrs. Cynthia N. Miller cited a rule from the
Illinois Department of Corrections Directive. This policy stated all employees must
walk and stand for at least 60 minutes. My doctor statement apparently violated this
directive policy. I asked for a copy of the directive and Mrs. Miller's stated it was a
new policy and she had to make me a copy. Mrs. Cynthia N. Miller stated that she
only had one copy. I was force to leave grounds. I was docked for about 5 hours and
I was sent home on a force medical leave. I have looked in all Illinois Department of
Corrections directives and I can not find such a written policy.

In the <u>Summer of 2007</u> I spoke to you about this and you said you have not and did
not know of a policy.  I am asking for a written affidavit from you. I am asking for
an affidavit which states your job title and that you were asked by me in the
<u>Summer of 2007</u> about a policy which stated that all employees who work at Illinois
Department of Corrections have to walk and stand for at least 60 minutes. Your
responds to my question in the <u>Summer of 2007</u> was the following: I do not know
about the existence of such a policy.  Please forward your answer to me as soon as
possible. Your deadline is <u>November 30, 2007.</u>

# Memorandum

**To: Jeffery Bargar, Superintendent of Illinois Youth Center Warrenville**

**From: Shawnetta T. Graham, Library Associate of Illinois Youth Center Warrenville, from July 2002 to Present.**

**Subject: Investigation of Employment Discrimination**

I am writing you to ask if you can give me a <u>written statement</u> on the following incident. On <u>August 25, 2004</u> I was called into a meeting with former school principal Mrs. Cynthia N. Miller and YSII Daryl Tesh. The subject of the meeting was about my physical limitation. Mrs. Cynthia N. Miller cited a rule from the Illinois Department of Corrections Directive. This policy stated all employees must walk and stand for at least 60 minutes. My doctor statement apparently violated this directive policy. I asked for a copy of the directive and Mrs. Miller's stated it was a new policy and she had to make me a copy. Mrs. Cynthia N. Miller stated that she only had one copy. I was force to leave grounds. I was docked for about 5 hours and I was sent home on a force medical leave. I have looked in all Illinois Department of Corrections directives and I can not find such a written policy.

In the <u>Summer of 2007</u> I spoke to you about this and you said you have not and did not know of a policy. I am asking for a written affidavit from you. I am asking for an affidavit which states your job title and that you were asked by me in the <u>Summer of 2007</u> about a policy which stated that all employees who work at Illinois Department of Corrections have to walk and stand for at least 60 minutes. Your responds to my question in the <u>Summer of 2007</u> was the following: I do not know about the existence of such a policy. Please forward your answer to me as soon as possible. Your deadline is <u>November 30, 2007</u>.

# Memorandum

**To:** YSII John Blair of Illinois Youth Center Warrenville Chief Union Steward

**From:** Shawnetta T. Graham, Library Associate of Illinois Youth Center
Warrenville, from July 2002 to Present.

**Subject:** Investigation of Employment Discrimination

I am writing you to ask if you can give me a <u>written statement</u> on the following
incident. On <u>August 25, 2004</u> I was called into a meeting with former school
principal Mrs. Cynthia N. Miller and YSII Daryl Tesh. The subject of the meeting
was about my physical limitation. Mrs. Cynthia N. Miller cited a rule from the
Illinois Department of Corrections Directive. This policy stated all employees must
walk and stand for at least 60 minutes. My doctor statement apparently violated this
directive policy. I asked for a copy of the directive and Mrs. Miller's stated it was a
new policy and she had to make me a copy. Mrs. Cynthia N. Miller stated that she
only had one copy. I was force to leave grounds. I was docked for about 5 hours and
I was sent home on a force medical leave. I have looked in all Illinois Department of
Corrections directives and I can not find such a written policy.

In the <u>Summer of 2007</u> I spoke to you about this and you said you have not and did
not know of a policy. I am asking for a written affidavit from you. I am asking for
an affidavit which states your job title and that you were asked by me in the
<u>Summer of 2007</u> about a policy which stated that all employees who work at Illinois
Department of Corrections have to walk and stand for at least 60 minutes. Your
responds to my question in the <u>Summer of 2007</u> was the following: I do not know
about the existence of such a policy. Please forward your answer to me as soon as
possible. Your deadline is <u>November 30, 2007.</u>

# EXHIBIT

# AA

**Notification of Absent for 09-09-2004 and 08-25-2004**





# EXHIBIT

# BB

**Physician statement from Doctor Lyon office**

# CMS
**ILLINOIS DEPARTMENT OF
CENTRAL MANAGEMENT SERVICES** **PHYSICIAN'S STATEMENT**

### AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): Shawnetta T. Graham    Date of Birth: 6-6-68    Soc. Sec. Number: 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

Present Address—Street or Rural Route: 1101 Assell Ave.

City: Aurora    State: IL    Zip Code: 60505

Employed by State of Illinois: Department of Correction

(Agency, Board, Commission, Department)

Facility: Illinois Youth Center Warrenville    Address: 30 West 200 Ferry Road Warrenville, IL

60505

> **COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.**

## 1. DIAGNOSIS (including any complications):

(a) Date of last examination:    Month: _____ Day: _____ Yr. 2005

(b) Diagnosis including any complications: _____

(c) Subjective symptoms: _____

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings): _____

## 2. DATES OF TREATMENT:

(a) Date of first visit:    Month: 8    Day: 23    Yr. 2005
(b) Date of last visit:    Month: 9    Day: 21    Yr. 2005
(c) Frequency;    Weekly ☐    Monthly ☐    Other ☒ – (Please specify): _____

## 3. TREATMENT:

(a) Please describe treatment including any surgery and/or medication prescribed: _____

(b) Will treatment substantially improve function and employability? Yes ☐ No ☐ If yes, specify: _____

**IMPORTANT NOTICE**

This state agency is requesting disclosure of information that is necessary to accomplish the

Shawnetta T. Graham

---

**4. PROGRESS:** (Please check appropriate box provided below):

(a) The patient has:   Recovered ☐   Improved ☐   Remained unchanged ☐   Retrogressed ☐

(b) The patient is:   Ambulatory ☑   House confined ☐   Bed confined ☐   Hospital confined ☐

(c) Has the patient been hospital confined because of current condition?   Yes ☐   No ☑
  If yes, give name and address of hospital: _____

Confined from:  Month_____ Day_____ 19_____ through  Month_____ Day_____ 19_____

---

**5. LIMITATION:** (If there is a limitation, check appropriate box and describe below):

Standing ☐   Climbing ☐   Bending ☐   Use of hands ☐   Sitting ☐   Walking ☐   Stooping ☐
Lifting ☐   Psychological ☐   Other ☐   (Please specify): _____

---

**6. PHYSICAL IMPAIRMENT:** (*As defined in Federal Dictionary of Occupational Titles):

☐ CLASS 1 — No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)
☐ CLASS 2 — Medium manual activity* (15-30%)
☑ CLASS 3 — Slight limitation of functional capacity; capable of light work* (35-55%)
☐ CLASS 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)
☐ CLASS 5 — Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)
☐ REMARKS — _____

---

**7. EXTENT OF DISABILITY:**

(a) In your opinion is patient now temporarily totally disabled?

(b) If no, when was patient able to go to work?

(c) If yes, when do you think patient will be able to resume any work?

(d) In your opinion is patient permanently and totally disabled for employment?

(e) If answer to (d) is "yes", please explain.

| | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|
| | Yes ☐ | No ☑ | | Yes ☐ | No ☑ | |
| MONTH | DAY | YEAR | MONTH | DAY | YEAR | |
| | | 19 | | | 19 | |
| MONTH | DAY | YEAR | MONTH | DAY | YEAR | |
| | | 19 | | | 19 | |
| (Approximate Date) | | | Indefinite ☐ | Never ☐ | | |
| Yes ☐ | No ☑ | | Yes ☐ | No ☑ | | |

_____
_____
_____

---

**8. REMARKS:**

_____
_____
_____
_____
_____
_____

Attending Physician's Signature: _____  Degree: _____ Date: _____

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name: _____

Physician's Office Street Address: _____

City: _____ State: _____ Zip Code: _____ Phone Number: _____

# NONOCCUPATIONAL DISABILITY MEDICAL REPORT

State Employees' Retirement System
2101 S. Veterans Pkwy., P.O. Box 19255
Springfield, Ill. 62794-9255

Dear Doctor:

The employee named below has made application for disability benefits from the State Employees' Retirement System. Please complete and return this form to the above address. **THE EMPLOYEE'S ELIGIBILITY FOR BENEFITS CANNOT BE DETERMINED UNTIL WE RECEIVE THIS INFORMATION.** This form is acceptable only if completed by a licensed medical doctor.

**EMPLOYEE:** Shawnetta Graham                    **BIRTH DATE:** 06/06/68

**SOCIAL SECURITY NUMBER:** 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

DIAGNOSIS AND CONCURRENT CONDITIONS: _____

_____

PREGNANCY (LMP): _____ ∅ _____          (EDC): _____

PLEASE LIST RESULTS OF APPROPRIATE LABORATORY STUDIES: _____ refer to _____

_____ medical doctor for laboratory results _____

PLEASE LIST OBJECTIVE SYMPTOMS AND FINDINGS (Please be specific, i.e., B/P reading, or attach a copy of patient's charts): _____

_____

NATURE OF TREATMENT AND DATES: (Enclose your statement if more convenient) _____

_____

IS PATIENT STILL UNDER YOUR CARE?    ☑ YES    ☐ NO

HOW LONG WAS OR WILL PATIENT BE CONTINUOUSLY MEDICALLY UNABLE TO WORK:
ONSET DATE: ___October 03___, 20_05_    TO: ___October 07___, 20_05_

ESTIMATED RETURN TO WORK DATE: ___October 11___, 20_05_

REMARKS: _____

_____

_____

THE ABOVE NAMED INDIVIDUAL APPEARED BEFORE ME FOR MEDICAL EXAMINATION.
THE DIAGNOSIS, TREATMENT AND REMARKS ARE MY PROFESSIONAL OPINION.

SIGNATURE: _____          DATE: _____

ADDRESS: _____

# EXHIBIT

# CC

**PAY CHECK STUBS FOR YEAR 2004**

### DANIEL W. HYNES
COMPTROLLER - STATE OF ILLINOIS

SALARY EARNINGS STATEMENT
FOR PAY PERIOD ENDING    08/31/04
SCHEDULED PAY DATE    09/15/04

29 104
0653

**THIS IS NOT A DEPOSIT RECEIPT**

WARRANT - TRACE NO.
SH7418271-0001332

GRAHAN SHAWNETTA

APT 1
223 N 4TH ST
AURORA IL 60505

YEAR TO DATE GROSS EARNINGS PLUS OTHER COMPENSATION
LESS NON-TAXABLE INCOME EQUAL TAXABLE GROSS.

| YEAR TO DATE EARNINGS AND TAXES | |
|---|---|
| GROSS EARNINGS | 29526.82 |
| FEDERAL TAX | 3952.75 |
| F.I.C.A. | 2115.34 |
| STATE TAX | 803.31 |
| OTHER COMP. | .00 |
| NON-TAX INCOME | 2545.30 |
| EARNED INC. CRED. | .00 |

| SOCIAL SECURITY NO. | BASE PAY | OVERTIME PAY | LUMP SUM | CURRENT PERIOD EARNINGS AND DEDUCTIONS | |
|---|---|---|---|---|---|
| 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 | 1651.82 | .00 | .00 | ADDITIONAL GROSS | GROSS EARNINGS |
| | | | | .00 | 1651.82 |

DEDUCTIONS:

| | | | | | |
|---|---|---|---|---|---|
| FEDERAL TAX | 215.25 | STATE TAX | 44.97 | FICA | 118.49 |
| RETIREMENT | 49.55 | OP HLTH INS | 103.00 | OTHER INS | .88 |
| UNION DUES | 18.79 | ASSOC. DUES | 2.10 | | |

NOTE:
*GROSS PAY INCREASED BY THIS AMOUNT

| | |
|---|---|
| TOTAL DEDUCTIONS | 552.83 |
| EARNED INC. CRED. | .00 |
| NET PAY | 1098.99 |

*This check was docked for 5 hrs.*

**DANIEL W. HYNES**
COMPTROLLER – STATE OF ILLINOIS

SALARY EARNINGS STATEMENT
FOR PAY PERIOD ENDING     09/15/04
SCHEDULED PAY DATE        09/30/04

29 104
0653

## THIS IS NOT A DEPOSIT RECEIPT

WARRANT – TRACE NO.
SH7457234-0002020

YEAR TO DATE EARNINGS AND TAXES

| | |
|---|---|
| GROSS EARNINGS | 31376.32 |
| FEDERAL TAX | 4221.75 |
| F.I.C.A. | 2241.29 |
| STATE TAX | 851.13 |
| OTHER COMP. | .00 |
| NON-TAX INCOME | 3001.79 |
| EARNED INC. CRED. | .00 |

GRAHAM SHAWNETTA

APT 1
223 N 4TH ST
AURORA IL 60505

YEAR TO DATE GROSS EARNINGS PLUS OTHER COMPENSATION
LESS NON-TAXABLE INCOME EQUAL TAXABLE GROSS.

| SOCIAL SECURITY NO. | BASE PAY | OVERTIME PAY | LUMP SUM | CURRENT PERIOD EARNINGS AND DEDUCTIONS |  |
|---|---|---|---|---|---|
| | | | | ADDITIONAL GROSS | GROSS EARNINGS |
| 340-64-149 1 | 1749.50 | .00 | .00 | .00 | 1749.50 |

DEDUCTIONS:

| | | | | | |
|---|---|---|---|---|---|
| FEDERAL TAX | 239.00 | STATE TAX | 47.82 | FICA | 125.95 |
| RETIREMENT | 52.49 | OP HLTH INS | 103.00 | OTHER INS | .55 |
| UNION DUES | 18.79 | ASSOC. DUES | 2.10 | | |

NOTE:
*GROSS PAY INCREASED BY THIS AMOUNT

| | |
|---|---|
| TOTAL DEDUCTIONS | 589.83 |
| EARNED INC. CRED. | .00 |
| NET PAY | 1159.67 |

*This is the amount my check should have been*

# EXHIBIT

# DD

**Disclosure of witnesses**

## DISCLORSURE OF WITNESSES FOR COMPLAINT ADMISSION AND FOR FURTHER PURPOSE IN COURT PRECEDING

1. Cynthia N. Miller,  school principal at the time

2. Daryl Tesh,  Youth Supervisor II

3. Mathew Mathis, Youth Supervisor II

4. Tomeka Morman, Youth Supervisor II

5. La Sonya Eggleston Gillian, Youth Supervisor II

6. Jan Bradley, President of AFSCME Union Local 416

7. John Blair,  Youth Supervisor II & Chief Stewart of Warrenville AFSCME

     Local 416

8. Jeffery Bargar, Superintendent of  Illinois Youth Center Warrenville

9. Maroqrita Mendoza, Assistant Superintendent of Programs

of Illinois Youth Center Warrenville

10. Kathy Weaver, Youth Supervisor II at that time and Local 416 Stewart

Representative of IYC Warrenville for the School District 428 hearing in October

2005

11. Sandi Ivemeyer, School District #428 hearing officer for hearing which was in

October 2005

12. Theodore Gargantiel, Business Office Store Department


13. Vivian Travis,  School Secretary for School  District #428  at the time

14. Carolyn Middleton, Pool Nurse

## DISCLORSURE OF WITNESSES FOR COMPLAINT ADMISSION AND FOR FURTHER PURPOSE IN COURT PRECEDING

15.  Assistant Attorney General of Illinois Ann C. Chalstrom

16.  Denise Papiech, Educator

17.  Dr. Eric Bartel, Fox Valley Orthopedic Institute

18.  Dr. Lindstorm, Lindstorm Chiropractic Clinic

19.   Dr Ester Lyon, Lyon Foot and Ankle Clinic

20.  Illinois Department of Human Rights Investigator Sandra Kelly

21.   Chief Legal Counsel of the Illinois Department of Human Rights

22.  Misty McNeill, a doctor associate at Lyon Foot and Ankle Clinic

# Exhibit

## EE

**ANN CHALSTROM 'S AFFIDAVIT**

## AFFIDAVIT OF ANN C. CHALSTROM

I, Ann C. Chalstrom, being first duly sworn upon oath, depose and if called to testify at trial state as follows:

1. I am an Assistant Attorney General in the Civil Appeals Division of the Illinois Attorney General's Office and I have been assigned to represent the Illinois Department of Human Rights, the Chief Legal Counsel of the Illinois Department of Human Rights, and the Illinois Department of Corrections, Respondents in this appeal.

2. On May 21, 2007, I spoke with a representative of the Illinois Department of Human Rights, who informed me that none of the exhibits that Petitioner has requested be supplemented to the record on appeal were before or considered by the Chief Legal Counsel in reaching his decision to sustain the dismissal of Petitioner's charge.

_____
Ann C. Chalstrom

SUBSCRIBED and SWORN to before me
this 24th day of May, 2007.

_____
NOTARY PUBLIC

OFFICIAL SEAL
SHARRONE' COOK
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2-22-2011

EXHIBIT
A

A-11