KC **FILED**

DEC 1 7 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a
pro se party (that is, without an attorney).

**DEC 17 2007**

NAME: Shawnetta T. Graham

(Please print)

STREET ADDRESS: 1101 Assell Ave.

CITY/STATE/ZIP: Aurora, Illinois 60505

PHONE NUMBER: 630-709-7165

CASE NUMBER:

07CV7078
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE MASON

_____    12-17-07
Signature                   Date