**FILED**

**DECEMBER 17, 2007**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



DEC 17 2007

KC **FILED**

DEC 1 7 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

|  |  |
|---|---|
| Shawnetta T. Graham, Pro Se <br>    PLAINTIFF <br><br>    -VS- <br><br><br> State of Illinois and the Illinois Department <br> Of Corrections <br>   DEFENDANT | ) <br> ) <br> ) <br> ) United States District <br> )       Court <br> ) Northern District of <br> )      Illinois <br> ) <br> ) |

07CV7078
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE MASON

## MOTION

### To request additional time

A Motion to request additional time to give the defendant 2 copies of the <u>complaint exhibits</u> for the following reasons.

### REASONS

1.  The complaint exhibits is between 139 and 140 pages and copying at .07 cent a page will be almost near $ 10.00. The Plaint has spent a great deal in printing. (See Exhibit A)

2.  The court cost is 350.00 dollars and the Plaintiff 's payroll check was short for the last two pay periods due to and routing error of a credit union deduction from her check. (See Exhibit A)

### AUTHORITY

The defendants have been asked to agree with local rule LR4: <u>Wavier of Service.</u>

(a)    the notice and request for wavier of service shall allow the defendant a reasonable time to return the wavier, which shall be <u>60 days</u> after the date on which the request is sent... (See on line version of Page 3 of Local Rules)

### Prayer

The defendant will receive 2 copies of the complaint which is about 15 pages with proof of services. The plaintiff prays that the courts allow this motion. The plaintiff will have the defendant copies in 30 days or sooner.

Motion to request additional time

Shawnetta T. Graham
1101 Assell Ave
Aurora Illinois 60505
630-709-7165

<u>U. S. District Court Northern District of Illinois Eastern Division at Chicago</u>

<u>Notice of Filing</u>

This serves as notification to the <u>defendant</u> that I will be filing a motion in the U.S. District Court in the Northern District of Illinois Eastern Division at Chicago.

I <u>Shawnetta T. Graham</u>, being first duly sworn on oaths, states that she has served two copies of the attached motion upon each person name below the ___17___ day of <u>December,</u> in the year of <u>2007</u>, in the manner indicated below.

( ) hand delivers          ( ) first class mail          (X) certified mail

Vickie Fair

Illinois Department of Correction

James R. Thompson Center

100 West Randolph Street

Suite 400-2

Chicago, Illinois 60601

Illinois Attorney General

Lisa Madigan

100 West Randolph Street

12th floor

Chicago, Illinois 60601

<u>Affidavit of Service</u>

Plaintiff: _Shawnetta T. Graham_

Shawnetta T. Graham

1101 Assell Ave.

Aurora, Illinois 60505

Subscribed and sworn before me this day _17_ of December 2007

Notary Public _Kimberly A. Rygiewicz_          date: _12-17-07_

SEAL:

OFFICIAL SEAL
KIMBERLY A RYGIEWICZ
Notary Public · State of Illinois
My Commission Expires May 29, 2009

16

The Exhibit "A" attached to the motion to request additional time is true and correct.


## Affidavit of Service


Subscribe and Sworn before me this date ___17th___ of December of the year 2007

Plaintiff: _Shawnetta T. Graham_

Shawnetta T. Graham

1101 Assell Ave

Aurora, Illinois 60505


Notary Public: _Kimberly A Rygiewicz_          date: _12-17-07_

SEAL:

OFFICIAL SEAL
KIMBERLY A RYGIEWICZ
Notary Public - State of Illinois
My Commission Expires Mar 29, 2009

# Exhibit



# OfficeMax®

OfficeMax #204
790 ROYAL ST. GEORGE DR.
NAPERVILLE,IL.  60563
(630) 717-7571

Tell us about your shopping experience
and enter to win 1 of 5 prizes at
www.officemax.com/store/survey
or to enter w/o purch., send a 3"x5"
card with name, address and phone # to
OfficeMax-Shopping Experience
Sweepstakes, 263 Shuman, Naperville, IL
60563. U.S. residents 18+ only. Void
where prohibited.

---

| | |
|---|---|
| 998100000872 | $0.48 N |
| SS B&W LTR SS 20#Wht | |
| 6 @ $0.08 | |

---

| | |
|---|---|
| SubTotal | $0.48 |
| TOTAL | $0.48 |
| | |
| Cash | $1.00 |
| Change | $0.52 |

---

41442516
0204 00001 92674 6 12/15/07
00359801 12:15:34 PM

OFFICE DEPOT
2302 WEST INDIAN TRAIL ROAD
AURORA, IL 60506

630-907-9596     COPY

SALE         STR2394  REG012  TRN1091
12/16/07 17:53  EMP 459882   POS 5.04

| | |
|---|---|
| 163061 SSCOPY 8.5X11 WHIT | |
| 13 @ 0.070 | 0.91E |
| 163061 SSCOPY 8.5X11 WHIT | |
| 347 @ 0.070 | 24.29E |
| 163061 SSCOPY 8.5X11 WHIT | |
| 112 @ 0.070 | 7.84E |
| 166962 COLOR SS LETTER | 0.89E |
| MEMBER # 1485007965 | |

Today's purchase may add to your
Worklife Reward credit balance for
the Reward Period ending on 12/31
Check your Reward Status at
www.worklifereward.com

| | |
|---|---|
| SUBTOTAL | 33.93 |
| SALES TAX | 0.00 |
| TOTAL | 33.93 |
| CASH | 100.00 |
| CHANGE | -66.07 |

OFFICE DEPOT
2302 WEST INDIAN TRAIL ROAD
AURORA, IL 60506

630-907-9596

SALE         STR2394  REG012  TRN0353
12/12/07 19:47  EMP 518330   POS 5.04

| | |
|---|---|
| 163061 SSCOPY 8.5X11 WHIT | |
| 85 @ 0.070 | 5.95E |
| 163061 SSCOPY 8.5X11 WHIT | |
| 8 @ 0.070 | 0.56E |
| 162911 SSCOPY 8.5X14 WHIT | |
| 2 @ 0.070 | 0.14E |
| SUBTOTAL | 6.65 |
| SALES TAX | 0.00 |
| TOTAL | 6.65 |
| CASH | 10.00 |
| CHANGE | -3.35 |

***********/***********

# DANIEL W. HYNES
### COMPTROLLER – STATE OF ILLINOIS

SALARY EARNINGS STATEMENT
FOR PAY PERIOD ENDING    11/16/07
SCHEDULED PAY DATE    11/30/07

27 104
9147

## THIS IS NOT A DEPOSIT RECEIPT

WARRANT – TRACE NO.
SA0730176-0005390

GRAHAM SHAWNETTA                              9147

1101 ASSELL AVE
AURORA IL 60505

### YEAR TO DATE EARNINGS AND TAXES

| | |
|---|---|
| GROSS EARNINGS | 44440.91 |
| FEDERAL TAX | 5675.90 |
| F.I.C.A. | 3183.45 |
| STATE TAX | 1135.02 |
| OTHER COMP. | .00 |
| NON-TAX INCOME | 6605.05 |
| EARNED INC. CRED. | .00 |

YEAR TO DATE GROSS EARNINGS PLUS OTHER COMPENSATION
LESS NON-TAXABLE INCOME EQUAL TAXABLE GROSS.

### CURRENT PERIOD EARNINGS AND DEDUCTIONS

| SOCIAL SECURITY NO. | BASE PAY | OVERTIME PAY | LUMP SUM | ADDITIONAL GROSS | GROSS EARNINGS |
|---|---|---|---|---|---|
| ***-**-1491 | 2070.50 | .00 | .00 | .00 | 2070.50 |

DEDUCTIONS:

| | | | | | |
|---|---|---|---|---|---|
| FEDERAL TAX | 266.45 | STATE TAX | 52.83 | FICA | 148.20 |
| RETIREMENT | 176.00 | OP HLTH INS | 133.25 | OTHER INS | .75 |
| UNION DUES | 24.03 | ASSOC. DUES | 2.10 | | |

NOTE:
*GROSS PAY INCREASED BY THIS AMOUNT

| | |
|---|---|
| TOTAL DEDUCTIONS | 905.54 |
| EARNED INC. CRED. | .00 |
| NET PAY | 1164.86 |

EMPLOYEE ID : 47-4037260

# DANIEL W. HYNES
## COMPTROLLER — STATE OF ILLINOIS

SALARY EARNINGS STATEMENT
FOR PAY PERIOD ENDING    11/30/07
SCHEDULED PAY DATE    12/14/07

27 104
9147

## THIS IS NOT A DEPOSIT RECEIPT

WARRANT — TRACE NO.
SA0782224-0009594

GRAHAM SHAWNETTA                                        9147

1101 ASSELL AVE
AURORA IL 60505

### YEAR TO DATE EARNINGS AND TAXES

| | |
|---|---|
| GROSS EARNINGS | 46511.41 |
| FEDERAL TAX | 5947.35 |
| F.I.C.A. | 3331.65 |
| STATE TAX | 1187.85 |
| OTHER COMP. | .00 |
| NON-TAX INCOME | 6914.30 |
| EARNED INC. CRED. | .00 |

YEAR TO DATE GROSS EARNINGS PLUS OTHER COMPENSATION
LESS NON-TAXABLE INCOME EQUAL TAXABLE GROSS.

### CURRENT PERIOD EARNINGS AND DEDUCTIONS

| SOCIAL SECURITY NO. | BASE PAY | OVERTIME PAY | LUMP SUM | ADDITIONAL GROSS | GROSS EARNINGS |
|---|---|---|---|---|---|
| ***-**-1491 | 2070.50 | .00 | .00 | .00 | 2070.50 |

DEDUCTIONS:

| | | | | | |
|---|---|---|---|---|---|
| FEDERAL TAX | 268.45 | STATE TAX | 52.83 | FICA | 148.20 |
| RETIREMENT | 176.00 | OP HLTH INS | 133.25 | OTHER INS | .75 |
| UNION DUES | 24.03 | ASSOC. DUES | | | |

NOTE:
*GROSS PAY INCREASED BY THIS AMOUNT

| | |
|---|---|
| TOTAL DEDUCTIONS | 905.64 |
| EARNED INC. CRED. | .00 |
| NET PAY | 1164.86 |

EMPLOYEE ID : 47-4037260