## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7078 | **DATE** | 1/22/2008 |
| **CASE TITLE** | Shawnetta T. Graham vs. State Of Illinois | | |

**DOCKET ENTRY TEXT**

Since the Plaintiff is Pro Se we point out to her that she has until 04/12/08 to serve Defendants with a copy of the summons and complaint. Therefore, Plaintiff's motion for additional time to serve defendants [5] is granted to and including 04/17/08. Plaintiff is warned that failure to serve summons and complaint on defendants by 04/17/08 will result in a dismissal of the action pursuant to Federal Rules of Civil Procedure 4. Plaintiff is further directed to file with the Clerk of Court the appropriate return and or waiver of service. Initial status hearing set for 04/22/08 at 9:00 a.m. Plaintiff is warned that failure to appear on a Court's noticed status hearing will result in a dismissal for want of prosecution pursuant to Local Rule 41.1.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|