UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHAWNETTA T. GRAHAM | ) | |
| | ) | |
| Plaintiff, | ) | 06 C 3361 |
| | ) | |
| v. | ) | Honorable Samuel Der-Yeghiayan |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, and STATE OF ILLINOIS, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendants, STATE OF ILLINOIS and ILLINOIS DEPARTMENT OF CORRECTIONS, by and through their attorney, LISA MADIGAN, Attorney General of Illinois, and Assistant Attorney General, Colette A. Walsh, hereby submits their Motion for Enlargement of Time to Answer or Otherwise Plead. In support of its motion, Defendants state as follows:

1. STATE OF ILLINOIS and ILLINOIS DEPARTMENT OF CORRECTIONS ("IDOC") are named Defendants in Plaintiff's Complaint, Case No. 07 C 7078, which she filed on December 17, 2007. Plaintiff's Complaint alleges discrimination in violation of Title VII of the Civil Rights Act of 1964 and the American with Disabilities Act.

2. On December 26, 2007, Defendant IDOC completed the waiver of service of summons and mailed a copy to Plaintiff. The Defendant, STATE OF ILLINOIS, completed the waiver of service of summons on January 15, 2008 and mailed a copy to Plaintiff. (True and accurate copies of Defendants' waivers of service of summons are attached hereto as Exhibit A)  On January 16, 2008, Defendants were personally served with Plaintiff's Exhibits to her Complaint.

3. Accordingly, Defendants must answer or otherwise please on or before Defendant must answer or otherwise plead on or before February 15, 2008.

4. In her Complaint, Plaintiff raised a plethora of factual allegations. In order to properly respond to the Complaint, the undersigned counsel is currently conducting an investigation by conferring with the STATE OF ILLINOIS and IDOC and obtaining relevant documents.

5. Additionally, Defense counsel will be out of the country from February 8, 2008 and will not be returning to the office until February 19, 2008.

6. Accordingly, Defendant respectfully requests until March 17, 2008, to file its answer or responsive pleading.

7. This enlargement of time to answer or otherwise plead will not prejudice the Plaintiff, nor do Defendants make this request to delay these proceedings.

**WHEREFORE**, Defendants, STATE OF ILLINOIS and ILLINOIS DEPARTMENT OF CORRECTIONS, pray that this Court grants them an enlargement of time, up to and including March 17, 2008, to answer or otherwise plead to Plaintiff's Complaint.

Respectfully submitted,

**STATE OF ILLINOIS and
ILLINOIS DEPARTMENT OF
CORRECTIONS,**

By: /s Colette A. Walsh

LISA MADIGAN
Illinois Attorney General

COLETTE A. WALSH
Assistant Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-4328