## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **SHAWNETTA T. GRAHAM** | ) | |
| | ) | |
| Plaintiff, | ) | 06 C 3361 |
| | ) | |
| v. | ) | Honorable Samuel Der-Yeghiayan |
| | ) | |
| **ILLINOIS DEPARTMENT OF** | ) | |
| **CORRECTIONS, and** | ) | |
| **STATE OF ILLINOIS,** | ) | |
| | ) | |
| Defendants. | ) | |

___

### NOTICE OF MOTION
___

TO:  Ms. Shawnetta T. Graham
     1101 Assell Ave.
     Aurora, IL 60505

PLEASE TAKE NOTICE that on the **6th day of February, 2008, at 9:00 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Samuel Der-Yeghiayan or whomever may be sitting in his stead in Courtroom 1903 of the Everett McKinley Dirksen federal courthouse, located at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached **DEFENDANTS' MOTION FOR AN ENLARGEMENTOF TIME TO ANSWER OR OTHERWISE PLEAD**, a copy of which is attached and served upon you.

                                Respectfully Submitted,
                                STATE OF ILLINOIS and
                                ILLINOIS DEPARTMENT OF
                                CORRECTIONS,
                                Defendants.

                         BY:       s/ Colette A. Walsh
                                COLETTE A. WALSH
LISA MADIGAN                    Assistant Attorney General
Attorney General of Illinois    General Law Bureau
                                100 W. Randolph St., 13th Floor
                                Chicago, IL 60601
                                (312) 814-4328

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHAWNETTA T. GRAHAM | ) | |
| | ) | |
| Plaintiff, | ) | 06 C 3361 |
| | ) | |
| v. | ) | Honorable Samuel Der-Yeghiayan |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, and STATE OF ILLINOIS, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

_____

**CERTIFICATE OF SERVICE**
_____

The undersigned, an attorney, certifies that a copy of the foregoing **DEFENDANTS' MOTION FOR AN ENLARGEMENTOF TIME TO ANSWER OR OTHERWISE PLEAD AND APPEARANCE OF COLETTE A. WALSH**, along with a copy of all documents required to be served by Federal Rule of Civil Procedure 5(a), was sent via electronic filing and regular mail on the **31st day of January, 2008,** at or before the hour of 5:00 p.m. to the following party:

**PLAINTIFF – pro se**

Ms. Shawnetta T. Graham
1101 Assell Ave.
Aurora, IL 60505


s/ Colette A. Walsh
COLETTE A. WALSH, Assistant Attorney General
General Law Bureau
100 West Randolph, 13th Floor
Chicago, IL 60601
(312) 814-4328