cH

**F I L E D**

JAN 2 8 2008 CMCM
Jan 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# <u>Memorandum</u>

**Date: January 18, 2008**

**To:  United States District Court Northern District of Illinois**
     **Eastern Division at Chicago- Clerk of the Court**

**From:  Shawnetta T. Graham, Plaintiff**

07c 7078

**Subject: Amendment for Exhibit DD for Civil Action Number ▓▓▓▓▓**

Enclosed are two amended copies of Exhibit DD which were hand
delivered to the defendants on <u>January 15, 2008</u>. Exhibit DD has been
<u>amended</u>, due to the fact that on page 49 number 9 have the witness
first name spelled incorrectly. The correct spelling of the witness first
name is the following: <u>Margarita.</u>  Please insert this new amended
exhibit in the court's file and the judge's file. The plaintiff is working
without a legal staff.

**CC: Defendants:**
     **Vickie Fair, Illinois Department of Corrections/Legal Department**
     **Colette Walsh, Illinois Attorney General Office**

**Amendment for Civil Action Number: 07C 7078**

# EXHIBIT

# DD

**Disclosure of witnesses**

# Amended

## DISCLORSURE OF WITNESSES FOR COMPLAINT ADMISSION AND FOR FURTHER PURPOSE IN COURT PRECEDING

1. Cynthia N. Miller,  school principal at the time

2.  Daryl Tesh,  Youth Supervisor II

3.  Mathew Mathis, Youth Supervisor II

4. Tomeka Morman, Youth Supervisor II

5. La Sonya Eggleston Gillian, Youth Supervisor II

6. Jan Bradley, President of AFSCME Union Local 416

7. John Blair,  Youth Supervisor II & Chief Stewart of Warrenville AFSCME

   Local 416

8.  Jeffery Bargar, Superintendent of  Illinois Youth Center Warrenville

   ████████████████████ Superintendent of Programs

of Illinois Youth Center Warrenville

10. Kathy Weaver, Youth Supervisor II at that time and Local 416 Stewart

Representative of IYC Warrenville for the School District 428 hearing in October

2005

11.  Sandi Ivemeyer, School District #428 hearing officer for hearing which was in

October 2005

12. Theodore Garganticl, Business Office Store Department


13.  Vivian Travis,  School Secretary for School  District #428  at the time

14.  Carolyn Middleton, Pool Nurse

## DISCLORSURE OF WITNESSES FOR COMPLAINT ADMISSION AND FOR FURTHER PURPOSE IN COURT PRECEDING

15. Assistant Attorney General of Illinois Ann C. Chalstrom

16. Denise Papiech, Educator

17. Dr. Eric Bartel, Fox Valley Orthopedic Institute

18. Dr. Lindstorm, Lindstorm Chiropractic Clinic

19. Dr Ester Lyon, Lyon Foot and Ankle Clinic

20. Illinois Department of Human Rights Investigator Sandra Kelly

21. Chief Legal Counsel of the Illinois Department of Human Rights

22. Misty McNeill, a doctor associate at Lyon Foot and Ankle Clinic