FILED

JAN 2 8 2008 CM
Jan 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# Memorandum

**Date: January 18, 2008**

**TO: United States District Court Northern District of Illinois
    Eastern Division at Chicago-Clerk of the Court**

**From: Shawnetta T. Graham, Plaintiff**

**Subject: Copies of Notice of Law Suit and Request for Waiver of
Summons for Civil Action Number: 07C 7078**

Enclosed are copies  which will provided proof that I mailed the
defendants two copies of the complaint for Civil Action Number: 07C
7078 by certified mail using the United States Post Office. Also, the
Request for Wavier of Service of Summons and Notice of Lawsuit were
included in the certified mail.  Please insert such proof in the **Court's
file** and the **Judge's file.**

**CC: defendants
    Vickie Fair, Illinois Department of Corrections/ Legal Dept.
    ColelteWalsh, Illinois Attorney General**

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS



### SUMMONS IN A CIVIL CASE

Shawnetta T. Graham, Pro Se

CASE NUMBER:

V.

ASSIGNED JUDGE:

State of Illinois & The Illinois Department of
Corrections

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Vickie Fair-                              &          Illinois Attorney General Lisa Madigan
Office of Affirmative Action                         100 W. Randolph-12 Floor
100 W. Randolph-Suite 4-200                          Chicago, Illinois 60601
Chicago, Illinois 60601                              312-814-3000
312-814-2955

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shawnetta T. Graham
1101 Assell Ave
Aurora, Illinois 60505

an answer to the complaint which is herewith served upon you, within _____ 30 _____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                              DATE

AO 398   (Rev. 05/00)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE OF LAWSUIT AND REQUEST FOR
## WAIVER OF SERVICE OF SUMMONS

TO:  (A)     State of Illinois and the Illinois Department of Corrections

as     (B)                                              of (C)

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the Northern District of Illinois and has been assigned docket number (D)

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within (E)  **30**  days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

I affirm that this request is being sent to you on behalf of the plaintiff, this   17   day of

December    ,    2007
(Month)              (Year)

                                              _____
                                              Signature of Plaintiff's Attorney
                                              or Unrepresented Plaintiff

A—Name of individual defendant (or name of officer or agent of corporate defendant)
B—Title, or other relationship of individual to corporate defendant
C—Name of corporate defendant, if any
D—Docket number of action
E—Addressee must be given at least 30 days (60 days if located in foreign country) in which to return waiver

NOTE: When the print dialogue box
appears, be sure to uncheck the
Annotations option.

AO 399 (Rev 05/00)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

### Waiver of Service of Summons

TO: _____ Shawnetta T. Graham, Pro Se _____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, *State of Illinois + Ill Dept of Corrections* acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of State of Illinois and the Illinois Department of Corrections ,
(CAPTION OF ACTION)

which is case number *07C 7078* in the United States District Court
(DOCKET NUMBER)

for the Northern District of Illinois.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means
by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit
by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the
manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the
jurisdiction or venue of the court except for objections based on a defect in the summons or in the service
of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if

an answer or motion under Rule 12 is not served upon you within 60 days after ____ 12/17/07 ____,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

*12-26-07* _____ *Vickie V. Fair* _____
(DATE)                        (SIGNATURE)

Printed/Typed Name: *Vickie V. Fair*

As *Administrator* of *Illinois Dept. of Corrections*
(TITLE)                          (CORPORATE DEFENDANT)

#### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the
summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located
in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown
for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been
brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property.
A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service
of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or
unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or
motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed
more time to answer than if the summons had been actually served when the request for waiver of service was received.



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

CHICAGO IL 60601 OFFICIAL USE

| Postage | $ | $2.50 | 0041 |
| Certified Fee | | $2.65 | 61 |
| Return Receipt Fee (Endorsement Required) | | $0.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $6.00 | 12/17/2007 |

Sent To  LISA Madigan - Attorney General
Street, Apt. No.; or PO Box No.  100 W. Randolph St
City, State, ZIP+4  Chicago Illinois 60601

7004 2510 0001 9574 9631

PS Form 3800, June 2002          See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

CHICAGO IL 60601 OFFICIAL USE

| Postage | $ | $2.50 | 0041 |
| Certified Fee | | $2.65 | 61 |
| Return Receipt Fee (Endorsement Required) | | $0.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $6.00 | 12/17/2007 |

Sent To  Vickie Fair - IDOC
Street, Apt. No.; or PO Box No.  100 W. Randolph St
City, State, ZIP+4  Chicago, Illinois 60601

7004 2510 0001 9574 9662

PS Form 3800, June 2002          See Reverse for Instructions



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | **DATE** 12/17/07 |
| NAME OF SERVER (PRINT)  **Shawnetta T. Graham** | **TITLE** Pro Se , plaintiff |

*Check one box below to indicate appropriate method of service*

**G**  Served personally upon the defendant. Place where served: _____

_____

**G**  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

**G**  Returned unexecuted: _____

_____

_____

**G**  Other (specify):  **by  certify mail  using the United States Post Office**

_____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| dearborn Post office | Certify mail | $ 12.00 |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/17/07        *Shawnetta Graham*
            Date         Signature of Server

           **1101 Assell Ave Aurora, Il 60505**

           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.