**FILED**

JAN 28 2008
Jan 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# Memorandum

Date: January 18, 2008

TO: United States District Court Northern District of Illinois
Eastern Division at Chicago-Clerk of the Court

From: Shawnetta T. Graham, Plaintiff

Subject: Copies of Notice of Filing and Affidavit of Services and
Delivery Confirmation for Civil Action Number: <u>07C 7078</u>

Enclosed are copies which will provided proof that I handed delivered the defendants two copies of the exhibits for Civil Action Number: <u>07C 7078.</u> Please insert such proof in the <u>Court's file</u> and the <u>Judge's file.</u> The defendants received copies of the <u>Notice of Filing</u> and <u>Affidavit of Service</u> on January 15, 2008. Each defendant will be mail two copies of the <u>delivery confirmation.</u>

CC: defendants
   Vickie Fair, Illinois Department of Corrections/ Legal Dept.
   ColelteWalsh, Illinois Attorney General

<u>U. S. District Court Northern District of Illinois Eastern Division at Chicago</u>

<u>Notice of Filing</u>

This serves as notification to the <u>defendants</u> that I have filed a complaint in the U.S. District Court in the Northern District of Illinois Eastern Division at Chicago on <u>December 17, 2007.</u>

I <u>Shawnetta T. Graham</u>, being first duly sworn on oaths, states that she has served two copies of the attached <u>exhibits</u> upon each person name below the <u>15</u> day of <u>January,</u> in the year of <u>2008</u>, in the manner indicated below.

(X) hand delivers          ( ) first class mail          ( ) certified mail


Vickie Fair                                    Illinois Attorney General
Illinois Department of Correction              Lisa Madigan
James R. Thompson Center                       100 West Randolph Street
100 West Randolph Street                       12th floor
Suite 400-2                                    Chicago, Illinois 60601
Chicago, Illinois 60601

**Affidavit of Service**

Plaintiff: _Shawnetta T. Graham_ (signature)
Shawnetta T. Graham
1101 Assell Ave.
Aurora, Illinois 60505

Subscribed and sworn before me this day 15 of January 2008

Notary Public: _____      date: 15th Jan 08

SEAL:

```
OFFICIAL SEAL
ANNEY GEORGE
Notary Public - State of Illinois
My Commission Expires Sep 12, 2011
```

16

January 15, 2008

On the following date, which is <u>January 15, 2008</u>, I received two copies of exhibits for the following case:

<u>Civil Action #:   O7C  7078</u>

<u>Shawnetta T. Graham –V- State of Illinois and the Illinois Department of Corrections</u>

The copies of the exhibits were delivered by <u>Shawnetta T. Graham</u>

<u>Signature: *[signature]*        date:  1-15-08</u>

January 15, 2008

On the following date, which is <u>January 15, 2008</u>, I received two copies of exhibits for the following case:

Civil Action #: 07C 7078

<u>Shawnetta T. Graham –V- State of Illinois and the Illinois Department of Corrections</u>

The copies of the exhibits were delivered by <u>Shawnetta T. Graham</u>

Signature: *Christine P. Brown*   date: 1/15/08

