# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

Shawnetta T. Graham
                Plaintiff,

v.                                              Case No.: 1:07−cv−07078
                                              Honorable Samuel Der−Yeghiayan

State Of Illinois, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 5, 2008:

    MINUTE entry before Judge Samuel Der−Yeghiayan : Defendants' motion for extension of time to file answer or otherwise plead [9] is granted to and including 03/17/08. Initial status hearing reset to 03/17/08 at 9:00 a.m. Status hearing set for 04/22/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.