# EXHIBIT

# A

**A copy of the Complaint filed with the Illinois Department of Human**

**Rights in November 2004**

# ILLINOIS DEPARTMENT OF HUMAN RIGHTS

## COMPLAINANT INFORMATION SHEET
### (For discrimination in employment)

**TODAY'S DATE:** ___10__ / __04__ / _2004_
(Month/ Date/ Year)

**PLEASE PRINT**

1. Your Name: Mr./Ms./Mrs.     ms. Shawnetta T. Graham

   Address  1101 Assell Ave

   City ~~Aurora IL~~                          Apt.# House
   State   IL      Zip   60505

   Home Phone Number          ( 630 )  ~~237-5767~~

   Day-Time Phone Number      ( 630 )  983-6231   Ext

2. The names of two people who can contact you in the event this office is unable to locate you. Make sure their mailing addresses are different from your mailing address. Your charge could be dismissed if you do not provide this information and we are unable to locate you.

   A.  Name: Mr./Ms./Mrs.  ~~Mariane Graham~~

   Address  3_____

   City ~~Chicago~~                          Apt.# ~~____~~
   State   IL      Zip   60616

   Phone Number  ( ___ ) ~~_____~~  ~~_____ work~~

   B.  Name: Mr./Ms./Mrs.  ~~_____~~

   Address  3_____                          Apt.# ~~____~~

   City ~~Chicago~~
   State   IL      Zip   60653

   Phone Number  ( ___ ) ~~_____~~

3. **(\*Note)** Write out the full legal name of the Employer, Union, Employment Agency, etc., (i.e., the Respondent), that you believe discriminated against you in Illinois. **This is the facility I work at, the sch.Dist makes the decision.**

   Name in Full:  Illinois Department Of Corrections: IYC Warrenville

   Illinois Address: 30 West 200 Ferry Road

   City  Warrenville
   State   IL      Zip   60555

   Phone Number   ( 630 )  983-6231

   County  Dupage

4. If you were placed at Respondent by a temporary agency which paid your wages, provide the following information about this company:

   Name in Full:  N/A

   Illinois Address: _____

   City _____
   State _____      Zip _____

   Phone Number   (    )  _____   County _____

CIS-Employment (Web 10/01)  **\*Note**  ( The school Dist made the decision)
Illinois Depart____

OFFICE USE ONLY.

| Control Number: | | Date: | | Investigator: | |
|---|---|---|---|---|---|
| CIS Complete: | Y  N | #6.15 emp kn IL exc sh & hand: | | Y  N | |
| #3 RP in IL | Y  N | #8 D/H < 180 | | Y  N | |
| #3 RP not fed | Y  N | Checked by: | | | |

5.  A. Type of Respondent that you believe discriminated against you in Illinois?

__ Private Company
__ Employment Agency
__ Educational Institution
   __Public   __ Private
__ Union

__Government Agency (specify):_____
__ Federal
XX State
__ County
__City

B. What is the nature of the business of the Respondent?

_____ Retail (specify)          _____

_____ Government (specify)      _____

_____ Manufacturing (specify)   _____

_____ Health Care (specify)     _____

XX  Other (specify)         Junvenile Prison _____

6.  Does the Respondent have a total of 15 or more people working in the State of Illinois?
(Consider all locations).    XX Yes                __ No
        If Yes, approximate total number in IL         _____

    Does the Respondent have a total of 15 or more people working in the United States?
                                        XXx Yes        __ No

7.  Does the Respondent named in question #3 now employ you?    XX Yes        __ No

    If you have been employed by the Respondent named in question #3, provide the following information:

    Job Title  Library Associate _____  Date Hired  5 / 04 /1994

    Were you on probation?    _____ Yes    XX  No

    Present or last salary  _____  Per  _____

    Department  Academic –Library _____  Supervisor  C.N. Miller _____

8.  In the spaces below, please indicate each issue (harm) and basis (type of discrimination) which you would like the Department to investigate. The bases (types) of discrimination, which the Department can investigate, are listed in the Introduction to CIS. Some common issues (harms) are:

Discharge
Harassment
Unequal Pay
Job Eliminated
Failure to Accommodate
(handicap and religion only)

    ) See Other

Failure to Hire
Layoff
Transfer
Other (specify)
Failure to provide
medical treatment)
Assistant on 7/1/04
do to the fact of

Demotion
Failure to Promote
Failure to Recall
Warning
Suspension

Please take your time and complete **all** the information requested for **each** issue and basis alleged, so that we can serve you better. Fill in a separate section for each issue and basis.

## ISSUE AND BASIS

8a.  Issue (harm): failure to provide on the job
medical treatment; therefore, I injury my ankles.                              Date:  7 / 01 / 2004
Basis (type of discrimination):
                                                        Failure to provide Emergency
Reason given for harm by Respondent:  Respondent did not want to help medical assistant. me because
of there personal feelings towards me. She said, C.n. miller, she did see me f
Who gave you this information (name/job title)?  C.n. Miller,                        the flar.
                                                School Principal

Explain why you feel you were discriminated against because of the basis identified above. How were others in your situation treated? Include names and job titles.

On 07-01-2004 I was in need of medical treatment; because my knees gave out.
There were about five witnesses, No one call for assistant. On 07-01-2004
they had a man down They ~~where~~ suppose to call for assistant. I had to walked to
the nurse office in a crunch position and also I walked in to my supervisor
office. I injury my ankle because of the incident. If I could have a wheel
chair which they have on ground. My injuries would not have occurred. I have
heard that when other staff have illness they recieved medical attention. I
am different and a miX-breed and non-African American. Also, I report incidents
which occurred in my job Assignments **ISSUE AND BASIS** . department. I report abuse OF
8b.  Issue (harm): Therefore, it was retaliation. I report abuse of
failure to provide on the job medical treatment; therefore, I injury my
ankles.
Basis (type of discrimination):
                                                        Failure to provide Emergency
Reason given for harm by Respondent: Respondent did not want to help me because of medical assistant
personal feelings and retaliation. FOR writing incident Reports.
Who gave you this information (name/job title)?

Explain why you feel you were discriminated against because of the basis identified above. How were others in your situation treated? Include names and job titles.

Meeting. My In August 2004 my supervisor C. N.Miller and Assistant Warden Mendoza call me for
didnot see me fall to the floor.  supervisor said   the reason she did not call for assistant is because she
I have heard about other staff having
medical problems; and a medical code was call.

---

**Note: If you need to list additional issues or bases, copy this page or use additional paper.**

9.  If you wrote **sexual harassment** in your answer to number 8 above, indicate the <u>name</u> and <u>job title</u> of the harasser:

Do you want the harasser charged separately as an additional Respondent?
If yes, give the address and phone number of that person:          __ Yes      __ No

10.  If you wrote **physical or mental handicap** in your answer to number 8 above, state your medically diagnosable handicap(s):

Explain how the Respondent became aware of each handicap:

I fail in January 2004 and recieved Physical Therapy. I was on a work ~~restriction until 5-19-04. During my work restriction I did have to work~~ ~~in some condition that my doctor said~~ could not. After speaking to my advisor I
State whether you requested any form of accommodation: explain to *them* I could not work out of
No I did                                              doctor orders.

If you requested accommodation, what was the Respondent's response?

I did not request  any accommodation.

If you do not have a handicap, but you believe the Respondent acted because it perceives you as handicapped, explain:

My supervisor knew that I had knees problems

11. If you wrote **national origin or citizenship status** in your answer to number 8 above, do you think the Federal Immigration Reform and Control Act of 1986 influenced your employer's actions? If so, explain:

No

12. If you wrote **retaliation** in your answer to number 8 above, state how you opposed unlawful discrimination (i.e., testified at a discrimination hearing, filed a prior discrimination claim, or complained about unlawful discrimination). Include dates, charge numbers, and/or the name or title of the person to whom you complained.

I oppose *unlawful* discrimination because everyone *is* a creation of god, so

everyone should be treated equally with respect as a human being.

My family helped finance the Civil Right Movement.

(Bails, freedom riders, or Marches) All these things needed finance.

13. If there are witnesses that the Department should contact, who can support your claim of discrimination, state their names, addresses and phone numbers and the pertinent information each witness can provide.

**Witness #1. Name:**  Vivan Travis, *School Secaetary*
Address: 30 West 200 Ferry Road Warrenville, Il 60555
Phone No. (630) 983-6231

Information:  Witness that my knees gave out on 7/01/2004 and I walked into
my supervisor office and no one called        assistant/

**Witness #2. Name:**  YSII Garganta 21
Address: 30 West 200 Ferry Road Warrenville, IL 60555
Phone No. (630) 983-6231

Information:  Witness that I walk pass the school desk on 07/01/2004 in a crunch
position and I need a wheel chair. I walk from the inter-library
to the nurses offices
**Witness #3. Name:**        YSII Eggleson
Address:  30 West 200 Ferry Road Warrenville, IL 60555
Phone No. ( 630  983-6231

Information:  Witness *that I walked pass* the school desk in a crunch position
and I need a wheel chair.                              *back of*
*more Witness on Page*

14. Do you have any documents to support your claim of discrimination?     __ Yes  _x_ No

15. Have you tried to resolve your situation through a grievance procedure?  __ Yes  X No
    If yes, with whom?  *No, not for failing to provide me medical treatment or Assistant*
    Briefly describe your actions and the results thus far:

    _____

    _____

    _____

16. Have you filed a previous charge against this employer with this Department?  __ Yes  __ X No
    If yes, when?  _____

    Charge Number  _____

17. Have you filed a charge regarding this situation with any other Agency?     __ Yes  X No

    EEOC:  __ Yes  _X_ No     If yes, when?  _____

    OTHER:  Specify:  __ Yes  X No  _____
            If yes, when?  _____

18. PERSONAL DATA:

    We need some information for statistical purposes.  Please provide the following information:

    Date of Birth  __06__ / __06__ / _1968_     Sex  __M XᚷX__

    Circle the appropriate category from the list below of national origin or ancestry with which you most strongly identify:

    | | | |
    |---|---|---|
    | Greece = B | Liberia = R | U.S.A. = U |
    | Haiti = T | Mexico = M | Vietnam = V |
    | India = N | Middle East = L | Other African/Non-Arab = F |
    | Ireland = I | Pakistan = K | Other East Asia = W |
    | Italy = Y | Philippines = S | Other Eastern Europe = E |
    | Japan = J | Poland = O | Other Hispanic = H |
    | Korea = A | Puerto Rico = P | (Other = Z) *Mix Breed* |

19. Please specify how you learned of our office.  This information will be used to enable us to serve the  public better:

    internet; I just know the the agency

    _____

    I certify that this information is true and correct to the best of my knowledge.
    I understand this information sheet is not a charge.

    Signature:  *Mdwretta Graham*                Date:  *10, 04, 04*

( *Witness on back of page 5* )

Witness: C.N. Miller   30 west 200 Ferry Road Warrenville, IL 60555  (630) 983-6231  Ext.260
     Information: On 7-01-2004 I needed medical treatment ; my knees gave out,
        I had problem walking because my knees gave out and I had to
walk to the nurses office. in a crunch position

Witness: Nurse Middleton 30 West 200 Ferry Road Warrenville, IL 60555  (630) 983-6231    Ext

  information; On 07-01-2004 I walked in the nurse office in a crunch
position. My Knees gave out.

Witness; YS II Morman 30 West 200 Ferry Road Warrenville, IL 60555   (630) 983-6231
    ( Ys II Moorman)
    Information:   7-01-2004 I walked pass her YSII Morman in
a crunch position, My Knees gave out.

Witness : Assistant Warden Mendoza: 30 West 200 Ferry Road (630) 983-6231 Ext. 204
                        Warrenville, IL 60555

  Informations: In August 2004 She was a witness to a statement my supervisor
stated —— in a meeting.

# ILLINOIS DEPARTMENT OF HUMAN RIGHTS

## COMPLAINANT INFORMATION SHEET
### (For discrimination in employment)

**TODAY'S DATE:** ____10__ / __04__ / __2004____
(Month/ Date/ Year)

PLEASE PRINT

1.  Your Name: Mr./(Ms)/Mrs.     ms. Shawnetta T. Graham

    Address    1101 Assell Ave                          Apt.#    House

    City    Aurora                          State    IL        Zip    60505

    Home Phone Number        ( 630 )    299-3509

    Day-Time Phone Number    ( 630 )    983-6231    Ext.262

2.  The names of two people who can contact you in the event this office is unable to locate you. Make sure their mailing addresses are different from your mailing address. Your charge could be dismissed if you do not provide this information and we are unable to locate you.

    A.    Name: Mr./Ms./Mrs.    ~~Maxine Graham~~

        Address    ~~3001 Kingdrive~~                          Apt.#    1606

        City    ~~Chicago~~                          State    IL    Zip    60616

        Phone Number    (~~~~)~~~~~~~~~    ~~~~~~~~~~~~rk

    B.    Name: Mr./Ms./Mrs.    Darlene Jackson

        Address    ~~~~~~~~~~~~~~~~                          Apt.#    2-B

        City    ~~~~~~~~~~~                          State    IL    Zip    60653

        Phone Number    (~~~~)    ~~~~~~~~~~~

*Note)3.  Write out the full legal name of the Employer, Union, Employment Agency, etc., (i.e., the Respondent), that you believe discriminated against you in Illinois. **This is the facility I work at, the sch.Dist. makes the decision.**

    Name in Full:    Illinois Department Of Corrections: IYC Warrenville

    Illinois Address: 30 West 200 Ferry Road

    City    Warrenville                          State    IL    Zip    60555

    Phone Number    ( 630 )    983-6231                      County    Dupage

4.  If you were placed at Respondent by a temporary agency which paid your wages, provide the following information about this company:

    Name in Full:    N/A

    Illinois Address:

    City                          State        Zip

    Phone Number    (    )                      County

( The school Dist made the decision )

OFFICE USE ONLY

| | | | |
|---|---|---|---|
| | Date: | | Investigator: |
| Control Number: | | | |
| CIS Complete    Y    N | #6.15 empl in IL exc.sh & hand | | Y    N |
| #3 RP in    Y    N IL | #8 D/H ≤ 180    Y    N | | |
| #3 RP not fed    Y    N | Checked by: | | |

5:    A.    Type of Respondent that you believe discriminated against you in Illinois:

__ Private Company
__ Employment Agency
__ Educational Institution
  __Public    __ Private
__ Union

__Government Agency (specify):_____
__ Federal
XX State
__ County
__City

B.    What is the nature of the business of the Respondent?

_____    Retail (specify)    _____

_____    Government (specify)    _____

_____    Manufacturing (specify)    _____

_____    Health Care (specify)    _____

XX    Other (specify)    Junvenile Prison    _____

6.    Does the Respondent have a total of 15 or more people working in the State of Illinois?
(Consider all locations).    ✗ Yes    __ No
    If Yes,  approximate total number in IL    _____

Does the Respondent have a total of 15 or more people working in the United States?
    XXx Yes    __ No

7.    Does the Respondent named in question #3 now employ you?    ✗✗ Yes    __ No

If you have been employed by the Respondent named in question#3, provide the following information:

Job Title    Library Associate    Date Hired    5 / 04 /1994

Were you on probation?    _____ Yes    XX No

Present or last salary    _____    Per    _____

Department    Academic -Library    Supervisor    C.N. Miller

8.    In the spaces below, please indicate each issue (harm) and basis (type of discrimination) which you would
like the Department to investigate. The bases (types) of discrimination, which the Department can
investigate, are listed in the Introduction to CIS. Some common issues (harms) are:

| | | |
|---|---|---|
| Discharge | Failure to Hire | Demotion |
| Harassment | Layoff | Failure to Promote |
| Unequal Pay | Transfer | Failure to Recall |
| Job Eliminated | Other (specify) | Warning |
| Failure to Accommodate | | Suspension |
| (handicap and religion only) | Failure to provide | |
| | medical treatment | |
| → See Other | Assistant on 7/1/04 | |

Please take your time and complete **all** the information requested for **each** issue and basis alleged, so that we can serve you better.  Fill in a separate section for each issue and basis.

---

## ISSUE AND BASIS

Loss of pay is the harm

8a.  Issue (harm): Physical  I had an disability on 8/23/04           Date: 8 / 25/ 2004

Basis (type of discrimination): Took a doctor statement to work on 8/24/04 and was sent home  on 8/25/04.
failure to accommodate

*(note) Reason given for harm by Respondent: discrimination and loss of paid. Return to work on 8-26-2004  request to have pay back and payment for discrimination.

Who gave you this information (name/job title)?
I was told that because of policy I had to leave grounds My supervisor C.N.Miller, School Princ

Explain why you feel you were discriminated against because of the basis identified above.  How were others in your situation treated?  Include names and job titles.

I worked the hold day on 8-24-04 I walk to the copy room and other area of the buil , I did all my job duties as require. I had time on the books  to use and my superv did not tell me. She took average of mind state. She said I had no time on the books.
She said all my time was exhausted.  She said the only time I had     was on the dock-ti I had a disability and she was giving me a hard time.  I  had a on the job inju She said I was a   nuisance   in a meeting with the Asst. Warden Mendoza during the ea part of August.  I have not witness her speaking or  doing other like this.
Appartently, upper Managerment direct her to send me home. I hold heartly believe was  retaliation.

## ISSUE AND BASIS

8b.  Issue (harm) I had a physical disability on 9-10-2004 I was working with an injury

Failure to accommo- date

Basis (type of discrimination): I was told I had to go home, because my doctor was called repeatedly so, she fax over a statement which said my leave started immed- iatel

Reason given for harm by Respondent: do to fact my doctor said my leave started immediately.

Who gave you this information (name/job title)? C.N. Miller, School Principal
upper Mangerment told her she had to do this.

Explain why you feel you were discriminated against because of the basis identified above.  How were others in your situation treated?  Include names and job titles.

I was allowed  to use vacation time from 3:00-4:00pm and I should have been allowed to work an additional hour. If if fact my doctor fax over something that stated my leave started immediately. I should have left alot early. If in fact they had to follow policy I should have got dock-time for this incident also.  I feel like I was  discriminate against because I had  a work related injury. I was told that I  did not have a good attendance recorder.  I have not heard of them doing anyone else like this. I believe hold heartly that it was retaliation.

Note: If you need to list additional issues or bases, copy this page or use additional paper.

9.    If you wrote **sexual harassment** in your answer to number 8 above, indicate the <u>name</u> and <u>job title</u> of the harasser:

---

Do you want the harasser charged separately as an additional Respondent?     __ Yes     __ No
If yes, give the address and phone number of that person:

---

10.   If you wrote **physical or mental handicap** in your answer to number 8 above, state your medically diagnosable handicap(s):

     See    medical notes

Explain how the Respondent became aware of each handicap:

Doctor statements

State whether you requested any form of accommodation:

No, I did not. I did asked to use a high chair when xeroxing

If you requested accommodation, what was the Respondent's response?

see answer of above

If you do not have a handicap, but you believe the Respondent acted because it perceives you as handicapped, explain:

I had a doctor statement with limitation

11.  If you wrote **national origin or citizenship status** in your answer to number 8 above, do you think the Federal Immigration Reform and Control Act of 1986 influenced your employer's actions? If so, explain:

12.  If you wrote **retaliation** in your answer to number 8 above, state how you opposed unlawful discrimination (i.e., testified at a discrimination hearing, filed a prior discrimination claim, or complained about unlawful discrimination).  Include dates, charge numbers, and/or the name or title of the person to whom you complained.

I write incident reports when I'm asked to work out side of my job description.

I had bugs in my office and I have wrote incident report on the issue. We are not suppose to have bugs in our work area,  I am oppose to unlawful discrimination and my family finance the Civil Rights Movement. I am a Advocate for Junvenile Justice in my own way.  Youths should not have to be incarcerated and live with bugs. People in the Agency do not like my point of views.

13.  If there are witnesses that the Department should contact, who can support your claim of discrimination, state their names, addresses and phone numbers and the pertinent information each witness can provide.

**Witness #1.** Name:    YS   Tesh
Address:        30 West 200 Ferry Road    **Warrenville,IL 60555**
Phone No. ( 630    983-6231

Information:  Witness to incident on 8-25-2004

**Witness #2.** Name:  **YS II Mathis**
Address:      **30 West 200 Ferry Road    Warrenville,IL 60555**
Phone No. (630    983-6231 Ext 262

Information:  **Witness to incident on 9-10-2004**

**Witness #3.** Name:    _____
Address:      _____
Phone No. (    )  _____

Information:  _____

14. Do you have any documents to support your claim of discrimination?  **XXX** Yes  __ No

15. Have you tried to resolve your situation through a grievance procedure?  **XXX** Yes  __ No
    If yes, with whom?  ____**Union**____

    Briefly describe your actions and the results thus far:

    **It was denied on the first level which was a hearing with the School District #428**

16. Have you filed a previous charge against this employer with this Department?  __ Yes  **XXX** No
    If yes, when? ____

    Charge Number ____

17. Have you filed a charge regarding this situation with any other Agency?  __ Yes  **XXX** No

    EEOC:  __ Yes  **XXX** No    If yes, when? ____

    OTHER:  Specify: ____
    __ Yes  __ No
    If yes, when? ____

18. **PERSONAL DATA:**

    We need some information for statistical purposes.  Please provide the following information:

    Date of Birth  **06** / **06** / **1968**    Sex  __ M  __ F **XX**

    Circle the appropriate category from the list below of national origin or ancestry with which you most strongly identify:

    | | | |
    |---|---|---|
    | Greece = B | Liberia = R | U.S.A. = U |
    | Haiti = T | Mexico = M | Vietnam = V |
    | India = N | Middle East = L | Other African/Non-Arab = F |
    | Ireland = I | Pakistan = K | Other East Asia = W |
    | Italy = Y | Philippines = S | Other Eastern Europe = E |
    | Japan = J | Poland = O | Other Hispanic = H |
    | Korea = A | Puerto Rico = P | Other = Z  *My Breed* |

19. Please specify how you learned of our office.  This information will be used to enable us to serve the public better:

    **( internet )    I have know about the department for a long time.**

    I certify that this information is true and correct to the best of my knowledge.
    I understand this information sheet is not a charge.

    Signature: *Shawretta Graham*    Date: *11 , 04 , 2004*

# EXHIBIT

# E

**United States Equal Opportunity Commission letter of dismissal and Sue Rights**

EEOC Form 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: **Ms. Shawnetta T. Graham**
**1101 Assell Avenue**
**Aurora, IL 60505**

From: **Equal Employment Opportunity Commission**
**Chicago District Office**
**500 West Madison Street**
**Suite 2800**
**Chicago, Illinois 60661-2511**

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **21B-2005-01042** | **Nola Smith, State & Local Coordinator** | **(312) 886-5973** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*John P. Rowe*

SEP 21 2007

**John P. Rowe, District Director**

Enclosure(s)

*(Date Mailed)*

cc: **State of Illinois Dept of Corrections**

# EXHIBIT

# F

**Charges from Illinois Department of Human Rights with errors**

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.

**05M1118.09**

| AGENCY | | CHARGE NUMBER |
|---|---|---|
| X | IDHR | |
| X | EEOC | |

## Illinois Department of Human Rights and EEOC

| NAME ( indicate Mr., Ms., Mrs. ) | HOME TELEPHONE (include area code) |
|---|---|
| SHAWNETTA T.  GRAHAM | ~~630-299-3509~~ 63ᴼ. ᴵᴼ9 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 1101 ASSELL AVE | AURORA, IL 60505 | ~~00/00/00~~ 6 6 68 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME  (IF MORE THAN ONE, LIST BELOW)

| NAME | NUMBER OF EMPLOYEES  15+ | TELEPHONE ( include area code ) |
|---|---|---|
| SOI - DEPARTMENT OF CORRECTIONS | | 630 983 6231 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 30W200 FERRY RD | WARRENVILLE IL 60555 | 043 |

| NAME | | TELEPHONE ( include area code ) |
|---|---|---|
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION |
|---|---|
| RACE          PHYSICAL HANDICAP | EARLIEST (ADEA/EPA)    LATEST (ALL)  /  /        08/25/2004  7/1/2004 |

☐ CONTINUING ACTION

THE PARTICULARS ARE ( if additional space is needed attach extra sheet(s) )

I.   A.    ISSUE/BASIS

HARASSMENT - JULY, 2004, AND AGAIN ON AUGUST, 2004, DUE TO MY RACE, ~~WHITE~~ *African Indian*

B.    PRIMA FACIE ALLEGATIONS

1.    My race is ~~white.~~ *African Indian*

2.    I was performing my duties as Library Associate in a satisfactory manner. I was hired on May 4, 1994.

3.    In July, 2004, I was harassed by C.N. Miller ~~(white)~~, *African American* Principal, in that I was denied immediate medical attention for an injury sustained while at work. *There were other people on grounds who wouldn't assist me, too.*

Continued...

| X I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY (when necessary for State and Local Requirements) |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |

OFFICIAL SEAL
JOYCE A LACOMBA
Notary Public - State of Illinois
My Commission Expires Aug 21, 2007
Notary Public Seal

| SIGNATURE OF COMPLAINANT | DATE 12/24/04 |
|---|---|
| *Shawnetta Graham* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, year) |

EEOC FORM 5 (6/00)                FEP9RDT3

**Complainant Name:**  **SHAWNETTA T. GRAHAM**

**Charge Number:**

**Page 2**

4.  In August, 2004, I was again harassed by Ms. Miller, who indicated that I had an attendance problem and that I was a nuisance.

5.  Similarly situated, black employees are not treated the same under similar circumstances. *All employees who work on grounds,*

II.  A.    ISSUE/BASIS

FAILURE TO ACCOMMODATE - AUGUST 25, 2004, DUE TO MY PHYSICAL HANDICAP, ANTERIOR TALOFIBULAR LIGAMENT (BOTH ANKLES)

B.    PRIMA FACE ALLEGATIONS

1.  I am a handicapped individual within the meaning of Section 1-103 (I) of the Illinois Human Rights Act.

2.  Respondent was aware of my condition which was the result of an on-the-job injury.

3.  I was performing my duties as Library Associate in a satisfactory manner. I was hired on May 4, 1994.

4.  I requested and was denied a reasonable accommodation consisting of no continuous walking for at least five minutes by Cynthia N. Miller, Educational Administrator. *Sch Dist #428 ordered, C.N. Miller to send me home,*

5.  My condition is unrelated to my ability to perform the essential functions of my job duties as a Library Associate, had Respondent afforded me a reasonable accommodation.

III.  A.    ISSUE/BASIS

MEDICAL LEAVE OF ABSENCE - AUGUST 26, 2004, DUE TO MY PHYSICAL HANDICAP, ANTERIOR TALOFIBULAR LIGAMENT (BOTH ANKLES)

Continued...

Complainant Name:  SHAWNETTA T. GRAHAM

Charge Number

Page 3

B.    PRIMA FACE ALLEGATIONS

1.    I am a handicapped individual within the meaning of Section 1-103 (I) of the Illinois Human Rights Act.

2.    Respondent was aware of my condition which was the result of an on-the-job injury.

3.    I was performing my duties as library Associate in a satisfactory manner. I was hired on May 4, 1994.

4.    On August 26, 2004, I was forced to take a medical leave of absence by Cynthia N. Miller, Education Administrator. The reason cited for the forced medical leave of absence was due to my medical restriction of not walking more than five minutes in a continuous manner. School Dist 428 apparently told C. Miller, that I had to leave.

5.    My condition does not interfere with my ability to perform the essential functions of my job as a Library Associate, with a reasonable accommodation.

HMS/JJT/RCG

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.    05M1118.09

| | | CHARGE NUMBER |
|---|---|---|
| [X] | CY IDHR | 2005CF2167 |
| [X] | EEOC | |

## Illinois Department of Human Rights and EEOC

| NAME ( indicate Mr., Ms., Mrs. ) | HOME TELEPHONE (include area code) |
|---|---|
| SHAWNETTA T.   GRAHAM | 630-709-7165 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 1101 ASSELL AVE | AURORA, IL 60505 | 00/00/00 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME ( IF MORE THAN ONE, LIST BELOW)

| NAME | NUMBER OF EMPLOYEES, MEMBERS  15+ | TELEPHONE ( include area code ) |
|---|---|---|
| SOI - DEPARTMENT OF CORRECTIONS | | 630 983 6231 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 30W200 FERRY RD | WARRENVILLE IL 60555 | 043 |

| NAME | TELEPHONE ( include area code ) |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION |
|---|---|
| RACE          PHYSICAL HANDICAP | EARLIEST (ADEA/EPA)   LATEST (ALL) |
| | /  /         08/25/2004 |
| | [ ] CONTINUING ACTION |

THE PARTICULARS ARE ( if additional space is needed attach extra sheet(s) )

I.   A.   ISSUE/BASIS

HARASSMENT - JULY, 2004, AND AGAIN ON AUGUST, 2004, DUE TO MY RACE, BLACK.

B.   PRIMA FACIE ALLEGATIONS

1.   My race is black.

2.   I was performing my duties as Library Associate in a satisfactory manner.   I was hired on May 4, 1994.

3.   In July, 2004, I was harassed by C.N. Miller (white), Principal, in that I was denied immediate medical attention for an injury sustained while at work.

**DEPT. OF HUMAN RIGHTS INTAKE UNIT**

**FEB 0 4 2005**

**RECEIVED**

BY ~~dropped off MT~~

Continued...

| [X] I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY (when necessary for State and Local Requirements) |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |
| "OFFICIAL SEAL" KIMBERLY A. RYGIEWICZ Notary Public, State of Illinois My Commission Expires May 8, 2006 Notary Public Seal | SIGNATURE OF COMPLAINANT          DATE  2/3/05 X  Shawnetta Graham SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, year) |

EEOC FORM 5 (6/00)                    FEP9RDT3

Complainant Name:   SHAWNETTA T. GRAHAM

Charge Number:   2005CF2167

Page 2

4.   In August, 2004, I was again harassed by Ms. Miller, who indicated that I had an attendance problem and that I was a nuisance.

5.   Similarly situated non-black employees were not treated the same under similar circumstances.

II.   A.   ISSUE/BASIS

FAILURE TO ACCOMMODATE - AUGUST 25, 2004, DUE TO MY PHYSICAL HANDICAP, ANTERIOR TALOFIBULAR LIGAMENT (BOTH ANKLES)

B.   PRIMA FACE ALLEGATIONS

1.   I am a handicapped individual within the meaning of Section 1-103 (I) of the Illinois Human Rights Act.

2.   Respondent was aware of my condition which was the result of an on-the-job injury.

3.   I was performing my duties as Library Associate in a satisfactory manner.   I was hired on May 4, 1994.

4.   I requested and was denied a reasonable accommodation consisting of no walking for more than five consecutive minutes by Cynthia N. Miller, Educational Administrator; instead she sent me home.

5.   My condition is unrelated to my ability to perform the essential functions of my job duties as a Library Associate, had Respondent afforded me a reasonable accommodation.   Said accommodation would not have created a hardship on Respondent.

III.   A.   ISSUE/BASIS

MEDICAL LEAVE OF ABSENCE - AUGUST 26, 2004, DUE TO MY PHYSICAL HANDICAP, ANTERIOR TALOFIBULAR LIGAMENT (BOTH ANKLES)

Continued...

Complainant Name:  **SHAWNETTA T. GRAHAM**

Charge Number      2005CF2167

Page 3

B.  PRIMA FACE ALLEGATIONS

1.  I am a handicapped individual within the meaning of Section 1-103 (I) of the Illinois Human Rights Act.

2.  Respondent was aware of my condition which was the result of an on-the-job injury.

3.  I was performing my duties as library Associate in a satisfactory manner. I was hired on May 4, 1994.

4.  On August 26, 2004, I was forced to take a medical leave of absence by Cynthia N. Miller, Education Administrator. The reason cited for the forced medical leave of absence was due to my medical restriction of no walking for more than five consecutive minutes.

5.  My condition does not interfere with my ability to perform the essential functions of my job as a Library Associate, with a reasonable accommodation. Said accommodation would not have created a hardship on Respondent.

HMS/JJT/RCG

Exhibit:  _____EE_____

This is a statement that state that if I had to pick a race on the the Human Rights Complaint is Non-Arab/other African=F

I feel most comfortable and relate to that category.

If there is any question please write or contact me.

Shawnetta Graham
1101 Assell Ave.
Aurora, IL 60505
(630)-709-7165

Signature: _Shawnetta Graham_____ Date: _11/4/05_____

Notary : _Jol C. 2 ɛ II_____    11/4/05_____

OFFICIAL SEAL
JOHN C MCCARTAN V
Notary Public - State of Illinois
My Commission Expires Dec 2, 2008

8/16/05

Charge # ( 2005CF2167

Candice M. Bonham

OFFICIAL SEAL
CANDICE M. BONHAM
Notary Public, State of Illinois
My Commission Expires 12-31-07

Notary Public Seal

Dear Investigor Kelly;

I am writing you to ask a general question about the fact finding hearing on September 14, 2005 at 11:00 A.M.

Is it necessary to have a lawyer present?

Also I am writing you to let you know that the race of C. W. Miller is African American. On page one under Allegations you have listed her race as white.

On my initial Human Rights Complaint, I wrote "mix Breed." I am writing you an explaination why I wrote "mix breed." I am mixed with Indian of North America; Indian of Canada; South Africa; French; and I trait of white gene. When people see me, they think I'm an African American. They do not see the mixture of races), until they speak to me and they are told.

Print. Shawretta Graham    Signature. Shawretta Graham    date.