# EXHIBIT

# H

**Incident on January 06, 2004**

## ILLINOIS WORKERS' COMPENSATION COMMISSION
## SETTLEMENT CONTRACT LUMP SUM PETITION AND ORDER

ATTENTION. Please type or print. Answer all questions. File four copies of this form. Attach a recent medical report.

Workers' Compensation Act ✔   Occupational Diseases Act ___   Fatal case? No ✔   Yes ___   Date of death _____

**Shawnetta Graham**
Employee/Petitioner

Case #   04 WC 4533

v.

**Illinois Dept. of Corrections**
Employer/Respondent

Setting   **Wheaton**

To resolve this dispute regarding the benefits due the petitioner under the Illinois Workers' Compensation or Occupational Diseases Act, we offer the following statements. We understand these statements are not binding if this contract is not approved.

| **Shawnetta Graham** | **1101 Assell Avenue** | **Aurora, Illinois 60505** |
|---|---|---|
| Employee's name | Street address | City, State, Zip code |
| **Illinois Dept. of Corrections** | 30West200 Ferry Road / **20W300 Ferry Road** | **Warrenville, Illinois 60555** |
| Employer's name | Street address | City, State, Zip code |

Employee's Social Security # ██████   Male ___   Female ✔   Married ___   Single ✔

# Dependents under age 18  **1**   Birthdate ██████   Average weekly wage $ ██████

Date of accident   **01-06-04**

How did the accident occur?   **During course of employment**

What part of the body was affected?   **left right legs/knees**

What is the nature of the injury?   **bilateral anterior knee pain**

The employer was notified of the accident orally ✔ in writing ✔ .   Return-to-work date   **01-07-04**

Location of accident   **Warrenville, Illinois**   Did the employee return to his or her regular job? Yes ✔ No ___
If not, explain below and describe the type of work the employee is doing, the wage earned, and the current employer's name and address.

TEMPORARY TOTAL DISABILITY BENEFITS: Compensation was paid for   **N/A**   weeks at the rate of $ _____ /week.
The employee was temporarily totally disabled from   **N/A**   through   **N/A**

MEDICAL EXPENSES: The employer has ✔ has not ___ paid all medical bills. List unpaid bills in the space below.

PREVIOUS AGREEMENTS: Before the petitioner signed an *Attorney Representation Agreement*, the respondent or its agent offered in writing to pay the petitioner $ **0.00**   as compensation for the permanent disability caused by this injury.
An arbitrator or commissioner of the Commission previously made an award on this case on _____ **N/A** _____ regarding
TTD   **N/A**   Permanent disability   **N/A**   Medical expenses   **N/A**   Other   **N/A**

IC5 12/04   100 W. Randolph Street #8-200   Chicago, IL 60601   312-814-6611   Toll free 866-352-3033   Web site: www.iwcc.il.gov
Downstate offices: Collinsville 618-346-3450   Peoria 309-671-3019   Rockford 815-987-7292   Springfield 217-785-7084
Disclosure of this information to the Commission is done voluntarily under 820 ILCS 305.6(b).

## SETTLEMENT STATEMENT

| | |
|---|---|
| SHAWNETTA GRAHAM | ) |
| | ) |
| | ) |
| | ) |
| vs. | ) Case No. 04 WC 4533 |
| | ) |
| | ) |
| IL. DEPT. CORRECTIONS | ) |
| | ) |
| | ) |

## SETTLEMENT STATEMENT

| | |
|---|---|
| **GROSS AMOUNT OF SETTLEMENT** | $10,410.80 |
| | |
| Less Attorney fee | $ 2,082.16 |
|    -Paul Marzano, Esq.-$1,041.08 | |
|    -Evans, Loewenstein, Shimanovsky | |
|     & Moscardini, Ltd.- $1,041.08 | |
| | |
| Less Costs and Liens: | $ 45.00 |

-Diversified Medical Records(medical records)-$20.00
-Lindstrom Chiropractic Clinic(medical records)-$25.00

**NET DUE TO CLIENT**    $8,283.64

    I, Shawnetta Graham, have read the above and foregoing Settlement Statement and that it is true and correct. I understand that I am solely responsible for any unpaid medical bills and hold Paul Marzano, Esq. harmless with respect thereto. I hereby authorize Paul Marzano, Esq. to distribute my settlement. I further acknowledge receipt of check number AF5983108 in the amount of $8,283.64 as my portion of said settlement.

_10/15/05_
DATE

_Shawnetta Graham_ (signature)
SHAWNETTA GRAHAM

**TERMS OF SETTLEMENT:** Attach a recent medical report signed by the physician who examined or treated the employee.

Respondent to pay and Petitioner to accept $10,410.80 in full and final settlement of all claims under the Workers Compensation Act for injuries allegedly occurring on or about 01/06/04, including any results, developments or sequelae, fatal or non-fatal, allegedly resulting from such accidental injuries. The settlement includes liability for temporary total compensation and all medical, surgical and hospital expenses incurred or to be incurred allegedly resulting from the accidental injury. Review under Sections 19(h) and 8(a) is waived by the parties. The settlement represents 5% loss of use of a left leg and 5% loss of use of a right leg. Petitioner and Respondent acknowledge that settlement payment is deferred until September 30, 2005.

| | |
|---|---|
| Total amount of settlement | $ 10,410.80 |
| Deduction: Attorney's fees | $ 2,082.16 |
| Deduction: Medical reports, X-rays | $ 45.00 |
| Deduction: Other (explain) | $ 0.00 |
| Amount employee will receive | $ 8,283.64 |

**PETITIONER'S SIGNATURE.** *Attention, petitioner. Do not sign this contract unless you understand all of the following statements.* I have read this document, understand its terms, and sign this contract voluntarily. I believe it is in my best interests for the Commission to approve this contract. I understand that I can present this settlement contract to the Commission in person. I understand that by signing this contract, I am giving up the following rights:
1. My right to a trial before an arbitrator;
2. My right to appeal the arbitrator's decision to the Commission;
3. My right to any further medical treatment, at the employer's expense, for the results of this injury;
4. My right to any additional benefits if my condition worsens as a result of this injury.

x /s/ Shawnetta Graham — **Shawnetta Graham**     **630-674-5406**     x 6-29-05

Signature of petitioner | Name of petitioner (please print) | Telephone number | Date

**PETITIONER'S ATTORNEY.** I attest that any fee petitions on file with the IWCC have been resolved. Based on the information reasonably available to me, I recommend this settlement contract be approved.

**RESPONDENT'S ATTORNEY.** I attest that any fee petitions on file with the IWCC have been resolved. The respondent agrees to this settlement and will pay the benefits to the petitioner or the petitioner's attorney, according to the terms of this contract, promptly after receiving a copy of the approved contract.

Signature of attorney     Date
**Paul Marzano**
Attorney's name and IC code # (please print)
**Paul Marzano Attorney at Law**
Firm name
**2835 Aurora Avenue Suite 115-126**
Street address
**Naperville, Illinois 60540**
City, State, Zip code
**630-375-9190**
Telephone number     E-mail address

Signature of attorney or agent     Date
**Eric A. Burgeson**
Attorney's name and IC code # or agent (please print)
**Office of the Attorney General**
Firm name
**100 West Randolph Street**
Street address
**Chicago, Illinois 60601**
City, State, Zip code
**312-814-3696**
Telephone number     E-mail address
**Self**
Name of respondent's insurance or service company (please print)

**ORDER OF ARBITRATOR OR COMMISSIONER:**
Having carefully reviewed the terms of this contract, in accordance with Section 9 of the Act, by my stamp I hereby approve this contract, order the respondent to promptly pay in a lump sum the total amount of settlement stated above, and dismiss this case.

# EXHIBIT

# L

**Dreyer Walk-In Clinic doctor Statement**

*Dreyer Medical Clinic*
✚ *Advocate*

August 18, 2004

To Whom It May Concern:

Shawnetta was in the Walk-In Clinic today with bilateral ankle pain and some swelling of the ankles. She did have X-rays of the ankles today. No fractures were noted. She may return to work, but should avoid prolonged standing or walking for the next week.

She was given an anti-inflamatory medicine (Relafen) to use.

Sincerely,

Jon Christofersen MD
DREYER MEDICAL CLINIC
Dreyer Medical Clinic - Walk-in Care
725 W. Fabyan Parkway0
Batavia, IL 60510
630-762-4820
630-859-6700

# STATE OF ILLINOIS — DEPARTMENT OF CORRECTIONS
## ADULT AND JUVENILE DIVISIONS
## INCIDENT REPORT

Institution/Program: IYC-WARRENVILLE-Library     Date and Time of Incident: 8/18/04  1:30 pm

If the answer is yes to any of the following questions, explain in narrative below:

A. Was a Weapon Involved: YES ☐  NO ☒   B. Were Restraints/Force Used: YES ☐ NO ☒   C. Was Property Damaged: YES ☐
D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified: YES ☐ NO ☒   E. Were Arrests Made: YES ☐ NO ☒
F. Any Injuries/Hospitalizations: YES ☐ NO ☒   G. Were there Media Inquiries: YES ☐ NO ☒

**Inmates/Staff Involved:**

| Name | I.D.# | Offense | Commitment Date |
|---|---|---|---|
| Mrs. Ross | | | |
| Mrs. C.N. Miller | | | |
| On duty Nurse | | | |

**Witnesses to Incident:**

| Name | I.D.# |
|---|---|
| | |

**Statement of Facts: (NARRATIVE)**

On 7-1-04 I submitted documents on an on the job injury. I was running the bathroom line and both my knees gave out. I limped to my supervisor office and then limped to the nurses office. Because of the injury on 7-1-04 my ankles are hurting. On 8-18-04 I was doing some Xeroxing of behavior reports and a sharp pain shot threw both my ankles. So I went into the nurse office and asked for some pain killers, they said they could not give me any. I asked for a workman comp package, they said I was the school district and I had to get the information from my supervisor. So the health car administrator called and spoke to MY Supervisor. I didn't get a workman comp package from the nurse. I had an old form from a previous incident, it is attached. To deal with the pain I asked one of the kitchen staff for a bag of ice. I applied ice, and I will be going to Urgent Care tonight.

Andrette Graham  8-18-04 / 1:30 pm

Reporting Employee    Date/Time    Person Calling in Report    Person Accepting Report    Date/Time

ministrative Assessment: _____

ef Administrative Officer _____    Date/Time _____

ribution:  Director
            Deputy Director of Appropriate Division
            Deputy Director of Bureau of Inspections and Audits    Legal Services (only if restraints/force used)
                                                                    File

434 (4/83)

# EXHIBIT

# M

MRI report from Dr Lyon and other doctor Statements from

Dr. Lyon office





# Vision MRI & CT of Oak Brook
A SUBSIDIARY OF MIRACOR DIAGNOSTICS, INC.
2425 W. 22nd Street, Suite 105
Oak Brook, Illinois 60523

(888) 240 - 8638
(630) 990 - 4MRI
Fax: (630) 572 - 1455

| Patient Name | Physician | Date |
|---|---|---|
| Graham, Shawnetta | Lyon, D.P.M. | 08-26-04 |

## MRI OF THE RIGHT ANKLE AND MIDTARSUS

**HISTORY:** This 36-year-old female complains of sudden pain and swelling in both ankles for approximately two weeks.

**FINDINGS:** An MRI evaluation of the right ankle and midtarsus using multiple cross-sectional planes in a variety of pulse sequences demonstrates a mild amount of diffuse subcutaneous soft tissue edema noted along the lateral aspect of the ankle. The superior band of the anterior talofibular ligament appears partially disrupted with a very thickened fibrotic morphology. The inferior band remains intact but appears thin and attenuated at the talar neck insertion. The MRI is consistent with ligamentous sprain and partial disruption of the superior band. Clinical findings are necessary to determine the structural soundness of the anterior talofibular ligament. The calcaneofibalar ligament as well as all other medial and ankle ligaments remain intact with no visible disruption.

All osseous structures, right lower leg, ankle and midtarsus show normal amount of signal, this rules out bone contusion, acute fracture, occult fracture and talar dome lesion.

The ankle mortise and subtalar joint appear normal with no degenerative change and no joint effusion.

The sinus tarsi show no degenerative fibrosis and no acute inflammatory process. The interosseous and cervical ligaments within the sinus tarsi remain intact.

All flexor and extensor tendons remain longitudinally intact with no intratendinous tear or tenosynovitis.

All muscles appear normal ruling out intramuscular edema and intramuscular tear.

08/30/04 MON 12:49 FAX 630 572 1455      VISION MRI OAK BROOK

## CONTINUED

| Patient Name | Physician | Date |
|---|---|---|
| Graham, Shawnetta<br>Page 2 | Lyon, D.P.M. | 08-26-04 |

### MRI OF THE RIGHT ANKLE AND MIDTARSUS

The tarsal tunnel appears open with no impingement or entrapment of the neurovascular bundle.

There is no space occupying mass or neoplastic process noted.

**IMPRESSION:**
1. Sprain and partial disruption of the superior band of the anterior talofibular ligament with no other acute or pathologic process accounting for the patients symptomatology.

*Joseph Porada, M.D.*
Joseph Porada, M.D.
Radiologist

John A. Aikenhead, D.C., Diplomate
American Chiropractic Board of Radiology
Radiologist

Curt Tessman, D.P.M.
Podiatric Consultant

hc/08-28-04



 **Vision MRI & CT of Oak Brook**
A SUBSIDIARY OF MIRACOR DIAGNOSTICS, INC.
2425 W. 22nd Street, Suite 105
Oak Brook, Illinois 60523

(888) 240 - 8683
(630) 990 - 4MRI
Fax: (630) 572 - 1455

| Patient Name | Physician | Date |
|---|---|---|
| Graham, Shawnetta | Lyon, D.P.M. | 08-26-04 |

### MRI OF THE LEFT ANKLE AND MIDTARSAL

**HISTORY:** This 36-year-old female complains of sudden pain and swelling in the lateral aspect of both ankles for approximately two weeks. The patient relates no specific traumatic episode.

**FINDINGS:** MRI evaluation of the left ankle using multiple cross-sectional planes in a variety of pulse sequences demonstrates no subcutaneous soft tissue or soft tissue inflammation noted.

All osseous structures of the lower leg and midtarsal show normal marrow signal ruling out bone contusion, acute fracture, occult stress fracture and talar dome lesion.

The ankle mortise and subtalar joint show no degenerative change and no joint effusion.

The sinus tarsi shows no inherent fibrosis and no acute inflammatory process.

The interosseous cervical ligaments within the sinus tarsi remain intact.

The interior longitudinal ligament remains longitudinally intact with no ligamentous synovial fluid. All other medial and lateral ankle ligaments are intact with no visible disruption.

All flexor and extensor tendons remain longitudinally intact with no intratendinous tear or tenosynovitis.

All muscles appear normal ruling out intramuscular edema and intramuscular tear.

The tarsal tunnel appears open with no impingement or entrapment of the neurovascular bundle.

No space-occupying mass or neoplastic process is noted.

**CONTINUED**

09/02/04 THU 16:43 FAX 630 572 1455         VISION MRI OAK BROOK                    ☐ 10

| Patient Name | Physician | Date |
|---|---|---|
| Graham, Shawnetta<br>Page 2 | Lyon, D.P.M. | 08-26-04 |

**MRI OF THE LEFT ANKLE AND MIDTARSAL**

**IMPRESSION:**
1. Appearance of the left ankle and midtarsal show no evidence of acute or chronic pathologic process accounting for patient's symptomatology.

*Joseph Porada, M.D.*

Joseph Porada, M.D.
Radiologist

John A. Aikenhead, D.C., Diplomat
American Chiropractic Board of Radiology
Radiologist

Curt Tessman, D.P.M.
Podiatric Consultant

ms/09-01-04

# VISION MRI & CT
A subsidiary if Miracor Diagnostics, Ins.
2425 West 22nd Street, Suite 105 * OAK BROOK, IL. 60523
(630) 990-4674  Fax (630) 572-1455

Referring Physician: __Dr. Lyon__    Physician Phone: __4951240__

Patient Name: __Shawnetta Graham__    Parent/Guardian: _____

Patient Home Phone: __630-299-3509__    Work Phone: __630-983-6231 Ext. 262__

Diagnosis (Reason for study): __Injury Bil ankle suture__

**MODALITY:**  ☒ MRI    ☐ MRA    ☐ CT

☐ With Contrast    ☐ Kinematic Motion Study

| | | | |
|---|---|---|---|
| ☐ Brain | ☐ Cervical Spine * | **Extremities:** | ☐ Chest |
| ☐ Orbits | ☐ Thoracic Spine | Shoulder  L ☐ R ☐ | ☐ Abdomen |
| ☐ Temporal Bones | ☐ Lumbar Spine | Elbow  L ☐ R ☐ | **Attention to:** |
| ☐ Facial Bones | | Wrist  L ☐ R ☐ | Liver  ☐ |
| ☐ Pituitary / IAC's* | | Hip  L ☐ R ☐ | Pancreas ☐ |
| ☐ Sinus | ☐ Neck / Soft Tissue | Knee  L ☐ R ☐ | Adrenal ☐ |
| | | Foot  L ☐ R ☐ | Kidneys ☐ |
| | | Ankle  L ☒ R ☒ | ☐ Pelvis |
| | | | ☐ Boney Pelvis |

Other: _____

Appointment Day: __Thursday__ ~~Saturday~~   Date: __8/26__ ~~8/25~~   Time: __5:30__ ~~1:00pm~~ AM/PM

Doctor's Signature: _____

Please be sure to bring all insurance information with you on the day of your appointment.
Please bring all previous X-rays, MRI's, CT's or any other diagnostic test results.

*MRI Preferred

FOR DIRECTIONS: REFER TO MAP ON REVERSE SIDE

Telephone: (630) 657-5030
Fax: (630) 657-5031

DEA #BL 5297040
#016-004795

**LYON FOOT AND ANKLE CLINIC, P.C.**
ESTHER LYON, D.P.M.

2 South 631 Route 59, Suite C                         Warrenville, IL 60555

Name  Shawnetta Brehan          Date  9/8/04

Address _____

℞  Physical Therapy
   – Evaluate + treat
     sprain of ankles
     2 x a wk for 1 mo.

                                 _____, D.P.M.
                                 Esther Lyon

☐ Label

Refill - 0 - 1 - 2 - 3 - 4 - PRN

☐ May Substitute    _____, D.P.M.

☐ May Not Substitute



## LOMBARD FOOT & ANKLE CLINIC, P.C.

**ESTHER LYON, D.P.M.**

6 East St. Charles Road, Suite
Lombard, Illinois 60
Telephone: (630) 495-1:
Fax: (630) 495-1!

Date: 9/8/04

To Whom It May Concern:

Our patient, Shawnetta Graham, had an injury /foot surgery (circled) that requires recovery time.

Our patient will be recovering at home from: 9/20/04 — 9/24/04
to:
or until further notice.

If you have any questions or concerns please call.

Sincerely,

M. Esther Lyon

Dr. Esther Lyon

9-16-2004

```
   I am writing you to let you know that the pain has stopped on
the right ankle. The boot(Cam walkes) has helped alot. The left
ankle has stopped; however, with the left the only discomfort is I
need a left boot. I was gave two right boots. This is the only
problem. I feel like  I can work next week until my next appointment
date on 8-23-2004. I feel like I need to be check weekly,because  I
am a diabetic, and their is swellen.  I can drive at the proper speed.
It takes me longer to get places ;    I do not want to fall. I have to
watch out for slippery places. I have trouble walking up stairs.  I
have trouble walking down stairs.
```

Shawnetta T. Graham



# LOMBARD FOOT & ANKLE CLINIC, P.C.

ESTHER LYON, D.P.M.

6 East St. Charles Road, Suite 100
Lombard, Illinois 60148
Telephone: (630) 495-1240
Fax: (630) 495-1993

Date: 8-23-04

To Whom It May Concern:

Our patient, **Shawnetta Graham** ~~/foot~~ surgery (circled) that requires recovery time.  **had an injury**

~~Our patient will be recovering at home from:~~ She recieved ultrasound ~~to:~~ therapy to both ankles. She is being sent for ~~or until further notice.~~ an MRI and will need to be seen in one week with the results.

If you have any questions or concerns please call.

Sincerely,

M. Esther Lyon
Dr. Esther Lyon


**Work Restrictions:**

Due to injury of ankles patient is not to be walking at work continuously for longer than 5 minutes. She is only to lift items while seated, no greater than 5 lbs.

Patient is only to be seated while at work, except to go to the bathroom, to go to lunch, or to make copies of paper (but is to be seated for the majority of the activity).



## LOMBARD FOOT & ANKLE CLINIC, P.C.

**ESTHER LYON, D.P.M.**

6 East St. Charles Road, Sui
Lombard, Illinois
Telephone: (630) 495
Fax: (630) 495

Date: 8-25-4

To Whom It May Concern:

Our patient, _Shreunetta Graham_, had an (injury)/foot surgery (circled) that requires recovery time.

~~Our patient will be recovering at home from:~~ She recieved U/S
to: therapy? ~~is waiting on MRI~~
or until further notice.

If you have any questions or concerns please call.

Sincerely,

M. Esther Lyon

Dr. Esther Lyon

Her restrictions are:

May walk/stend no more than 60 minutes ~~stm~~ at one time with rest at patients discretion. She is only to lift a maximum of 5 lbs.

All work must be guided by an increase in swelling + pain the patient may re-experiencing at her discretion.

Duration 2w until MRI