# EXHIBIT

# P

**A.D. 03-02-215**

| **ILLINOIS DEPARTMENT OF CORRECTIONS** | **ADMINISTRATIVE DIRECTIVE** | Number | 03.02.215 |
|---|---|---|---|
| | | Page | 1 of 6 |
| | | Effective | 5/1/1998 |

| Section: | 03 | Personnel and Labor Relations |
|---|---|---|
| Subsection: | 02 | Personnel Standards |
| Subject: | 215 | Medical Restrictions on Personnel |

## I. POLICY

### A. Authority

730 ILCS 5/3-2-2

80 Ill. Adm. Code 303.145

### B. Policy Statement

Employees shall not be allowed to work with medical restrictions unless permission to work with limited restrictions has been granted in accordance with this directive.  No employee shall be allowed to return to work with restrictions where long term recuperation (in excess of 90 days) is involved or where the return to work may contribute to reoccurrences of the medical condition or where working under restrictions may impair the operation or security of the employing facility.

## II. PROCEDURE

### A. Purpose

The purpose of this directive is to establish written instructions to staff in regard to approval of working with limited restrictions.

### B. Applicability

This directive is applicable to all divisions within the Department.

### C. Internal Audits

An internal audit of this directive may be conducted in accordance with the facility audit schedule.

| :OIS ⌐PARTMENT ᴑF ⎧ CORRECTIONS | ADMINISTRATIVE DIRECTIVE | Number | 03.02.215 |
|---|---|---|---|
| | | Page | 2 of 6 |
| | | Effective | 5/1/1998 |

| Section: | 03 | Personnel and Labor Relations |
|---|---|---|
| Subsection: | 02 | Personnel Standards |
| Subject: | 215 | Medical Restrictions on Personnel |

### D.   Designees

Individuals specified in this directive may delegate stated responsibilities to another person or persons unless otherwise directed.

### E.   Definitions

Extended sick leave - any leave other than an approved medical leave of absence for which a medical verification of the employee's disability is required, regardless of whether the employee is in paid or non-paid status or of the type of benefit time the employee is utilizing.

Restrictions - limitations on or special provisions for the normal work assignment such as hours limited to less than full-time hours, weight limit on lifting and carrying, limited movement, etc.

### F.   General Provisions

1.   Every employee who has been on a medical leave of absence or extended sick leave shall return to work as soon as a full medical release has been obtained from the employee's physician or from a physician authorized by the Department.

2.   An employee may request to work or return to work with limited restrictions for a period of 90 days or less if the employee's physician indicates in a signed statement the length of time and nature of the limitations.

3.   The Department may request that an employee work or be returned to work with limited restrictions based on a statement provided by the employee's physician or a Department authorized physician.

HUG-25-2004  09:20    IDOC PERSONNEL                    217 522 1513    P.07/16

**ILLINOIS
DEPARTMENT
OF
CORRECTIONS**

**ADMINISTRATIVE
DIRECTIVE**

| Number | 03.02.215 |
|---|---|
| Page | 3 of 6 |
| Effective | 5/1/1998 |

| Section: | 03 | Personnel and Labor Relations |
|---|---|---|
| Subsection: | 02 | Personnel Standards |
| Subject: | 215 | Medical Restrictions on Personnel |

4.  To determine whether the employee is capable of performing his or her job duties with some temporary or limited restrictions, the Chief Administrator may request a physician, authorized by the Department, evaluate the employee's:

   a.  Current condition and prognosis; and

   b.  Job description or post assignment.

5.  A request to work or return to work with restrictions shall only be considered when the restrictions:

   a.  Are temporary in nature and limited to a specific period of time not to exceed 90 days, after which the employee is expected to return to work on a full-time basis with no restrictions.

   b.  Are limited to minor changes in the work routine or assignment within the scope of the employee's job description or post assignment.

   c.  Would not require assignment to duties outside of the employee's job classification.

   d.  Would not cause violations of any union contract provisions or personnel rules.

   e.  Would not require the Department to expend any funds or take any measures to alter the work site.

   f.  Would not jeopardize or impair the security of the facility or any person.

   g.  Would not disrupt the operation of the facility.

IDOC PERSONNEL

217 522 1513      P.08/16

| ILLINOIS DEPARTMENT OF CORRECTIONS | ADMINISTRATIVE DIRECTIVE | Number | 03.02.215 |
|---|---|---|---|
| | | Page | 4 of 6 |
| | | Effective | 5/1/1998 |

| Section: | 03 | Personnel and Labor Relations |
|---|---|---|
| Subsection: | 02 | Personnel Standards |
| Subject: | 215 | Medical Restrictions on Personnel |

6.   The Chief Administrator may limit the number of employees who may work on a restricted basis and shall determine, based on the operating needs of the facility, which employees may work with restrictions. However, once an employee has been approved to work with restrictions, the restricted status cannot be terminated to allow a different employee to go on restricted status.

7.   A request to extend the time period for working with limited restrictions may only be submitted and considered when:

   a.   A physician has stated in writing that the employee is still under restriction for a specified time and provides the expected date the employee will be able to return to work with no restrictions; **and**

   b.   The total period of time the employee would be on restricted status would not exceed 90 days (that is, the initial restricted period plus any extended periods would not exceed 90 days).

8.   This directive shall not give an employee the right to work with restrictions or to remain on leave of absence indefinitely.

9.   Employee requests for reasonable accommodation due to a permanent disability shall be processed in accordance with Administrative Directive 03.02.225.

G.   **Requirements**

1.   A written request for an employee to work or return to work with restrictions on a temporary basis may be initiated by the employee, facility, or the Central Office Manager of the Claims Section. The request shall be directed to the Chief Administrator and shall be identified as an initial or extended request. A copy of the physician's statement must be submitted with the request and shall include:

ILLINOIS
DEPARTMENT
OF
CORRECTIONS

**ADMINISTRATIVE
DIRECTIVE**

| Number | 03.02.215 |
| Page | 5 of 6 |
| Effective | 5/1/1998 |

| Section: | 03 | Personnel and Labor Relations |
| Subsection: | 02 | Personnel Standards |
| Subject: | 215 | Medical Restrictions on Personnel |

a.  Nature and extent of the restriction;

b.  Length of time of the restriction or extended restriction (the total restriction period shall not exceed 90 days); and

c.  Projected return to work date with no restrictions.

2.  The Chief Administrator shall review the request and may request additional information or require a physician, authorized by the Department, to examine the employee or to evaluate the request.

3.  After considering all the factors identified in paragraph II.F. of this directive, the Chief Administrator shall recommend approval or denial of the request. Recommendations shall be submitted in writing or by electronic mail to the Manager of the Claims Section.

4.  The Manager of the Claims Section shall:

a.  Review the request and supporting documents to determine eligibility;

b.  Consult with the appropriate Deputy Director, when necessary, to resolve any questionable issues;

c.  Approve or deny the request; and

d.  Notify the Chief Administrator of the final decision in writing or by electronic mail.

5.  The Chief Administrator shall ensure that by the end of the specified time frame for restricted status the employee has:

a.  Returned to work with no restrictions;

b.  Been approved for an extension of restricted status; or

AUG-25-2004  09:20    IDOC PERSONNEL                                          217 522 1513    P.10/16

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**ADMINISTRATIVE DIRECTIVE**

| Number | 03.02.215 |
|---|---|
| Page | 6 of 6 |
| Effective | 5/1/1998 |

| Section: | 03 | Personnel and Labor Relations |
|---|---|---|
| Subsection: | 02 | Personnel Standards |
| Subject: | 215 | Medical Restrictions on Personnel |

c.   Been placed on a leave of absence or an extended sick leave until he or she is able to return to work with no restrictions.  When placed on the leave of absence, ensure a copy of the written decision is attached to Personnel Action Form, DC-2,  or Internal Personnel Action Request Form, DC-242, and submitted to the Central Personnel Office.

**Authorized by:**

Odie Washington
Director

Supersedes:
03.02.215                          AD                          7/1/91

# EXHIBIT

# T

**Physician statement starting from 09-09-2004**

**to 11-18-2004**

**CMS**
ILLINOIS DEPARTMENT OF
CENTRAL MANAGEMENT SERVICES    **PHYSICIAN'S STATEMENT**

## AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): _Shauinetta Graham_    Date of Birth: ▮▮▮    Soc. Sec. Number: ▮▮▮

Present Address—Street or Rural Route: _1101 Assell Ave_

City: _AURORA_    State: _IL_    Zip Code: _60505_

Employed by State of Illinois: _Department OF Correction_
(Agency, Board, Commission, Department)

Facility: _Illinois Youth Center WARRENVILLE_    Address: _30 W 200 Ferry Road WARRENVILLE, IL 60505_

> **COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.**

### 1. DIAGNOSIS (including any complications):

(a) Date of last examination:    Month: _9_    Day: _9_    19 _2004_

(b) Diagnosis including any complications: _(R) Ankle ATF disruption_

(c) Subjective symptoms: _PAIN & SWELLING_

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings): _MRI shows DISRUPTION TO (R) ATF_

### 2. DATES OF TREATMENT:

(a) Date of first visit:    Month: _8_    Day: _23_    19 _2004_

(b) Date of last visit:    Month: _9_    Day: _9_    19 _2004_

(c) Frequency:    Weekly ☑    Monthly ☐    Other ☐ — (Please specify): _____

### 3. TREATMENT:

(a) Please describe treatment including any surgery and/or medication prescribed: _CAM WALKER_

(b) Will treatment substantially improve function and employability?    Yes ☑    No ☐    If yes, specify: _____

> **IMPORTANT NOTICE**
> This state agency is requesting disclosure of information that is necessary to accomplish the
> statutory purpose as outlined under Chp. 127, 63b, 108c(2). Disclosure of this information

**4. PROGRESS: (Please check appropriate box provided below):**

(a) The patient has:   Recovered ☐   Improved ☐   Remained unchanged ☑   Retrogressed ☐

(b) The patient is:   Ambulatory ☑   House confined ☐   Bed confined ☐   Hospital confined ☐

(c) Has the patient been hospital confined because of current condition?   Yes ☐   No ☑

If yes, give name and address of hospital: _____

Confined from:   Month_____ Day _____ 19 _____ through   Month _____ Day_____ 19 _____

---

**5. LIMITATION: (If there is a limitation, check appropriate box and describe below):**

Standing ☑   Climbing ☑   Bending ☑   Use of hands ☐   Sitting ☐   Walking ☑   Stooping ☐

Lifting ☑   Psychological ☐   Other ☐   (Please specify): _____ *I ha is limitation fa The above checked areas*

---

**6. PHYSICAL IMPAIRMENT:  (*As defined in Federal Dictionary of Occupational Titles):**

☐ CLASS 1 — No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)

☐ CLASS 2 — Medium manual activity* (15-30%)

☐ CLASS 3 — Slight limitation of functional capacity; capable of light work* (35-55%)

☐ CLASS 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

☐ CLASS 5 — Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)

☐ REMARKS — _____

---

**7. EXTENT OF DISABILITY:**

| | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|

(a) In your opinion is patient now temporarily totally disabled?   From Any Occupation: Yes ☐ No ☑   From Patient's Regular Occupation: Yes ☐ No ☑

| MONTH | DAY | YEAR | MONTH | DAY | YEAR |
|---|---|---|---|---|---|
| | | 19 | | | 19 |

(b) If no, when was patient able to go to work?

| MONTH | DAY | YEAR | MONTH | DAY | YEAR |
|---|---|---|---|---|---|
| 9 | 9 | 19 2004 | 9 | 9 | 19 2004 |

(c) If yes, when do you think patient will be able to resume any work?   (Approximate Date)   Indefinite ☐   Never ☐

(d) In your opinion is patient permanently and totally disabled for employment?   Yes ☐   No ☑   Yes ☐   No ☑

(e) If answer to (d) is "yes", please explain.

_____
_____
_____

---

**8. REMARKS:**

Next Visit 9-16-04

_____
_____
_____
_____

Attending Physician's Signature: _____ *M. Styin NF ILL* _____   Degree: *DPM*   Date: *9-9-04*

**PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:**

Attending Physician's Name: _____

Physician's Office Street Address: _____

City: _____ State: _____ Zip Code: _____ Phone Number: _____

TO EMPLOYEES:

## AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): Shawnetta Graham      Date of Birth: ███      Soc. Sec. Number: ███

Present Address—Street or Rural Route: 1101 Assell Ave

City: Aurora                State: IL                Zip Code: 60505

Employed by State of Illinois: Illinois Department of Corrections
(Agency, Board, Commission, Department)

Facility: Illinois Youth Center Warrenville      Address: 30 West 200 Ferry Road Warrenville, IL 60505

**COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.**

### 1. DIAGNOSIS (including any complications):

(a) Date of last examination:   Month: 9   Day: 16   19 2004

(b) Diagnosis including any complications:

(R) Ankle ATF disruption

(c) Subjective symptoms: Pain & Swelling

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):

Same as prior

### 2. DATES OF TREATMENT:

(a) Date of first visit:   Month: 7   Day: 23   19 2004

(b) Date of last visit:   Month: 9   Day: 16   19 2004

(c) Frequency:   Weekly ☑   Monthly ☐   Other ☐ – (Please specify): ____

### 3. TREATMENT:

(a) Please describe treatment including any surgery and/or medication prescribed: Cam Walker

Motrin   3/L

(b) Will treatment substantially improve function and employability?   Yes ☑   No ☐   If yes, specify:

IMPORTANT NOTICE
LOMBARD FOOT & ANKLE CLINIC
This state agency is requesting di... accomplish the statutory purpose as outlined under Chp. 127, ... disclosure of this information is VOLUNTARY. This form has been a... gement Center.
Lombard, L 60148

CMS-95 (9-82)   Il 401-0784      Printed on Recycled Paper

**4. PROGRESS:** (Please check appropriate box provided below):

(a) The patient has:  Recovered ☐  Improved ☑  Remained unchanged ☐  Retrogressed ☐

(b) The patient is:  Ambulatory ☑  House confined ☐  Bed confined ☐  Hospital confined ☐

(c) Has the patient been hospital confined because of current condition?  Yes ☐  No ☑

If yes, give name and address of hospital: _____

Confined from: Month_____ Day_____ 19_____ through Month_____ Day_____ 19_____

---

**5. LIMITATION:** (If there is a limitation, check appropriate box and describe below):

Standing ☑  Climbing ☑  Bending ☑  Use of hands ☐  Sitting ☐  Walking ☑  Stooping ☑

Lifting ☑  Psychological ☐  Other ☐  (Please specify): _up to 60 minutes_

---

**6. PHYSICAL IMPAIRMENT:** (*As defined in Federal Dictionary of Occupational Titles):

☐ CLASS 1 – No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)

☐ CLASS 2 – Medium manual activity* (15-30%)

☑ CLASS 3 – Slight limitation of functional capacity; capable of light work* (35-55%)

☐ CLASS 4 – Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

☐ CLASS 5 – Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)

☐ REMARKS – _____

---

**7. EXTENT OF DISABILITY:**

| | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|

(a) In your opinion is patient now temporarily totally disabled?  From Any Occupation: Yes ☐ No ☑ | From Patient's Regular Occupation: Yes ☑ No ☐

| MONTH | DAY | YEAR | MONTH | DAY | YEAR |
|---|---|---|---|---|---|
| | | 19 | | | 19 |

(b) If no, when was patient able to go to work?

(c) If yes, when do you think patient will be able to resume any work?

| MONTH | DAY | YEAR | MONTH | DAY | YEAR |
|---|---|---|---|---|---|
| | | 19 | _Current_ | | |

(Approximate Date)     Indefinite ☐   Never ☑

(d) In your opinion is patient permanently and totally disabled for employment?   Yes ☐ No ☐   Yes ☐ No ☑

(e) If answer to (d) is "yes", please explain.

_Just limited in activity_
_or to work a limitation_

---

**8. REMARKS:**

_Pt will be seen weekly for_
_re-evaluation – May work at_
_this time in camp Watters_
_taking Motrin for pain  Next appt_
_9-23-04_

Attending Physician's Signature: _Misty McNeill_  Degree: _DPM_  Date: _9-16-4_

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name: _MISTY McNEILL_

Physician's Office Street Address: **LOMBARD FOOT & ANKLE CLINIC**  Zip ____  Phone ____

Dr. Esther Lynn

City: ____  State: ____  Code: ____  Number: ____

2 E. St. Charles Rd., Suite 100

Lombard, IL 60148

## AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): __Shawnetta Graham__    Date of Birth: _____    Soc. Sec. Number: _____

Present Address—Street or Rural Route: __1101 Assell Ave__

City: __Aurora__    State: __IL__    Zip Code: __60505__

Employed by State of Illinois: __Illinois Department of Corrections__
(Agency, Board, Commission, Department)

Facility: __Illinois Youth Center__    Address: __30 West 200 Ferry Road__
__Warrenville__    __Warrenville, IL 60505__

---

**COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.**

---

1. **DIAGNOSIS (including any complications):**

   (a) Date of last examination:  Month: __9__  Day: __23__  19 __2004__

   (b) Diagnosis including any complications: ____

   _Ankle Sprain B/L_
   _PT Tendinitis Left_

   (c) Subjective symptoms: ____

   _Pain, Swelling B/L_

   (d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):

   _None now_

   _Same as previous_

---

2. **DATES OF TREATMENT:**
   (a) Date of first visit:    Month: __8__  Day: __23__  XX __2004__
   (b) Date of last visit:    Month: __9__  Day: __23__  XX __2004__
   (c) Frequency:    Weekly ☒  Monthly ☐  Other ☐ — (Please specify): ____

---

3. **TREATMENT:**
   (a) Please describe treatment including any surgery and/or medication prescribed: _Soft Cast (L)_
   _Unna boot & Ob Coumadin_

   (b) Will treatment substantially improve function and employability?  Yes ☒  No ☐  If yes, specify: ____

---

**IMPORTANT NOTICE**
This state agency is requesting disclosure of information that is necessary to accomplish the statutory purpose as outlined under Chp. 127, 63b, 108c(2). Disclosure of this information is VOLUNTARY. This form has been approved by the State Forms Management Center.

CMS-95 (9/82)    IL401-0794                                    Printed on Recycled Paper

**4. PROGRESS:** (Please check appropriate box provided below):

(a) The patient has: Recovered ☐    Improved ☑    Remained unchanged ☐    Retrogressed ☐

(b) The patient is: Ambulatory ☐    House confined ☐    Bed confined ☐    Hospital confined ☐

(c) Has the patient been hospital confined because of current condition?    Yes ☐    No ☑

If yes, give name and address of hospital: _____

Confined from:    Month_____ Day ____ 19____ through  Month _____ Day____ 19 ____

---

**5. LIMITATION:** (If there is a limitation, check appropriate box and describe below):

Standing ☑    Climbing ☑    Bending ☑    Use of hands ☐    Sitting ☐    Walking ☑    Stooping ☑

Lifting ☑    Psychological ☐    Other ☐    (Please specify): up to 60 min

---

**6. PHYSICAL IMPAIRMENT:** (*As defined in Federal Dictionary of Occupational Titles):

☐    CLASS 1 – No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)

☐    CLASS 2 – Medium manual activity* (15-30%)

☑    CLASS 3 – Slight limitation of functional capacity; capable of light work* (35-55%)

☐    CLASS 4 – Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

☐    CLASS 5 – Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)

☐    REMARKS – _____

---

**7. EXTENT OF DISABILITY:**

| | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|

(a) In your opinion is patient now temporarily totally disabled?    From Any Occupation: Yes ☐ No ☑    From Patient's Regular Occupation: Yes ☐ No ☑

(b) If no, when was patient able to go to work?    

| MONTH | DAY | YEAR | | MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|
| Currently | | 19 | | Currently | | 19 |

(c) If yes, when do you think patient will be able to resume any work?

| MONTH | DAY | YEAR | | MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|
| | | 19 | | | | 19 |

(Approximate Date)    Indefinite ☐    Never ☐

(d) In your opinion is patient permanently and totally disabled for employment?    Yes ☐ No ☐    Yes ☐ No ☐

(e) If answer to (d) is "yes", please explain.

_____
_____
_____

---

**8. REMARKS:** She will be seen weekly until further notice

LOMBARD FOOT & ANKLE CLINIC
Dr. Esther Lyon
6 E. St. Charles Rd., Suite 100
Lombard, IL 60148

Attending Physician's Signature: _____    Degree: DPM    Date: 9/24/9

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name: McNeill

Physician's Office Street Address: 6 E. St Charles Rd.

City: Lombard    State: IL    Zip Code: _____    Phone Number: _____

## AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): Shawnetta Graham

Date of Birth: ▓▓▓▓

Soc. Sec. Number: ▓▓▓▓

Present Address—Street or Rural Route: 1101 Assell Ave

City: Aurora    State: IL    Zip Code: 60505

Employed by State of Illinois: Illinois Department of Corrections
(Agency, Board, Commission, Department)

Facility: Illinois Youth Center Warrenville    Address: 30 West 200 Ferry Road
Warrenville, IL 60505

> **COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.**

### 1. DIAGNOSIS (including any complications):

(a) Date of last examination:    Month: 10    Day: 04    2004

(b) Diagnosis including any complications:

B/L Ankle injuries/sprains.

(c) Subjective symptoms:

Pain and Swelling B/L
Improving

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):

Same as previous /unchanged.

### 2. DATES OF TREATMENT:

(a) Date of first visit:    Month: 8    Day: 23    2004

(b) Date of last visit:    Month: 10    Day: 04    2004

(c) Frequency:    Weekly [X]    Monthly [ ]    Other [ ] — (Please specify): _____

### 3. TREATMENT:

(a) Please describe treatment including any surgery and/or medication prescribed: None new — Continue to wear Cam Walker & orthotics at

(b) Will treatment substantially improve function and employability?    Yes [ ]    No [ ]    If yes, specify: all times

**IMPORTANT NOTICE**

This state agency is requesting disclosure of information that is necessary to accomplish the statutory purpose as outlined under Chp. 127, 63b, 108c(2). Disclosure of this information is VOLUNTARY. This form has been approved by the State Forms Management Center.

CMS-95 (9-82)    IL401-0794

Printed on Recycled Paper

**4. PROGRESS:  (Please check appropriate box provided below):**

(a) The patient has:   Recovered ☑    Improved ☒    Remained unchanged ☐    Retrogressed ☐

(b) The patient is:    Ambulatory ☒    House confined ☐    Bed confined ☐    Hospital confined ☐

(c) Has the patient been hospital confined because of current condition?    Yes ☐    No ☒

If yes, give name and address of hospital: _____

Confined from:    Month_____ Day _____ 19 _____   through   Month _____ Day_____ 19 _____

---

**5. LIMITATION:  (If there is a limitation, check appropriate box and describe below):**

Standing ☒    Climbing ☒    Bending ☒    Use of hands ☐    Sitting ☐    Walking ☒    Stooping ☐

Lifting ☒    Psychological ☐    Other ☐    (Please specify): __Up to 60 min.__

---

**6. PHYSICAL IMPAIRMENT:  (*As defined in Federal Dictionary of Occupational Titles):**

☐ CLASS 1 —  No limitation of functional capacity; capable of heavy work*  No restrictions (0-10%)

☐ CLASS 2 —  Medium manual activity* (15-30%)

☒ CLASS 3 —  Slight limitation of functional capacity; capable of light work* (35-55%)

☐ CLASS 4 —  Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

☐ CLASS 5 —  Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)

☐ REMARKS — _____

---

**7. EXTENT OF DISABILITY:**

|  | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|
| (a) In your opinion is patient now temporarily totally disabled? | Yes ☐ | No ☒ | | Yes ☐ | No ☒ | |
|  | **MONTH** | **DAY** | **YEAR** | **MONTH** | **DAY** | **YEAR** |
| (b) If no, when was patient able to go to work? | Currently | ☒ | ☒ | Currently | | ☒ |
|  | **MONTH** | **DAY** | **YEAR** | **MONTH** | **DAY** | **YEAR** |
| (c) If yes, when do you think patient will be able to resume any work? | | | 19 | | | 19 |
|  | (Approximate Date) | | | Indefinite ☐    Never ☐ | | |
| (d) In your opinion is patient permanently and totally disabled for employment? | Yes ☐    No ☐ | | | Yes ☐    No ☐ | | |

(e) If answer to (d) is "yes", please explain.

_____
_____
_____
_____

---

**8. REMARKS:**

_____

~~Patient will be seen weekly until further notice~~

2 weeks.

**LOMBARD FOOT & ANKLE CLINIC**
Dr. Esther Lyon
6 E. St. Charles Rd., Suite 108
Lombard, IL 60148

Attending Physician's Signature: _Misty McNeill_    Degree: _DPM_    Date: _10/4/01_

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name: ___MISTY McNEILL___

Physician's Office Street Address: _6 Esat St. Charles Road_

City: _Lombard_    State: _IL_    Zip Code: _60148_    Phone Number: _(630)  495-1240_

**LMS**
ILLINOIS DEPARTMENT OF
CENTRAL MANAGEMENT SERVICES

# PHYSICIAN'S STATEMENT

## AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): Shawnetta Graham    Date of Birth: ▮▮▮▮    Soc. Sec. Number: ▮▮▮▮

Present Address—Street or Rural Route: 1101 Assell Ave

City: Aurora    State: IL    Zip Code: 60505

Employed by State of Illinois: Dept of Corretions
(Agency, Board, Commission, Department)

Facility: IYC WARRenvillE    Address: 30 W 200 Ferry Road
WAR, IL 60555

---

**COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.**

---

### 1. DIAGNOSIS (including any complications):

(a) Date of last examination: Month: 11 Day: 18 19 04

(b) Diagnosis including any complications: edema Rt ankle,

(c) Subjective symptoms: No pain

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):
edema + ATF region
(antoorostolofiluis region)

---

### 2. DATES OF TREATMENT:

(a) Date of first visit: Month: 08 Day: 23 19 2004
(b) Date of last visit: Month: 11 Day: 18 19 2004
(c) Frequency: Weekly ☐  Monthly ☐  Other ☐ — (Please specify): 2 x mo.

---

### 3. TREATMENT:

(a) Please describe treatment including any surgery and/or medication prescribed: Ultrasound treat
orthotics

(b) Will treatment substantially improve function and employability? Yes ☑  No ☐  If yes, specify:
relieve discomfort.

---

**IMPORTANT NOTICE**
This state agency is requesting disclosure of information that is necessary to accomplish the statutory purpose as outlined under Chp. 127, 63b, 108c(2). Disclosure of this information

**4. PROGRESS:** (Please check appropriate box provided below):
(a) The patient has:   Recovered ☑   Improved ☐   Remained unchanged ☐   Retrogressed ☐
(b) The patient is:   Ambulatory ☑   House confined ☐   Bed confined ☐   Hospital confined ☐
(c) Has the patient been hospital confined because of current condition?   Yes ☐   No ☑
    If yes, give name and address of hospital: _____

Confined from:   Month _____ Day _____ 19 ____ through   Month _____ Day _____ 19 ____

**5. LIMITATION:** (If there is a limitation, check appropriate box and describe below):
Standing ☐   Climbing ☐   Bending ☐   Use of hands ☐   Sitting ☐   Walking ☐   Stooping ☐
Lifting ☐   Psychological ☐   Other ☐   (Please specify): _____ None

**6. PHYSICAL IMPAIRMENT:** (*As defined in Federal Dictionary of Occupational Titles):
☑ CLASS 1 – No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)
☐ CLASS 2 – Medium manual activity* (15-30%)
☐ CLASS 3 – Slight limitation of functional capacity; capable of light work* (35-55%)
☐ CLASS 4 – Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)
☐ CLASS 5 – Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)
☐ REMARKS – _____

**7. EXTENT OF DISABILITY:**

|   | From Any Occupation | | From Patient's Regular Occupation | |
|---|---|---|---|---|
| | Yes ☐   No ☑ | | Yes ☐   No ☑ | |
| | MONTH / DAY / YEAR | | MONTH / DAY / YEAR | |

(a) In your opinion is patient now temporarily totally disabled?   From Any Occupation: Yes ☐  No ☑   From Patient's Regular Occupation: Yes ☐  No ☑

(b) If no, when was patient able to go to work?   11 / 20 / 19 2001   11 / 20 / 19 2001

(c) If yes, when do you think patient will be able to resume any work?   ____ / ____ / 19 ____   (Approximate Date)    ____ / ____ / 19 ____   Indefinite ☐  Never ☐

(d) In your opinion is patient permanently and totally disabled for employment?   Yes ☐  No ☑   Yes ☐  No ☑

(e) If answer to (d) is "yes", please explain. _____
_____
_____
_____

**8. REMARKS:**

LOMBARD FOOT & ANKLE CLINIC
Dr. Esther Lyon
6 E. St. Charles Rd., Suite 100
Lombard, IL 60148

*(handwritten remarks, illegible)*

Attending Physician's Signature: _____ N. Estler _____   Degree: DPM   Date: 11/1??
PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name: _____ Esther Lyon _____

Physician's Office Street Address: _____ 6 East St Charles Rd Suite 100 _____

City: _____ Lombard _____   State: _____ IL _____   Zip Code: 60148   Phone Number: (630) 495-1041

**TO EMPLOYEES:** You are responsible for having this form completed and returned to the appropriate person within your agency within the time limits established by your agency. Your failure to comply may result in termination of your disability leave.