IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **SHAWNETTA T. GRAHAM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Case No. 07 C 7078 |
| v. | ) | |
| | ) | Hon. Samuel Der-Yeghiayan |
| **STATE OF ILLINOIS,** | ) | |
| **DEPARTMENT OF** | ) | |
| **CORRECTIONS,** | ) | |
| **Defendants.** | ) | |

_____

**NOTICE OF FILING**
_____

TO:   Shawnetta T. Graham, pro-se
      1101 Assell Ave.
      Aurora, IL 60505

  PLEASE TAKE NOTICE that on the **17th day of March, 2008, Defendant**, IDHS caused to be filed, **DEFENDANTS' MOTION TO DISMISS PLAITIFF'S COMPLAINT, and DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF'S COMPLAINT,** a copy of which is attached and served upon you.

|  | Respectfully submitted, |
|---|---|
| LISA MADIGAN | |
| Illinois Attorney General | **STATE OF ILLINOIS and** |
|  | **ILLINOIS DEPARTMENT OF** |
|  | **CORRECTIONS,** |
|  | |
|  | By:   s/ Colette A. Walsh |
|  | COLETTE A. WALSH |
|  | Assistant Attorneys General |
|  | 100 West Randolph Street, 13th Floor |
|  | Chicago, Illinois 60601 |
|  | (312) 814-4328 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **SHAWNETTA T. GRAHAM,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 7078 |
| v. | ) | |
| | ) | Hon. Samuel Der-Yeghiayan |
| **STATE OF ILLINOIS,** | ) | |
| **DEPARTMENT OF** | ) | |
| **CORRECTIONS,** | ) | |
| Defendants. | ) | |

___

**CERTIFICATE OF SERVICE**
___

The undersigned, an attorney, certifies that a copy of the foregoing, **DEFENDANTS' MOTION TO DISMISS PLAITIFF'S COMPLAINT, and DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF'S COMPLAINT,** was served upon the following party via regular U.S. mail at or before the hour of 5:00 p.m., the 18th day of March, 2008, and via hand delivery on the 19th day of March, 2008, to the following party:

**Ms. Shawnetta T. Graham, pro-se
1101 Assell Ave.
Aurora, IL 60505**

  
Respectfully submitted,

LISA MADIGAN
Illinois Attorney General

**STATE OF ILLINOIS and
ILLINOIS DEPARTMENT OF
CORRECTIONS,**

By:     s/ Colette A. Walsh
COLETTE A. WALSH
Assistant Attorneys General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-4328