## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7078 | **DATE** | 3/19/2008 |
| **CASE TITLE** | Shawnetta T. Graham vs. State Of Illinois, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 06/04/08 at 9:00 a.m. Defendants' motion to dismiss Plaintiff's complaint [17] is entered and continued. Plaintiff is given until 04/21/08 to file her response to Defendants' motion to dismiss and Defendants are given until 04/28/08 to file their reply in further support.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|