| | |
|---|---|
| Shawnetta T. Graham ) | |
|     Plaintiff, Pro Se ) | |
| -VS- ) | |
| ) | United States District Court |
| State of Illinois and the Illinois Department ) | Northern District of Illinois |
| Of Corrections, ) | |
|     Defendants ) | Honorable Judge |
| ) | Der Yeghiayan |
| ) | |
| ) | Civil Action #: 07 C 7078 |
| ) | 07cv 7078 |
| ) | |
| ) | FILED |
| ) | APR 22 2008 |
| ) | MICHAEL W. DOBBINS |
| ) | CLERK, U.S. DISTRICT COURT |

Table of Contents for the Motion to amend with the Supporting Memorandum
For the objections to the defendants memorandum to dismiss

Motion..................................................................................Page 1

Footnotes..............................................................................Page 8

### Objections Reply

Objection to defendant Legal Standard...................................Page 9

Objection to defendant Introductory Facts..............................Page 9

Objection to defendant Argument..........................................Page 11

Objection to defendant Argument for Workman Compensation.....Page 13

Objection to defendant Argument for subject matter Jurisdiction...Page 13

Conclusion............................................................................Page 14

### Appendix

Exhibit 3 to Exhibit 8 &  Exhibits (FF, II, KK, LL, MM, OO, PP)

| | |
|---|---|
| **Shawnetta T. Graham**<br>         Plaintiff, Pro Se<br>    -VS-<br><br>**State of Illinois and the Illinois Department Of Corrections,**<br>         Defendants | ) <br> ) <br> ) <br> ) <br> ) **United States District Court**<br> ) **Northern District of Illinois**<br> ) <br> ) **Honorable Judge**<br> )    **Der Yeghiayan**<br> ) <br> ) Civil Action #: <u>07 C 7078</u><br> ) <br> ) <br> ) <br> ) <br> ) |

MOTION

Amendment to Filed Complaint
INSTANTER

FILED
APR 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

A motion to file to leave to amend complaint with an amendment to Exhibit DD

This is a motion to request to amend my complaint with an amendment to Exhibit DD. The purpose to amend is to modify the caption of the case and to add additional witnesses to Exhibit DD and as well as to add additional Federal Questions?

United State Supreme Court Justice Sandra Day O'Connor said …every petitioner …no matter if you hirer a high price lawyer or you are a prisoner sitting in jail …you should have the same consideration. (24. min. film, York Associates Television, Courtesy of the U.S. Supreme Court, Office of Administrative to the Chief Justice) I am asking to have <u>Equal Justice Under the Law</u>. (Constitution of United States Amendment 14 Section 1)

I am requesting to amend my complaint with an amendment to Exhibit DD in order to develop a <u>well pleaded complaint</u> in order to have a fair determination. (Federal Practice and Procedure Supplement: Section 3566, Determination on a well plead complaint, copy right 2007)

I am requesting to amend my complaint in order to allow me to apply the <u>Doctrine of Ex Parte Young</u>. This will allow the federal courts to conduct a straightforward inquiry into whether the complaint alleges an ongoing violation of federal law and seek relief properly characterized as prospective. (Federal Courts 272-injunctive or mandatory relief declaratory judgments. (U.S. 2002, 52B F P D 4th-44)

<u>Doctrine of Ex Parte Young</u> allows a suit against a state official to go forward notwithstanding the Eleventh Amendment's jurisdictional bar, where the suit seeks prospective injunctive relief in order to end a continuing federal law violation. (U.S.C.A., Const. Amend. 11)

### 1. Background

The Assistant Attorney General <u>Colette A. Walsh</u> filed a motion to dismiss on the grounds that the State of Illinois has a sovereign immunity, she states that under 42 U.S.C. <1981>, 42 U.S.C. <1985>,... because the State of Illinois and IDOC are immune from suit under these statues as well as not define as being a "person" amendable to suit under said statues.

She stated in her motion that under The Eleventh Amendment, the state and it agencies are immune from private damage action or a suit for injunctive relief in federal courts unless the state, by unequivocal language, waives the protections of the Eleventh Amendment or Congress unequivocally abrogates the state's Amendment Immunity.

### 2. History of the Eleven Amendment

The Eleventh Amendment was proposed on <u>March 4, 1794</u>, and ratified on <u>February 07, 1795.</u> It was not proclaimed until <u>1798.</u> This Amendment was a result of a 1793 case of Chisholm-v-Georgia. This amendment makes it impossible for a citizen of one state to sue another state in federal court. Georgia argued that the state could not be sued in Federal Court, but the Supreme Court ruled that the state could be. However, individuals can still sue state authorities in federal court for depriving them of their <u>constitutional rights</u>. (World Book Ci-Cz Book 4 2006, page 1013)

### 3. Suits against States

Eleventh Amendment acts as jurisdictional bar to all suits brought in federal court against state by one of its citizens and also bars suit against state officials when state is <u>true party in interest</u>, though Amendment provides no immunity to state officials accused of unconstitutional action and damages are sometimes available against individual defendant despite fact that they are <u>state officials</u>. (Coleman-VS-McHenry, E.D.Va. 1990) (Quote took from USCA Amend. 10-Amend 14, Note 13, page 142)

### 4. Issue to Review

This is the year of 2008, and in December 2007 I filed a timely complaint within the time fame that EEOC stated which was 90 days from September 21, 2007. (See Graham's Complaint Exhibit E) Graham has put a lot of time into the development of the complaint and paid the court fee. She has used her own time and own funds to pursuant a violation of the law as a federal question. There has been an on going violation against Graham as a employee of Illinois Youth Center Warrenville similar to Dana Malone, plaintiff, Pro Se, Aurora, IL-vs.-Janice Shallcross, Nancy Bounds, William Griffin, all in their official capacity of Illinois Youth Center Saint Charles and the Illinois Department of Corrections.(See case # No 02-C-8126). This was entered September 16, 2003 by United States District Judge Robert W. Gettleman. In this case the plaintiff, Dana Malone, hurt her knee while breaking up a fight.

In Graham's complaint, she filed an appendix and in this appendix there are exhibits. In Exhibit DD which is a Disclosure of Witnesses. Graham listed many state employees who are state authorities. (See Exhibit DD in Graham's Complaint)

It would be in the best interest to the petitioner if the court would allow her to name Cynthia N. Miller in the caption with her official job title at that time, plus do to the fact she was an employee who was representing the Illinois Department of Corrections in the year 2004 and the Illinois Department of Corrections is a State Agencies. A State Agencies is represented by the Attorney General of the State of Illinois. Miller was the administer of memo, directives, and gave orders on the behalf of the agencies. Out of all people from the Disclosure of Witnesses Exhibit DD Cynthia N. Miller is named repeatedly in the Statement of Facts. (See Graham's complaint, pages 5-13, point 9 to 20)

On August 25, 2004 Graham was presented a directive that stated a policy of the Illinois Department of Corrections and Graham asked for a copy of the policy. Miller stated she will have to copy it, because it was her only one. Graham never received a copy of this state agencies directive and other state employee stated they never heard of such a directive. (See Graham's complaint Exhibit 2) It is a federal question of Unlawful Employment Practice. (See Title 42 United States Code <Chapter 126> 12101) Graham looked in all Illinois Department of Corrections Directive page by page and can not find such a directive. There were total of 4 federal questions. If I had to select the most important question for review it will be Title 42 United States Code <Chapter 126> 121101.

Since the State and it agencies enjoy the Eleventh Amendment's immunity to the same extent (See 20 ILCS 5/5-15 (West 2000), and the State of Illinois will not wave their protection under the Eleventh Amendment which gives Immunity under Section 1981 or 1983. The State of Illinois Assistant Attorney General file a motion to dismiss because the Supreme Court held that a state is not a "person" for the

purpose of Section 1983, and therefore the state can not be sued in its own name and its' state agencies.

### 5. Request

Therefore, Graham is requesting to amend her complaint for the purpose to modify the caption of case to read <u>Shawnetta T. Graham, Plaintiff,-Pro Se-VS- Cynthia N. Miller, Educator Facility Administrator of Illinois Youth Center Warrenville, Warden Jeffery Bargar of Illinois Youth Center Warrenville, Assistant Warden of Programs Margarita Mendoza of Illinois Youth Center Warrenville, Dr. Wendy Navarro, Assistant Warden of Operation and & The Illinois Department of Corrections: The Facility Illinois Youth Center Warrenville, & The State of Illinois</u>

I am requesting the United States District Court for the Northern District of Illinois, Eastern Division to rule in my favor like in a similar case. ( Dana Malone, Plaintiff- v- Shallcoss, Bounds, Griffins in official capacity & Illinois Department of Corrections, Defendants case number No 02 C 8126)

I am requesting the United States District Court to allow the plaintiff to exercise her rights as a citizens as defined by the fourteenth amendment Section 1 of the Constitution of the United States. Amendment XIV Section 1 of the constitution states...are citizens of the United States and of the State where they reside no state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection if the laws. (World Book Ci-Cz, #4, page 1013, edition 2006)

### Jurisdiction

I would like the United States District Court to have jurisdiction. The United States District Court hears cases involving breaking the laws in the Constitution or cases between citizens of two different states. (Study Guide of the Constitution of the State of Illinois and United States, pages 30-31, State Board of Education) Due to the fact that it is a violation of unlawful employment practice in the work setting. (See Graham's Complaint Statement of Facts point 9 to 20) It would be for the plaintiff benefits if the District Courts consider her requests which are stated in this motion.

### 6. Additional reason for request

Everyone who I mention in the above paragraph is on my Disclosure of Witnesses' statement except Dr. Wendy Navarro. I report many incidents on unlawful employment practice and it was ignored by administrator. I reported action of Mrs. Miller and there were no relief. It appeared to be a group venture. I was denied many opportunities like others who were in similar job roles. One person could do

something and I could not. (See Exhibit 3) When I wrote an incident report, something was taken from me or my library aide was denied to work or took for the day. Sometimes I could not have library aide at all. I was question on action that I knew were untrue like falsification of time and lost of keys. (See Exhibit 4) I was single out in morning meeting by Assistant Warden Mendoza. She did not single out anyone but me. I was made to work additional duties that were not in the scope of my hiring job title even though I had a job restriction. Sometimes it appeared to be available staff. (See Exhibit 5) I was in a work setting with a continuous violation. When I reported or spoke up for myself my office was search and left in a mess. (See Exhibit 5) Even after Miller retired she came back on grounds and took my library aide without asking me, I had to report to the administration on her conduct as a guest on grounds. On June 22, 2006 my car was repossess on the State of Illinois Ground at Illinois Youth Center Warrenville and I was told that the Warrenville Police came on grounds. The car was drugged from the back because they did not have the keys. There were skid marks in the institutional parking driveway. (See Exhibit 6) When I did report workman compensation incidents on <u>July 01, 2004</u> and <u>August 18, 2004</u> it was denied because they said I was not doing any thing job related. I was just standing and my knees gave out. (See Exhibit 7) Such violation and unfair treatment in the work setting was a continuous violation which went into the year 2007 and to the present year 2008. (See Exhibit 8) All of this started with the <u>Whistle Blowing Letter.</u> (See Exhibit 1 of Graham's Complaint)

Illinois Department of Corrections has a pretext directive that limits all employees to 90 days for work restriction and because of this directive it has been an excessive violation of complaints against the agencies for some type of discrimination because of a physical impairment or other in justice in the work place. At the Department of Illinois Human Rights Commission Office in Chicago I pulled a total of 700 pages of cases against the Illinois Department of Corrections which were found or unfound.

This is why I will ask the State of Illinois Attorney General Lisa Madigan to consent to waive the right to sue one of their arms which is the Illinois Department of Corrections at the facility Illinois Youth Center Warrenville and cited officials, because of a pattern of irrational discrimination by Illinois Department of Corrections and officials at the Facility Illinois Youth Center Warrenville.(USCA XI) I am asking to be able to exercise my rights under the Fourteenth Amendment Section 1) (See Exhibit NN: Request for Consent to Sue)

This is why I needed to add the following people to my Disclosure of Witnesses Sheets.

1. Timothy Knox, YS IV

2. Simon Mazhvvancheril, Testing Diagnostician

5

3. Patrick Lovelace, Educator
4. Maureen O' Donnell, Educator
5. Krista Willhardt, Educator
6. Dr. Wendy Navarro, Statewide Hostage Team
7. Heena Alavi, Special Ed, (she left)

I have already stated why Dr. Navarro need to be added, the additional witnesses are needed because they are witnesses to Warden Mendoza actions in the morning academic meetings and Timothy Knox is a person who played an on going role in taking the library aides and trying to get me to work out of my job title.

**This is why I need to add new Federal Questions:**
**In order to have a fair determination**

<u>USCA Amend 10 to Amend 14</u>
<u>Amend XI</u>
<u>Law Suits against State</u>

It is a question of Federal Jurisdictional Law as to whether connection between state officer and act alleged to be unconstitutional is sufficiently intimate to allow suit to be brought against the officer?  <Note 139>

It is a federal question if the proper interpretation of the Amendment Eleventh and Fourteenth is relevant to this issue or case?

It is a federal question if the Federal Court can look to the State to determine if consent from the State can be given to sue Illinois Department of Correction and named State official at Illinois Youth Center Warrenville because of Unlawful Employment Practice with a pattern of irrational discrimination ?

It is a federal question if the arm of the state is entitled to share the State's Eleventh Amendment immunity, this is a matter of federal law?

It is a federal question arising under this amendment if the state is the real party?

It is a federal question whether the suit is barred by this amendment, and this is a matter of Federal Law?

It is a federal question if the <u>Doctrine of Ex Parte Young</u> can be applied to the purposed motion to amend the complaint in order to allow the plaintiff injunctive relief to prevent an on going violation of irrational discrimination in the work place at Illinois Youth Center Warrenville?

It is a federal question if the plaintiff can be granted monetary relief for her loss?

### Title 42 < Chapter 126> 12102 Definitions (2) A-C

It is a federal question if in fact the physical impairment Grade IV Focal Chondromalacia (See Graham's Complaint Exhibit K) and Varus Rotation with a pes planus foot structure (See Graham's Complaint Exhibit W) can be defined as physical impairment traits which is protected under a Federal Act which is the Americans with Disabilities Act of 1990?

It is a federal question if under Title II of the ADA if the State conduct, State Agencies, and name official conduct actually violates the constitution ( 14th Amendment), if so this is an abrogation of their Eleventh Amendment rights and defense to Soverign Immunity by Congress?

### Title 28 <Chapter 85>1331 Jurisdiction and Venue of District Court, note 418 Page 301

It is a federal question if the United States District Court of the Northern District of Illinois, Eastern Division have jurisdiction over Title VII claim which arose under laws of the United States?

### Prayer

Graham prays the presiding Judge of United States District Court of the Northern District of Illinois, Eastern Division rules in her favor, and allow her to amend her complaint for the purpose which were outline in this motion. Granting this motion will allow Graham to have a fair determination in the United States District Court of Illinois.

Shawnetta T. Graham
1101 Assell Ave.
Aurora, Illinois 60505
(630) 709-7165

| | |
|---|---|
| Shawnetta T. Graham       Plaintiff, Pro Se    -VS-  State of Illinois and the Illinois Department Of Corrections,       Defendants | ) ) ) ) )   United States District Court )   Northern District of Illinois ) )       Honorable Judge )        Der Yeghiayan ) )   Civil Action #: <u>07 C 7078</u> ) ) ) ) ) |

Footnotes

Note 1:

Cynthia N. Miller has retired, and Warden Bargar new title is Superintendent and Assistant Warden of Programs need title is Assistant Superintendent of Programs and Warden of Operation Navarro is on grounds occasionally as a Mental Health Director and a Statewide Hostage Team Coordinator.

Note 2:

The Illinois Department of Corrections had a slit in the year of 2006 among the adult and juvenile division, and now the juvenile division is the Illinois Department of Juvenile Justice. However this complaint is under the rules and regulation of Illinois Department of Corrections and there have not been any separation of Administration Directive among the two departments.

Note 3:

The new school Educator Facility Administrator is Sandi Ivemeyer who has took on the behavior and conduct of others. She was the hearing office for the fail union grievance.

| | |
|---|---|
| Shawnetta T. Graham ) | |
|     Plaintiff, Pro Se ) | |
| -VS- ) | |
| ) | United States District Court |
| State of Illinois and the Illinois Department ) | Northern District of Illinois |
| Of Corrections, ) | |
|     Defendants ) | Honorable Judge |
| ) | Der Yeghiayan |
| ) | |
| ) | Civil Action #: <u>07 C 7078</u> |
| ) | |
| ) | |
| ) | |
| ) | |

### Supporting Memorandum

Plaintiff Objections to defendant's memorandum in support of their Motion to

Dismiss

Now comes, the Plaintiff, who is pro se, and her memorandum to support her objections to the defendant's memorandum to dismiss the plaintiff complaint.

### I. Legal Standard

### Objections

The Plaintiff objects to the defendant motion to dismiss on the grounds of rule 12(b)(1) of the Federal Rules of Civil Procedure, because the United States District Court of the Northern District of Illinois, Eastern Division have Federal Jurisdiction over Title VII claims. (See <chapter 85> Note 418; page 301) The plaintiff objects to the defendant's legal standard as outline in her motion to amend her complaint. (See Graham's Motion to amend her complaint)

### II. Introductory Facts

The Plaintiff objects to the defendant statement of facts due to errors.

### Objections

On the initial Illinois Department of Human Rights application, Graham, selected other=Z and wrote in "Mix-Breed". Graham was called by a representative of the

Illinois Department Human Rights and was told that such a selection is not allowed in the State of Illinois. He said I need to have a race that exists in the State of Illinois. I explain to him my family is from Arkansas and we are African Indian. He told me that such a race did not exist in the State of Illinois. So, I prepare a statement to the Illinois Department of Human Rights. (See Exhibit FF) So, I selected other African/non-Arab=F.

The plaintiff did file an Illinois Workers Compensation Complaint it was settled on or close to June 29, 2005, but Graham re-injured her self because she was forced to work other duties assigned that was not in the scope of her hiring job title. Graham was forced to work other duties assigned while she was on a work restriction, which lead to a re-injury. (See Exhibit 5)

The incident on July 01, 2004 and August 18, 2004 were denied by Central Management. (See Exhibit 7) When Graham investigated, she was told that she was not doing anything job related. She was told she was just standing doing nothing and my knee gave out. So, Graham's lawyer petitions the Workman Compensation Commission. The incident on July 01, 2004 was filed on November 14, 2006 and the incident on August 18, 2004 was filed on July 02, 2007. It was filed in the time frame which is governor by the commission. The incident on July 01, 2004 was found to be Grade IV Focal Chondromalacia (See Exhibit K of Graham's Complaint) and with me not getting emergency medical treatment on grounds I develop a Varus Rotation with Pesplanus Foot Structure. (See Exhibit W of Graham's Complaint) During the treatment of my injury by Dr. Esther Lyon ordered me to wear Cam-Walkers on both feet, and after the treatment of the orthopedic boot. Dr. Lyon ordered me to wear foot support. I have to wear these supports at all times, or my needs would start to hurt or feel weak. If I stand or walk for a long period of times my knees will feel like they want to "give out", or I will have foot pain, If I am without my shoe support for a long period of time I will walk with a limp. This condition did not exist until the incident on July 01, 2004.

Even though I was cleared to come back to work on November 18, 2004 or close to this with no working restriction I no longer can walk without shoe supports. I no longer can stand for excessive hours. Therefore, the Plaintiff objects to the defendants' legal standard that Graham was sent back to work without any restriction. Graham was sent back to work with an order from Dr. Lyon to wear foot support due to the Graham damage arch support and the support gives Graham's knee support as well.

On November 16, 2004 or close to Graham complaint was for failure to accommodate. The charge that was developed was not perfect on February 04, 2005. Cynthia N. Miller race was noted as "White" and Graham race was noted as "Black". Graham tried to correct this on December 29, 2004 and it was mail back with the same errors, Graham called the intake specialist and she was mailed another charge with the same errors in race. (See Graham's Complaint Exhibit F)

So, a fact finding was schedule for <u>September 14, 2005 at 11:00 am</u> on this notice Cynthia N. Miller name was Cathy Miller. (See Graham's Complaint) Throughout the process of the complaint Graham was mail drafts of other people complaint. It appeared that other citizens took an interest of the development of a federal case.

### III. Argument

### Objections

The Plaintiff objects to the defendants' right under the Eleventh Amendment: There are exceptions to the state's sovereign immunity from monetary damages Claims and the state can only be sued in federal court if: (1) it waves its immunity, (2) it consents to be sued, (3) if congress overrides the state sovereign immunity, or (4) other constitutional imperatives take precedence over Eleventh Amendment's bar (U.S.C.A. Amend. XI, 101, page 8)

The Plaintiff would like to exercise her rights under the Fourteenth Amendment To have Equal Justice under the Law and Due Process of the Law.

The defendant needs to prove that there was not a violation of the Americans with Disabilities Act on <u>August 25, 2004.</u> The Plaintiff states that she knows that this is a federal act which gives protection to people with disabilities. I was denied the opportunity to work due to my physical limitations which are permanent. The defendant has not proven that Grade IV Focal Chondromalacia (See Graham's Complaint Exhibit K) and a Varus Rotation with a Pesplanus Foot Structure (See Graham's Complaint Exhibit W) do not have substantial limit on the plaintiff major life activity which is standing and walking. Even with my foot supports a long time standing and walking will force me to sit or retrieve mobile assistant if available. In a recent trip to the United States Supreme Court Build in Washington D.C., Graham was brought a wheelchair in order to stand in line to enter into the court room to hear oral arguments this was the first day. Now, the second day Graham brought her a personal seat in order to keep a place in line to enter in the United State Supreme Court Building to hear a full session of oral arguments. This is a new challenge for Graham when she has to stand and walk for a long time. I feel my impairment meets the language of the ADA and the definition of ADA. I was diagnosis in 2004 and I still have problems in 2008 this is not temporary.

When there is a violation of the Title II of the American with Disabilities Act from a private case of action for damages against the States for conduct that actually violates the Fourteenth Amendment congress validly abrogates the States Immunity. (U.S.C.A. Amend. XI. 36, page 5)

Title II of the ADA validly abrogates sovereign immunity as to (1) state conduct

that actually violates that Constitution, and (2) some classes of state conduct that do not facially violates the Constitution but are prohibit by Title II in order to prevent and deter unconstitutional conduct.(U.S.C.A. Amend. XI. 36, page 5)

Plaintiff filed a federal question that stated that it was a violation to the Civil Rights Act of 1964.

Defendant's has not addressed in their memorandum about a document which was used as Administrative Directive which stated that all employee must walk and stand for 60 minutes. The Defendant Motion to Dismiss did not address this issue, and today no one knows about such a directive. Plaintiff has a right to work without such conduct of state officials. The plaintiff objects to the defendant motion to dismiss on the grounds it did not address the complete complaint. Such conduct from a state official is unconstitutional.

Far as the plaintiff's claims are time barred, there is no time barred on a continuous violation. (See Dana Malone-VS-Illinois Youth Center St. Charles and named official and the Illinois Department of Corrections (Case No. 02 C 8126)

Graham filed her charge timely and appeal timely. The Chief Legal Counsel of the Illinois Department of Human Rights's Final Order was <u>February 13, 2007</u>. ON <u>March 16, 2007</u> Graham filed a Petition to request a review from the Chief Legal Counsel's Final Order in the Illinois Appellant Court of the First District in Chicago. E.E.O.C. sent a letter dated <u>September 21, 2007</u> which adopted the findings of the Illinois Department of Human Rights. I had 90 days form the date of The E.E.O.C. letter, therefore Graham's filed her complaint on <u>December 17, 2007.</u>

The Defendant stated that plaintiff failed to identify which of her facts support her assertion …Instead of hypothesizing which of the numerous "Facts" apply to her claim under these statues…The Plaintiff statement of facts are well organized and clear, and she redirect plaintiff to Exhibit II. (See Graham's Appendix)

The plaintiff objection to the defendant remaining argument because all given Information as exhibits was presented to the court to read and view in order for the court to give a fair determination to an on going violation in a work setting. (See Exhibit OO) The plaintiff has given the defendant all documents as exhibit to support her complaint that she should be granted protection under the ADA, because of substantial limit in a major life activity which is walking and standing, and plaintiff has given all information as exhibit to support her complaint under the Civil Rights Act of 1964. However, the defendant has not answer or had not proven that her diagnosis does not meet the definition and the language of the ADA.

### IV. Argument for Workman Compensation

### Objections

The defendant states the plaintiff claim is one of an issue or worker's compensation benefits. The incident on or close to January 06, 2004 was settled however due to the fact the plaintiff was forced to work other duties assigned which was not in the scope of her hiring job title but a Y.S. II. The plaintiff was made to work even though she had a work restriction of standing continuous, this abuse in the work setting at Illinois Youth Center Warrenville which is an ego of the State of Illinois and the ego is an "Arm" of the Illinois Department of Corrections. Due to this abuse in the workplace, this led to Graham's re-injury. The injury becomes more than a knee injury but a foot and ankle impairment. Instead of a settlement offer the defendant
"Arms" denied the plaintiff compensation. (See Exhibit 7) When the plaintiff researched the denial letter, this was stated before, she was told she was she was not doing anything job related, and I was standing there and my knees gave out. The plaintiff was told she was making up injury (See Exhibit KK). The Plaintiff hirer Attorney Frank A. Santilli and he have not successfully settled as of today. Each time Attorney Frank A. Santilli files a motion for a hearing to settle at the Illinois Commission Office in Chicago the opposing party states that they do not want to offer anything on this case for a settlement. Attorney Santilli filed the workman compensation incident on <u>July 01, 2004</u> on <u>November 14, 2006</u> and the incident on <u>August 18, 2004</u> on <u>July 02, 2007</u>. There has been no positive resolution to this workman compensation injury even though the defendants were abusing Graham in the work setting. Currently, a petition for a hearing to consolidation both cases will be heard in May 2008. (See Exhibit PP) Graham has used her own time for treatment, own funds, and own commercial insurance. Graham needs new shoe supports every two years in order for her to walk with out pain and a limp. If this is a matter of workman compensation jurisdiction than why is it not settled, and it is the year 2008.

### V. Argument for Courts Lacks Subject Matter Jurisdiction

### Objections

Within the motion to amend Graham's complaint and the given reason which are outline gives the United States District Court subject matter jurisdiction. Within the motion to amend there are new federal questions? If amendment is allowed, the United States District Court of the Northern District of Illinois has jurisdiction. If my constitutional rights have been violated by the arms of the States of Illinois, and name officials there is not Sovereign Immunity Defense.

13

## VI. Conclusion

Graham is asking the United States District Court of the Northern District of Illinois to strike the defendant's motion to dismiss on the issue which was outlined in the Graham's supporting memorandum. Graham is asking the United States District Court of the Northern District of Illinois to allow the motion to amend Graham's complaint and proceed in the normal court proceedings. (See Amendatory Act) Graham is asking the presiding judge of United States District Court of the Northern District of Illinois if in fact and involuntary dismissal decision needs to be made base upon certain defects in the complaint and amending will not remove this defect and if in fact jurisdiction is a matter of question. Graham is asking for the courts to transfer the case to the court that has jurisdiction of the subject matter in question. (See involuntary dismissal rules)

|  |  |
|---|---|
| Shawnetta T. Graham <br>     Plaintiff, Pro Se <br> -vs- <br><br> State of Illinois and the Illinois Department <br> Of Corrections, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> )   United States District Court <br> )   Northern District of Illinois <br> ) <br> )       Honorable Judge <br> )       Der Yeghiayan <br> ) <br> )   Civil Action #: 07 C 7078 |

**FILED**
APR 2 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### Notice of filling and Certificate of Service

This serves as notification to the defendants that I will be filing a motion to request to amend my complaint in the U.S. District Court in the Northern of Illinois Eastern Division at Chicago. Also, I would be filling my objection to the defendant memorandum to dismiss.

I <u>Shawnetta T. Graham</u>, being first duly sworn on oaths, states that she has served one copy of the attach motion to each person name below the _16th_ day of _April_, in the year of _2008_, in the manner indicated below. The motion was delivered by U.S. Mail before the hour of _5:00 p.m._

( ) Hand Delivered        (X) First Class mail        ( ) Certified mail

|  |  |
|---|---|
| Vickie Fair <br> Illinois Department of Corrections <br> James R. Thompson Center <br> 100 West Randolph Street <br> Suite 400-2 <br> Chicago, Illinois 60601 <br> (312)-814-2955 | Illinois Attorney General <br> Lisa Madigan <br> c/o Colette A. Walsh <br> Assistant Attorney General <br> General Law Bureau <br> 100 W. Randolph St., 13th Floor <br> Chicago, Illinois 60601 <br> (312)-814-4328 |

CC: Governor Rod. R. Blagojevich

<u>Affidavit of Service</u>

Plaintiff: _[signature]_
Shawnetta T. Graham
1101 Assell Ave
Aurora, Illinois 60505

SEAL:

Subscribed and sworn before me, this day _14_ of April in the year 2008

Notary Public: _[signature]_ date: _4/14/08_

OFFICIAL SEAL
DAWN JUNGKANS
Notary Public - State of Illinois
My Commission Expires Oct 23, 2011