

| | |
|---|---|
| Shawnetta T. Graham<br>    Plaintiff, Pro Se<br>  -VS-<br><br>State of Illinois and the Illinois Department<br>Of Corrections,<br>    Defendants | )<br>)<br>)<br>)<br>) United States District Court<br>) Northern District of Illinois<br>)<br>) Honorable Judge<br>) Der Yeghiayan<br>)<br>) Civil Action #: <u>07 C 7078</u><br>) |

### Notice of Motion

To: Colette A. Walsh
Assistant Attorney General
General Law Bureau
100 West Randolph St. 13th Floor
Chicago, Illinois 60610
(312)-814-4328

CC: Lisa Madigan, Attorney General of Illinois
CC: Vickie Fair, Illinois Department of Corrections
CC: Governor Rod. R. Blagojevich

FILED
APR 22, 2008
APR 2 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Please take notice that on the <u>15th</u> of <u>May</u> of the year <u>2008, 9:00 am</u> or soon as thereafter as counsel many be hear, I shall appear before the Honorable Judge Samual DerYeghiyan or whom ever may be sitting in his seat in Courtroom <u>1903</u> Of <u>Evrett Mckinley Dirksen Federal Courthouse</u>, located at <u>219 Dearborn Street, Chicago, Illinois 60604</u>, and then and there present the attached Plaintiff Motion to request the court to amend her complaint and amend Exhibit DD, and A copy of which is attached and served upon you.

*Shawnetta T. Graham*
Shawnetta T. Graham
1101 Assell Ave.
Aurora, Illinois 60505