| | |
|---|---|
| Shawnetta T. Graham<br>      **Plaintiff, Pro Se**<br>  -VS-<br><br>**State of Illinois and the Illinois Department**<br>**Of Corrections,**<br>      **Defendants** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

United States District Court
Northern District of Illinois

Honorable Judge
Der Yeghiayan

Civil Action #: <u>07 C 7078</u>

**FILED**
**Apr 22, 2008**
APR 2 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## Appendix

**Appendix to Plaintiff Motion to amend Complaint with Supporting Memorandum for the Objection to the Defendant Motion to Dismiss and Defendant Supporting Memorandum**

**Exhibit 1 to Exhibit 8**
**Exhibit (FF, II, KK, LL, MM, NN, OO, & PP)**

| | |
|---|---|
| Shawnetta T. Graham | ) |
| Plaintiff, Pro Se | ) |
| -VS- | ) |
| | ) United States District Court |
| State of Illinois and the Illinois Department | ) Northern District of Illinois |
| Of Corrections, | ) |
| Defendants | ) Honorable Judge |
| | ) Der Yeghiayan |
| | ) |
| | ) Civil Action #: <u>07 C 7078</u> |

## Table of Contents for motion to amend complaint and supporting memorandum

Exhibit 3.....................e-mail shared with me from Asst. Warden of Operation

Exhibit 4....................................memo on incidents that I knew was not true

Exhibit 5..............................Other duties assigned which were not in a hiring title, and the behavior of Assistant Warden of Programs Mendoza

Exhibit 6.......................................................Incident on car being repossess

Exhibit 7....................................Workman-Compensation Denial Notification

Exhibit 8....................................on violation for the 2007 and for the year 2008

Exhibit FF............................................................. Affidavit for race selection

Exhibit II..........................Table of contents of exhibits for the initial complaint

Exhibit KK..........................................Incident reports about made up injury

Exhibit LL......................................................................................Affidavit

Exhibit MM................................A letter to Honorable Judge Der Yeghiayan

Exhibit NN..............................Request for Consent to Sue & notice of violation

Exhibit OO.........................................................Statement for Relevant Evidence

Exhibit PP.............................Consolidation for Workman Compensation Injury

| | |
|---|---|
| Shawnetta T. Graham | ) |
|       Plaintiff, Pro Se | ) |
|   -VS- | ) |
| | )   **United States District Court** |
| State of Illinois and the Illinois Department | )   **Northern District of Illinois** |
| Of Corrections, | ) |
|       Defendants | )     **Honorable Judge** |
| | )     **Der Yeghiayan** |
| | ) |
| | )   **Civil Action #: <u>07 C 7078</u>** |

# EXHIBIT

# 3

**E-mail shared with me from Assistant Warden of Operation Navarro**

**KNOX, TIM**

| | |
|---|---|
| **From:** | NAVARRO, WENDY |
| **Sent:** | Friday, August 05, 2005 5:44 PM |
| **To:** | BAILEY, WILLIE; CAMPBELL, ERNESTINE; CLARK, FREDDIE; CRITTLE, SANDRA; KNOX, TIM |
| **Subject:** | Ms. Graham |

Please be advised that Ms. Graham is not permitted to bring in massive quantities of food (i.e., several bags of chips, candy, 2 liter bottles of pop, etc.). Mr. Parker did a good job of sending her back to her car with it today. I have informed Ms. Miller that Ms. Graham needs to stop passing out food to kids and she has, in turn, informed Ms. Graham. If you have any problems with this in the future, please let me know.

Please share this directive with any staff who might be conducting searches and, as always, please let me know if you have any questions/concerns.

Thanks

*Dr. Wendy Blank-Navarro*
*Northern Region Coordinator - Statewide Hostage Team (NEMAT)*
*Assistant Warden Operations*
*Illinois Youth Center - Warrenville*
*(630) 983-6231 ext. 202*

8·19·05        8·30 AM

Since the year 2002 I have had a friday library class with my library aides, after the class I serve refeshments. C.N. Miller has always been told about my after school meetings. When youths have visitation and other program people serve them refeshments. Just this week Maya-C youths were serve refeshments by the LTA Program. Why is my situation different? I have an excellent program and my girls learn about the library. Many programs in this facility serve refeshments as rewarding the female trouble youths

**Conversation with Warden Of Operation on 8-19-05**

Warden Navarro would not like me serve a 2 liter of coco-cola C-2 after the library meeting. I have had refeshment at the Firday meetings since 2002. I explained to her C.N. Miler has always approved my refreshments. I explained to her that Willow Creek and other volunteer programs serve refreshments. She said that's different and that's a programs. Any person who comes into the facility can be prosecuted under one state and federal laws, if any infaction occurred. I also explain to her that other employees and administrators reward youths with refreshments. She said if I see any thing I should write it up. If in fact a volunteer comes in and break the law he or she will be prosecuted in the same count system. The Law is the same for all.

*Shaunetta Graham*

Witness to the conversation

Ms. Warden of Programs , Mendoza
Vivan Travis

*Shaunetta Graham*
8·19·05 3:00 pm

1

Shawnetta T. Graham                          )
         Plaintiff, Pro Se                   )
     -VS-                                     )
                                              )    United States District Court
State of Illinois and the Illinois Department )    Northern District of Illinois
Of Corrections,                               )
              Defendants                      )        Honorable Judge
                                              )        Der Yeghiayan
                                              )
                                              )    Civil Action #: <u>07 C 7078</u>

# EXHIBIT

# 4

**Memos on incidents that I knew was not true**

# MEMORANDUM

**DATE:**     December 11, 2003

**TO:**     Shawnetta Graham, Library Manager

**FROM:**     Cynthia N. Miller, EFA/*cnm*

**SUBJECT:**     Telephone Usage

Too much of your time is being expended on the telephone when you are supposed to be working. The number of calls shown on the register and the billing is considered excessive. We have discussed some issues, but you must not continue your excessive usage.

It was brought to my attention that a youth was using the paper cutter in the presence of another youth and you were not in the area. Please note that youth must be in your presence if using the paper cutter. It is only to be used in your presence with only one youth. Although there is an officer present, you are to be in the library with the workers and students.     *Not true*

Signature of receipt: *Shawnetta Graham*  Date: *12-11-03*

On December 10, 2003. I was in the copy room and if had my eye on E. Echols. She was kutting postene sheets for me. Please, let your follo co-worker know to report incident as seen. On my morning break and lunch break if will use my phone make my calls for now on. If am being harassed by a Hate Group. Some

of my telephone conversation are needed. I will like a pay phone to be added to the grounds.

**ADULT AND JUVENILE DIVISIONS**
**INCIDENT REPORT**

Institution/Program: __IYC WArrenvile1-Library__ _____ Date and Time of Incident: __12-12-03/ 9:55 am__

If the answer is yes to any of the following questions, explain in narrative below:

A. Was a Weapon Involved: YES ☐ NO ☒  B. Were Restraints/Force Used: YES ☐ NO ☒  C. Was Property Damaged: YES ☐ NO ☒

D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified: YES ☐ NO ☒  E. Were Arrests Made: YES ☐ NO ☒

F. Any Injuries/Hospitalizations: YES ☐ NO ☒  G. Were there Media Inquiries: YES ☐ NO ☒

| Inmates/Staff Involved: Name | I.D.# | Offense | Commitment Date | | Witnesses to Incident: Name | I.D.# |
|---|---|---|---|---|---|---|
| YS-II Blair | | | | | | |
| Youth E.E. | | | | | | |

**Statement of Facts: (NARRATIVE)**

On December 11, 2003  I was handed  a Memorandum which stated an  incident which was not true.
It  stated that I had a youth using a paper cutter in the presence of another youth and I was not
in the area. Youth E. ~~Edwin~~  was helping with the weekly  positive behavior reports.
I  was in the  copy room with the door open . I was walking back and forward. AS I copy one
report I walked the other reports to the youth. There was a staff on duty.  It took less than 1hr
~~XXXXXXXX~~  In the pass the Library Artist  youths have sat at a table and used the paper cutter
together and there have never been any comments.. I am requesting that the tape of the library
movement be review to clear up this misunderstanding.

_Adwonetta Graham_ 12/12/03 AM.
9 55
Reporting Employee _____ Date/Time _____ Person Calling in Report _____ Person Accepting Report _____ Date/Time

Iministrative Assessment: _____

ief Administrative Officer _____ Date/Time _____

ribution:  Director
            Deputy Director of Appropriate Division
            Deputy Director of Bureau of Inspections and Audits      Legal Services (only if restraints/force used)
            File

434 (4/83)
126-0410
Printed on Recycled Paper

# <u>MEMORANDUM</u>

**DATE:**        June 23, 2004

**TO:**          Shawnetta Graham, Library Associate

**FROM:**        Cynthia N. Miller, EFA

**SUBJECT:**     Second Counseling
                 Falsification of Time June 23, 2004

Please note that your sign-in time is incorrect.  I have noted a pattern of your
signing in at 8:08 a.m. even though, I have personally noted your being later,
as you were this morning.

This is your second counseling on tardiness.

Please get to work on time.

cc: File

Received by: _Shawnetta Graham_        Date: _6/2/04_

_The clock at the sign-in is incorrect.
I time myself from my car to the
mobile control area. Some people do
not know or do not care. I do
I will try to make it here on time.
All the clocks on grounds have
different times. Its not Falsification
when the clock is incorrect. I ..._

**ADULT AND JUVENILE DIVISIONS**

## INCIDENT REPORT

Institution/Program: __WALLENVILLE-Library__   Date and Time of Incident: __6/30/04 - 11:15 AM__

If the answer is yes to any of the following questions, explain in narrative below:

A. Was a Weapon Involved:  YES ☐  NO ☒   B. Were Restraints/Force Used: YES ☐  NO ☒   C. Was Property Damaged: YES ☐ NO ☐

D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified: YES ☐ NO ☒  E. Were Arrests Made: YES ☐ NO ☒

F. Any Injuries/Hospitalizations: YES ☐ NO ☒   G. Were there Media Inquiries: YES ☐ NO ☒

| Inmates/Staff Involved: | | | | Witnesses to Incident: | |
| Name | I.D.# | Offense | Commitment Date | Name | I.D.# |
| Ms. Weaver | VS-II | | | | |

**Statement of Facts: (NARRATIVE)**

On June 30, 2004 between the hours of 9:30 AM and 10:00 AM
I walked to Post 26 and Ms. Weaver was on duty.
I handed her my keys (ring 901) and property
clearance memo. I needed to go my car to get some
PG-13 movies for the coverage classes. When coming back
from my car I showed Ms. Weaver a bag full of movies
(9 movies) I do not remember her giving my keys back
to me. I did not go into the washroom. The only place
I went into after leaving twenty-six is the teacher copy
room. The last place I went into is the supply
closet room in the academic office. I returned the
cutting board which I had over night. For some
reason Ms. Tavis found MY KEYS in the supply
closet. I + I do not have pockets and I am going a
short distance my keys die in my drawer. If I need to
take my keys with me I carry them in my sleeve. This is
standard.

__Albizetta Graham__ 6/30/04 11:15 AM

| Reporting Employee | Date/Time | Person Calling in Report | Person Accepting Report | Date/Time |

Administrative Assessment: _____

Chief Administrative Officer _____   Date/Time _____

Distribution:  Director
Deputy Director of Appropriate Division
Deputy Director of Bureau of Inspections and Audits   Legal Services (only if restraints/force used)
File

(4/83)
410



**Illinois**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

IYC Warrenville  /  P.O. Box 828  /  Warrenville, IL 60555  /  Telephone :(630) 983-6231  /  TDD:(800) 526-0844

TO:      Shawnetta Graham, Library Associate

FROM:   Cynthia N. Miller, EFA  /c ꓘ ꓠꓵꓥ.

RE:      Keys lost and Storage of Cutting Board

DATE:    July 1, 2004

This is a counseling memo regarding the loss of your keys on June 30, 2004. I am suggesting that you acquire a chain to wear when you don't have a pocket to make sure your keys are in your possession at all times. Your keys should never be out of your physical possession. I am requesting that you have a refresher training on Key Usage. YSII Salazar will be contacting you.

The cutting board should never be stored anywhere, but in the school office supply closet. Please make sure that it is stored properly before the office is closed.

Cc: Asst. Warden Hartigan
    Asst. Warden Mendoza



**Illinois**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

IYC Warrenville  /  P.O. Box 828  /  Warrenville, IL 60555  /  Telephone :(630) 983-8231  /  TDD:(800) 526-0844

TO:      Shawnetta Graham, Library Associate

FROM:   Cynthia N. Miller, EFA *C. N. M*

RE:      Referral to EAP, Employee Assistance Program

DATE:    September 15, 2004

Due to your continuous absentees from work causing your inability to function effectively
on the job, this memo is a referral to the Employee Assistance Program (EAP).
Dr. W. Navarro is the IYC Warrenville contact person.        *Native*

9-16-2004

> I do not accept the referral to EAP, because I have someone in the
> community. I will discuss the matter with him. If in fact he decides
> I need any rest I would let the EAP officer know. I might need Dr.
> Wendy Navarro to co-sign his signature for non-occupational disability
> due to the fact of the disorderly work setting and the unfair
> treatment to their employee.
>
>                                          Shawnetta T. Graham

Cc  Rachel Ferguson
     Dr. Wendy Navarro (630) 983-6231 Ext. 339

To:     Shawnetta Graham
From:   Cynthia N. Miller  /C. N. Miller
Date:   7/27/05
Re:     Time

You may not take 45minute lunches due to your having the same planning time as others
And you have workers that are left for 15 minutes. Please see me, if you have questions.

Continue to work on the 8:08 timeframe.

7-27-05

Do to the day to day operation and the week to week changes, I will
need to leave grounds to have a few minutes of peace. Since I can not
use my breaks accordingly to the union contract with my lunch break
I will use benefit time. It's very important that I blow off
the unfairness of the daily operation and the  decisions of the manangerment.
My youth workers can be left with the staff, just like staff leave me with
youths.

Shawnetta Graham

STATE OF ILLINOIS — DEPARTMENT OF CORRECTIONS

### ADULT AND JUVENILE DIVISIONS
### INCIDENT REPORT

Institution/Program: __I/C-WAR-Library__    Date and Time of Incident: __1 6 / 05 / 12:50 pm__

If the answer is yes to any of the following questions, explain in narrative below:

A. Was a Weapon Involved?  YES ☐  NO ☒  B. Were Restraints/Force Used?  YES ☐  NO ☒  C. Was Property Damaged?  YES ☐  NO ☐

D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified?  YES ☐  NO ☒  E. Were Arrests Made?  YES ☐  NO ☒

F. Any Injuries/Hospitalizations?  YES ☐  NO ☒  G. Were there Media Inquiries?  YES ☐  NO ☒

Inmates/Staff Involved:

| Name | I.D.# | Offense | Commitment Date |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Witnesses to Incident:

| Name | I.D.# |
|---|---|
|  |  |
|  |  |
|  |  |

Statement of Facts: (NARRATIVE)

On 3-15-05 I signed out in the academic area at 11:15 Am and again in the institution sign-out book at 11:20 A.m.  I went on my lunch break which is for 45 min. I have two 15 min. breaks. Some staff employee used them for smoke time; I do not smoke. My arrival time back was 12:05 p.m. I was never told I had to tell anyone directly about taking my lunch break. I was always told to just sign-out. I have been taking breaks on my lunch for ten years. I have brought back sandwiches for others; I have observed others doing I was told by the warden several weeks ago, if I - the same, wanted to take a hour lunch I could.

On this day I needed to leave grounds to cool-out because of the illness that exist in the operation Procedure in the library. I am requesting to use 30 min of P.B; to prevent a dock situation.

_(signature)_ 3-16-05 / 12:50 p.m

| Reporting Employee | Date/Time | Person Calling in Report | Person Accepting Report | Date/Time |
|---|---|---|---|---|

Administrative Assessment: _____

_____

_____

_____

Chief Administrative Officer _____    Date/Time _____

Distribution:  Director
Deputy Director of Appropriate Division
Deputy Director of Bureau of Inspections and Audits

Legal Services (only if restraints/force used)
File

434 (4/83)

To:     Shawnetta Graham
From:   Cynthia N. Miller /C. N. M.
Re:     Time used, Use of student helpers
Date:   3/16/05


Please note that I was made aware of your leaving the institution on 3/15/05 at 11:15 a.m. and not returning until 12:05 pm without permission.( This is documented by the time sheets.) I saw you return. Students that you were responsible for were left with out information having been given to anyone as to where you were.  As a result of the time use, I must have you use your time, which must be in an hour increment or dock the time. I am also informing you that you must inform the Asst. Warden of Programs or the SS. before leaving the institution during work hours, if I am not on grounds and have not previously granted permission for you to leave.

As agreed you will inform me when you are requesting a student(s) to help in the library based on the list of volunteers. This will hopefully avoid other concerns. We will also ask PAC to assign a graduate student to the Library. As indicated, one student has been assigned part time. Your continuous efforts to improve the Library are appreciated

Please see me if you have further concerns or questions.


CC: Margarita Mendoza, Asst Warden of Programs


On 3-15-05 I went on my lunch break. I had to leave off grounds to cool out, because of the stress of the operation of the library. I have left before, in your absent and only have told Mrs. Davis. (door was close. The traffic was heavy and I have two fifteen minutes breaks. No-one has never told me that I have to [cut off]

No-one every told me that if I had to inform the S.S. if was leaving on my lunch break. For some reason their are unnecessary concern about me. The Warden told me several weeks ago if I wanted to take 2 hour lunch break I can. If have left grounds during lunch to get both of Us subways. Are you saying that we can not leave on lunch break.

Exhibit 9

STATE OF ILLINOIS — DEPARTMENT OF CORRECTIONS

**ADULT AND JUVENILE DIVISIONS**
**INCIDENT REPORT**

Institution/Program: _IYC-WAR- Library_     Date and Time of Incident: _3-16-05_ / _9:30 A.M_

If the answer is yes to any of the following questions, explain in narrative below:

A. Was a Weapon Involved: YES ☐ NO ☒   B. Were Restraints/Force Used: YES ☐ NO ☒   C. Was Property Damaged: YES ☐ NO ☒

D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified: YES ☐ NO ☒   E. Were Arrests Made: YES ☐ NO ☒

F. Any Injuries/Hospitalizations: YES ☐ NO ☒   G. Were there Media Inquiries: YES ☐ NO ☒

| Inmates/Staff Involved: Name | I.D.# | Offense | Commitment Date | Witnesses to Incident: Name | I.D.# |
|---|---|---|---|---|---|
| Youth P. N. | | | | | |
| Youth A. M. | | | | | |
| Youth S. H. | | | | | |

Statement of Facts: (NARRATIVE)

Observation of assigning youth worker
for March 14, 2005

P. N_____ a returning juvenile offender
was pulled to work the school desk in
absent of their assigned youth worker.

A_____ M_____ was told she could work
in the library by Mrs. Miller, but then
pulled out the library by Mr. Clark.

Youth S____ H____ was a youth worker during her
coverage classes the list _____ of library workers

_Shawntta Shelton_   3-16-05/9:30 AM

| Reporting Employee | Date/Time | Person Calling in Report | Person Accepting Report | Date/Time |
|---|---|---|---|---|

Administrative Assessment: _____

_____

_____

Chief Administrative Officer _____ Date/Time _____

Distribution:   Director
       Deputy Director of Appropriate Division      Legal Services (only if restraints/force used)
       Deputy Director of Bureau of Inspections and Audits    File

DC 434 (4/83)

was submitted to Warden of Programs, Warden
of operation, school principal; and library
school post, plus; school desk. cpt was
discuss an approved. However ████████
H██████████ was "kick out" during her
Counsulg Class.

cpt appear to be a problem with
assigning library aide workers. This
has been a trouble factor for several
weeks. IYC WARRENVILLE Library WAS
built with youth workers as my
Assitant.

Incident on 3-16-05 / 9:30 AM

| | |
|---|---|
| Shawnetta T. Graham | ) |
|       Plaintiff, Pro Se | ) |
|   -VS- | ) |
| | )   United States District Court |
| State of Illinois and the Illinois Department | )   Northern District of Illinois |
| Of Corrections, | ) |
|       Defendants | )     Honorable Judge |
| | )     Der Yeghiayan |
| | ) |
| | )   Civil Action #: 07 C 7078 |

# EXHIBIT

# 5

**Incident reports on other duties assigned with were not in the scope of the hiring job title while working with a work restriction. Plus, incident reports of Assistant Warden of Programs Mendoza's behavior.**

STATE OF ILLINOIS — DEPARTMENT OF CORRECTIONS

**ADULT AND JUVENILE DIVISIONS**
**INCIDENT REPORT**

~WAL-

Institution/Program: _I-YC - LibrAry_ .          Date and Time of Incident: _5/27/04 - 10 AM_

If the answer is yes to any of the following questions, explain in narrative below:

A. Was a Weapon Involved: YES ☐ NO ☒    B. Were Restraints/Force Used: YES ☐ NO ☒    C. Was Property Damaged: YES ☐ NO ☒

D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified: YES ☐ NO ☒    E. Were Arrests Made: YES ☐ NO ☒

F. Any Injuries/Hospitalizations: YES ☐ NO ☒    G. Were there Media Inquiries: YES ☐ NO ☒

| Inmates/Staff Involved: | | | | Witnesses to Incident: | |
| Name | I.D.# | Offense | Commitment Date | Name | I.D.# |
| | | | | | |
| | | | | | |
| | | | | | |

Statement of Facts: (NARRATIVE)

On May 27, 2004 I was assigned library bathroom duties. I had to do a lot of walking around. I currently have a work restriction from a job related injury. I was not hired for library bathroom duty so I was hired to provide library services. Do to the fact there was limited amount of staff available I provide additional services at no cost because I was told by my supervisors.

_Hawatta Graham_    _5/27/04_   10 AM
Reporting Employee     Date/Time     Person Calling in Report          Person Accepting Report          Date/Time

Administrative Assessment: _____

Administrative Officer _____    Date/Time _____

Distribution:  Director
          Deputy Director of Appropriate Division
          Deputy Director of Bureau of Inspections and Audits

Legal Services (only if restraints/force used)
File

ILLINOIS JUVENILE DIVISIONS
**INCIDENT REPORT**

Institution/Program: ITC - WAR + Library ___ Date and Time of Incident: 5/28/04  8:50 AM

If the answer is yes to any of the following questions, explain in narrative below:

A. Was a Weapon Involved:  YES ☐  NO ☒  B. Were Restraints/Force Used:  YES ☐  NO ☒  C. Was Property Damaged:  YES ☐  NO ☒

D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified:  YES ☐  NO ☒  E. Were Arrests Made:  YES ☐  NO ☒

F. Any Injuries/Hospitalizations:  YES ☐  NO ☒  G. Were there Media Inquiries:  YES ☐  NO ☒

| Inmates/Staff Involved: Name | I.D.# | Offense | Commitment Date | | Witnesses to Incident: Name | I.D.# |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

Statement of Facts: (NARRATIVE)

On May 28, 2004 of was assigned library bathroom duty. To keep & control setting in & maximum security juvenile prison of used & system which require Alot of walking. of have I work restriction due to the fact I had an on the job injury. The assignment stated __ at 2nd And Ended at 6th hour. (9:30 & 2:15 p.m.)

_(large oval drawn through empty lines)_

| Shawretta Grahan | 5/28/04  10:15 pm | | | |
|---|---|---|---|---|
| Reporting Employee | Date/Time | Person Calling in Report | Person Accepting Report | Date/Time |

Administrative Assessment: _____

Administrative Officer _____ Date/Time _____

Distribution:   Director
Deputy Director of Appropriate Division          Legal Services (only if restraints/force used)
Deputy Director of Bureau of Inspections and Audits    File

134 (4/83)
26-0410

STATE OF ILLINOIS — DEPARTMENT OF CORRECTIONS

**ADULT AND JUVENILE DIVISIONS**
**INCIDENT REPORT**

Institution/Program: ___IYC WARRENVille - LIB___ Date and Time of Incident: __7/20/04__ : __9 AM__

the answer is yes to any of the following questions, explain in narrative below:

. Was a Weapon Involved: YES ☐ NO ☒  B. Were Restraints/Force Used: YES ☐ NO ☒  C. Was Property Damaged: YES ☐ NO ☒

. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified: YES ☐ NO ☒  E. Were Arrests Made: YES ☐ NO ☒

Any Injuries/Hospitalizations: YES ☐ NO ☒  G. Were there Media Inquiries: YES ☐ NO ☒

| mates/Staff Involved: Name | I.D.# | Offense | Commitment Date | | Witnesses to Incident: Name | I.D.# |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

atement of Facts: (NARRATIVE)

ON July 20, 2004 I WAS told by the Asst. WARDEN OF PROGRAMS
that their was a lot of Absent, therefore, there was No staff
Available to run the bathroom line. So, I was assigned the
duty. It appeared that their was available staff. I
run the bathroom line until about 1:30 p.m. I used the
phone system to notify the mobile school area and the
gym. Such a system helps controls the movement.
Since I am on a work restriction, I could not go to
the classroom and notify each teacher to send three youths
out at a time to the washroom. So, I called the school
desk to asked if they could use the intercom system
to notify each teacher for me. I am requesting if in
fact I am assigned again the duty of running the bathroom
line. All teachers in the inner school stand- out side their
door briefly to give hand or eye contact that they have no
more youths for the bathroom.                    End of Report

___[signature]___ 7/20/04  9 AM

| Reporting Employee | Date/Time | Person Calling in Report | Person Accepting Report | Date/Time |

inistrative Assessment: _____

f Administrative Officer _____ Date/Time _____

ibution:   Director
          Deputy Director of Appropriate Division                    Legal Services (only if restraints/force used)
          Deputy Director of Bureau of Inspections and Audits        File

434 (4/83)

DEPARTMENT OF CORRECTIONS

**ADULT AND JUVENILE DIVISIONS**
**INCIDENT REPORT**

Institution/Program: _IYC -WARRENVILLE_ ___ Date and Time of Incident: _8-6-04_ / _10:15 AM_

If the answer is yes to any of the following questions, explain in narrative below:

A. Was a Weapon Involved: YES ☐  NO ☒   B. Were Restraints/Force Used: YES ☐  NO ☒   C. Was Property Damaged: YES ☐  NO ☒

D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified: YES ☐  NO ☒   E. Were Arrests Made: YES ☐  NO ☒

F. Any Injuries/Hospitalizations: YES ☐  NO ☒   G. Were there Media Inquiries: YES ☐  NO ☒

| Inmates/Staff Involved: | | | | Witnesses to Incident: | |
|---|---|---|---|---|---|
| Name | I.D.# | Offense | Commitment Date | Name | I.D.# |
| | | | | | |
| | | | | | |
| | | | | | |

Statement of Facts: (NARRATIVE)

On August 6, 2004 cf was assigned the bathroom library post which is usually rdd by & security staff. There were two coverage classes with two classes each. cf was told that there were two staff working security. However, at 10am cf looked into Mr. Ross's Class and there were two staff present. One was drinking coffee. cf was told there was another staff during details.

cf was told that there was one staff on Addms-II with about 4 youths

cf appears like on August 6, 2004, there was enough staff to haul someone else to run the bathroom; besides the library manager

Reporting Employee: Jhanette Gibson — 8-6-04/10:15 AM   Date/Time   Person Calling in Report   Person Accepting Report   Date/Time

Administrative Assessment: _____

Chief Administrative Officer _____ Date/Time _____

Distribution:    Director
                 Deputy Director of Appropriate Division
                 Deputy Director of Bureau of Inspections and Audits    Legal Services (only if restraints/force used)    File

434 (4/83)
26-0410

STATE OF ILLINOIS — DEPARTMENT OF CORRECTIONS

**ADULT AND JUVENILE DIVISIONS**
**INCIDENT REPORT**

Institution/Program: IYC WAR - Library _____ Date and Time of Incident: 3-14-05 / 1.20 p.m.

If the answer is yes to any of the following questions, explain in narrative below:

A. Was a Weapon Involved: YES ☐ NO ☒  B. Were Restraints/Force Used: YES ☐ NO ☒  C. Was Property Damaged: YES ☐ NO ☒

D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified: YES ☐ NO ☒  E. Were Arrests Made: YES ☐ NO ☒

F. Any Injuries/Hospitalizations: YES ☐ NO ☒  G. Were there Media Inquiries: YES ☐ NO ☒

**Inmates/Staff Involved:**

| Name | I.D.# | Offense | Commitment Date |
|------|-------|---------|-----------------|
|      |       |         |                 |
|      |       |         |                 |
|      |       |         |                 |

**Witnesses to Incident:**

| Name | I.D.# |
|------|-------|
|      |       |
|      |       |
|      |       |

**Statement of Facts: (NARRATIVE)**

On March 14, 2005 at 5th hour of (was)
Assigned the library bathroom post. I
observed two staffers in the Coverdge class,
if in fact I am needed to, I secure
the library bath post; I am willing to help
you out. However if I am not needed, and
you have available staff I am requesting to
work as the Library Manager which is my
hiring got title.

_[signature]_ Shanetta Sexton    3-14-05 /1:30pm

Reporting Employee — Date/Time — Person Calling in Report — Person Accepting Report — Date/Time

Administrative Assessment: _____

_____

_____

Chief Administrative Officer _____ Date/Time _____

Distribution:  Director
       Deputy Director of Appropriate Division
       Deputy Director of Bureau of Inspections and Audits     Legal Services (only if restraints/force used)
                                                               File

434 (4/83)
176 0419

**ADULT AND JUVENILE DIVISIONS**
**INCIDENT REPORT**

Institution/Program: _ITC WARRENVILLE Library_ Date and Time of Incident: _7-11-05 @ 9:35 pm_

If the answer is yes to any of the following questions, explain in narrative below:

A. Was a Weapon Involved: YES ☐ NO ☒  B. Were Restraints/Force Used: YES ☐ NO ☒  C. Was Property Damaged: YES ☐ NO ☒

D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified: YES ☐ NO ☒  E. Were Arrests Made: YES ☐ NO ☒

F. Any Injuries/Hospitalizations: YES ☐ NO ☒  G. Were there Media Inquiries: YES ☐ NO ☒

| Inmates/Staff Involved: Name | I.D.# | Offense | Commitment Date | Witnesses to Incident: Name | I.D.# |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**Statement of Facts: (NARRATIVE)**

On July 11, 2005 I was assigned security duty. My first things I do is my attendance. I wait until count clears. Then, the bathroom movements starts. When a YS II is assigned bathroom duty. He or she job are done in the same matter. However, when I am in the same position as a staff it looks inappropriate (Warden Mendoza). On July 11, 2005 a tour group was in the library. I have been an advocate for trouble and exploited youths for some time. I was told I was sitting down nothing looks inappropriate. I was waiting for the bathroom rush. When I do the bathrooms, I go by room by room. I'm usually in the inter-library doing bathroom duties without a radio. I am requesting that some administor focus on real issues and not irritate staff who is trying to do other duties assigned. It appeared that they had available staff to fill the duty.

_Jaunetta Jackson_ 7/11/05 @ 9:40pm

| Reporting Employee | Date/Time | Person Calling in Report | Person Accepting Report | Date/Time |
|---|---|---|---|---|

ministrative Assessment: _____

ef Administrative Officer _____ Date/Time _____

ribution:  Director
Deputy Director of Appropriate Division
Deputy Director of Bureau of Inspections and Audits    Legal Services (only if restraints/force used)
File

434 (4/83)
26-0410

Printed on Recycled Paper

STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS

ADULT AND JUVENILE DIVISIONS
## INCIDENT REPORT

Institution/Program: **IYC-Warrenville-Library**

Date and Time of Incident: __7-18-05__   __12:49__ pm

If the answer is yes to any of the following questions, explain in narrative below:

A. Was a Weapon Involved: YES ☐  NO ☒   B. Were Restraints/Force Used: YES ☐  NO ☒   C. Was Property Damaged: YES ☐

D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified: YES ☐  NO ☒   E. Were Arrests Made: YES ☐  NO ☒

F. Any Injuries/Hospitalizations: YES ☐  NO ☒   G. Were there Media Inquiries: YES ☐  NO ☒

Inmates/Staff Involved:

| Name | I.D.# | Offense | Commitment Date |
|---|---|---|---|
| DR. Navarro | | | |
| Mrs. C.N. Miller | | | |
| MR. Knox | | | |

Witnesses to Incident:

| Name | I.D.# |
|---|---|
| Youth J.B | |
| | |
| | |

Statement of Facts: (NARRATIVE)

On July 18, 2005 I submitted my list of youths who works in the library on a volunteer situation. J_____ B_____ has been a library aide for the entire FY05. She is a great worker and a straight A student. On July 18, 2005 during her 4-C library work experience she processed 13 books. She attends a library class on Friday. She has an excellent resume. She i felony which is candidate for Dewight C.C.. Her work setting is very peaceful and she is shown a great deal of respect from me, removing her from the library during 4-C is emotiona scarring. J_____ B_____ is being prepared for her adult transition in correction and her release to the society. 4-C is a long period and I am teaching library technolgy.

~~It appears that it is an on going problem with library workers and in-consistency in higher level discussion when placing youths in the library. It appears that no other departments have these problems with workers but the library.~~

~~The youths read over 2000 books during FY05, I am requesting that library aides be honor at my request with out weekly changes to the rule.~~

Such action is aggravating to the youths as well as to me. This is a high risk job setting I am reequesting a safe, Non-aggravating, and fair job setting.

_Shawnetta Gisham_   7/18/05 pm

| Reporting Employee | Date/Time | Person Calling in Report | Person Accepting Report | Date/Time |
|---|---|---|---|---|

Administrative Assessment:

Administrative Officer _____   Date/Time _____

ution:   Director
Deputy Director of Appropriate Division
Deputy Director of Bureau of Inspections and Audits     Legal Services (only if restraints/force used)
File

1 (4/83)

**ADULT AND JUVENILE DIVISIONS**
**INCIDENT REPORT**

Institution/Program: _IYC-WARRENVILLE-LIB_     Date and Time of Incident: _8-4-05 9AM_

If the answer is yes to any of the following questions, explain in narrative below:

A. Was a Weapon Involved: YES ☐  NO ☒   B. Were Restraints/Force Used: YES ☐  NO ☒   C. Was Property Damaged: YES ☐  NO ☐

D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified: YES ☐  NO ☒   E. Were Arrests Made: YES ☐  NO ☒

F. Any Injuries/Hospitalizations: YES ☐  NO ☒   G. Were there Media Inquiries: YES ☐  NO ☒

| Inmates/Staff Involved: Name | I.D.# | Offense | Commitment Date | | Witnesses to Incident: Name | I.D.# |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Statement of Facts: (NARRATIVE)**

After a sick Personal day on 8-3-05; cf returned to work on 8-4-05 and my Office was "ram-shack" Desk Drawers, cabinets, boxes, book carts, Fans, and other things were disarray.

It was very depressing to come to work and walk into your work and see your work item in such a matter. area

I am requesting that if in fact a search is needed, can office items be put back in the matter the staff Found them. Can a search be done without leaving your office as though it has been burglarized.

I am requesting that items that were took by JSII Parker be returned to me. 9am.

_Shavonetta Grubbin_ 8-4-05 9am.

| Reporting Employee | Date/Time | Person Calling in Report | Person Accepting Report | Date/Time |
|---|---|---|---|---|

Administrative Assessment: _____

Chief Administrative Officer _____     Date/Time _____

Distribution:   Director
Deputy Director of Appropriate Division
Deputy Director of Bureau of Inspections and Audits

Legal Services (only if restraints/force used)
File

434 (4/83)
126-0410

# FOX VALLEY ORTHOPAEDIC INSTITUTE PHYSICIAN REPORT

Rodney W. Berger, M.D.

Date: 5/19/04    Shaw to:    _____

Employee's Name: Shawnette Graham

Diagnosis: Bilateral anterior wall pain

Treatment Rendered: _____ Cast _____ Splint _____ Injection
  ✓ Activity Restriction (below)
  _____ Physical Therapy _____ times/week for _____ weeks

Medications Prescribed: _____

_____ Take with meals    _____ No driving or operating machinery

Additional Testing: _____ MRI _____ CT Scan _____ Arthrogram _____ EMG

_____ May return to work, full duty without restriction on _____
  ✓ May return to work light duty with the following restriction on 5/19/04
_____ May not work

**Activity Restriction:**

_____ No heavy lifting greater than:
  _____ 2 lbs. _____ 5 lbs. _____ 10 lbs. _____ 20 lbs. _____ lbs. (specify)    _____ No squatting or kneeling.
_____ No push, pull, twist greater than:    _____ Continue full activity.
  _____ 2 lbs. _____ 5 lbs. _____ 10 lbs. _____ 20 lbs. _____ lbs. (specify)
_____ No work involving use of: _____ right _____ left
  _____ upper extremity _____ hand _____ lower extremity _____ foot
_____ No rapid repetitive use of: _____ right _____ left
  _____ upper extremity _____ hand ✓ lower extremity _____ foot
_____ No over the shoulder work.
  ✓ Limit continuous walking or standing to 4 hours/day.
_____ Sitting work only.
_____ Limit continuous sitting to _____ hours/day.
_____ No repetitive bending.
_____ No operating heavy machinery.
_____ No driving.
_____ Must keep affected extremity clean and dry.
_____ Must wear splint _____ cervical collar _____ shoulder immobilizer _____ Cam Walker
  _____ elbow support _____ wrist splint _____ hand splint
  _____ ankle support _____ cast shoe _____ knee immobilizer
_____ Limit hours worked to _____ hours/day.

Attention:
Furgeson, Rachael
Sch# 28

_____ No climbing.

Estimated duration of disability: 1 month - Plan for return to full _____ in _____ month.

Next appointment: as needed

Arch wall support as needed

Raneville Road · Geneva, IL 60134 · (630) 584-1400
1975 Lin Lor Lane, Plaza Suite · Elgin, IL 60123 · (847) 468-1400

Rodney W. Rieger, M.D. · Jeffrey W. Grosskopf, M.D. · Kevan E. Ketterling, M.D. · David R. Morawski, M.D.
Craig M. Torosian, M.D. · Eric K. Bartel, M.D. · Craig A. Popp, M.D. · Timothy S. Petsche, M.D.
Thomas A. Atkins, M.D. · Laura M. Lemke, M.D.

Date: _7/19/04_   Time In: _____   Time Out: _____

Employee's Name: _Shawnetta Graham_

Diagnosis: _Bilateral anterior knee pain_

Treatment Rendered: _____ Cast   _____ Splint   _____ Injection

_✓_ Activity Restriction (below)

Physical Therapy _____ times/week for _____ weeks

Occupational Therapy _____ times/week for _____ weeks

Medications Prescribed: _____

_____ Take with meals   _____ No driving or operating machinery

Additional Testing: _X_ MRI   _____ CT Scan   _____ Arthrogram   _____ EMG _____

_____ May return to work full duty without restriction on _____

_✓_ May return to work light duty with the following restriction on _7/19/04_

_____ May not work.

Activity Restriction:

_____ No heavy lifting greater than:

     ___ 2 lbs.   ___ 5 lbs.   ___ 10 lbs.   ___ 20 lbs.   ___ lbs. (specify)

_____ No push, pull, twist greater than:

     ___ 2 lbs.   ___ 5 lbs.   ___ 10 lbs.   ___ 20 lbs.   ___ lbs. (specify)

_____ No work involving use of:   ___ right   ___ left

     ___ upper extremity   ___ hand   ___ lower extremity   ___ foot

_____ No rapid repetitive use of:   ___ right   ___ left

     ___ upper extremity   ___ hand   ___ lower extremity   ___ foot

_____ No over the shoulder work.

_✓_ Limit continuous walking or standing to _1_ hours/day.

_____ Sitting work only.

_____ Limit continuous sitting to _____ hours/day.

_____ No repetitive bending.

_____ No operating heavy machinery.

_____ No driving.

_____ Must keep affected extremity clean and dry.

_____ Must wear splint:   _____ cervical collar   _____ shoulder immobilizer   _____ sling   _____ Cam Walker

     _____ elbow support   _____ wrist splint   _____ hand splint   _____ back support

     _____ ankle support   _____ cast shoe   _____ knee immobilizer   _Wear knee support as needed_

_____ No squatting or kneeling.

_____ Continue full activity.

_____ Limit hours worked to _____ hours/day.

_____ No overtime.

Expected duration of disability: _____

Next appointment: _____

Physician: _____

FVO-1068

# FOX VALLEY ORTHOPAEDIC INSTITUTE PHYSICIAN REPORT

2525 Kaneville Road · Geneva, IL 60134 · (630) 584-1400
1975 Lin Lor Lane, Plaza Suite · Elgin, IL 60123 · (847) 468-1400

Rodney W. Rieger, M.D. · Jeffrey W. Grosskopf, M.D. · Kevan E. Ketterling, M.D. · David R. Morawski, M.D.
Craig M. Torosian, M.D. · Eric K. Bartel, M.D. · Craig A. Popp, M.D. · Timothy S. Petsche, M.D.
Thomas A. Atkins, M.D. · Laura M. Lemke, M.D.

Date: _____    Time In: _____    Time Out: _____

Employee's Name: _____

Diagnosis: _____

---

Treatment Rendered: _____ Cast _____ Splint _____ Injection

_____ Activity Restriction (below)

Physical Therapy _____ times/week for _____ weeks

Occupational Therapy _____ times/week for _____ weeks

Medications Prescribed: _____

---

_____ Take with meals _____ No driving or operating machinery

Additional Testing: _____ MRI _____ CT Scan _____ Arthrogram _____ EMG _____

_____ May return to work full duty without restriction on _____

_____ May return to work light duty with the following restriction on _____

_____ May not work.

Activity Restriction:

_____ No heavy lifting greater than:                                          _____ No squatting or kneeling.

_____ 2 lbs. _____ 5 lbs. _____ 10 lbs. _____ 20 lbs. _____ lbs. (specify)    _____ Continue full activity.

_____ No push, pull, twist greater than:

_____ 2 lbs. _____ 5 lbs. _____ 10 lbs. _____ 20 lbs. _____ lbs. (specify)

_____ No work involving use of: _____ right _____ left

_____ upper extremity _____ hand _____ lower extremity _____ foot

_____ No rapid repetitive use of: _____ right _____ left

_____ upper extremity _____ hand _____ lower extremity _____ foot

_____ No over the shoulder work.

_____ Limit continuous walking or standing to _____ hours/day.

_____ Sitting work only.

_____ Limit continuous sitting to _____ hours/day.

_____ No repetitive bending.

_____ No operating heavy machinery.

_____ No driving.

_____ Must keep affected extremity clean and dry.

_____ Must wear splint: _____ cervical collar _____ shoulder immobilizer _____ sling _____ Cam Walker

_____ elbow support _____ wrist splint _____ hand splint _____ back support

_____ ankle support _____ cast shoe _____ knee immobilizer

_____ Limit hours worked to _____ hours/day.

_____ No overtime.

Expected duration of disability: _____

Next appointment: _____

Physician: _____

FVO-1088

| | |
|---|---|
| Shawnetta T. Graham | ) |
|      Plaintiff, Pro Se | ) |
|   -VS- | ) |
| | ) |
| State of Illinois and the Illinois Department | )   United States District Court |
| Of Corrections, | )   Northern District of Illinois |
|      Defendants | ) |
| | )     Honorable Judge |
| | )     Der Yeghiayan |
| | ) |
| | )   Civil Action #: <u>07 C 7078</u> |

# EXHIBIT

# 6

Incident of car being repossess

JUVENILE DIVISIONS
**INCIDENT REPORT**

Institution/Program: __LYC WARRENVILLE - Library__    Date and Time of Incident: __6/22/06 — 8:30 AM__

If the answer is yes to any of the following questions, explain in narrative below:

A. Was a Weapon Involved: YES ☐ NO ☒   B. Were Restraints/Force Used: YES ☐ NO ☒   C. Was Property Damaged: YES ☐

D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified: YES ☐ NO ☒   E. Were Arrests Made: YES ☐ NO ☒

F. Any Injuries/Hospitalizations: YES ☐ NO ☒   G. Were there Media Inquiries: YES ☐ NO ☒

| Inmates/Staff Involved: Name | I.D.# | Offense | Commitment Date | Witnesses to Incident: Name | I.D.# |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**Statement of Facts: (NARRATIVE)**

On Thursday June 22, 2006, I was told that someone repossess my car on state ground. Asst. Warden of Programs told me, that my car was repossess.

On Tuesday June 27, 2006 I redeemed the car and discover that it was damdge. It was not properly towed. Who ever came up to the facility did not have a key to the car. If he or she did not have the key to the car, it should not have been towed.

As of June 28, 2006, I still can not find the answer to if in fact the police was present. I was told that the police was present. I was told the Aurora Police was notified. However, no-one can give me documnation. On June 26, 2006 I spoke to an officer at the Warrenville Police Station, he could not give me the answer. I was told their was not a dispatch recorder.

_[signature]_  6/28/06  9 AM
Reporting Employee        Date/Time        Person Calling in Report        Person Accepting Report        Date/Time

Administrative Assessment: _____

Chief Administrative Officer _____        Date/Time _____

Distribution:   Director
    Deputy Director of Appropriate Division
    Deputy Director of Bureau of Inspections and Audits        Legal Services (only if restraints/force used)
                                                               File

34 (4/83)
6-0410

# INCIDENT REPORT

Institution/Program: __IYC WARRENVILLE - LIB__  Date and Time of Incident: __6/22/06  2:00 p.m__

If the answer is yes to any of the following questions, explain in narrative below:

A. Was a Weapon Involved: YES ☐ NO ☒  B. Were Restraints/Force Used: YES ☐ NO ☒  C. Was Property Damaged: YES ☐ NO

D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified: YES ☐ NO ☒  E. Were Arrests Made: YES ☐ NO ☒

F. Any Injuries/Hospitalizations: YES ☐ NO ☒  G. Were there Media Inquiries: YES ☐ NO ☒

| Inmates/Staff Involved: Name | I.D.# | Offense | Commitment Date | Witnesses to Incident: Name | I.D.# |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**Statement of Facts: (NARRATIVE)**

On June 22, 2006 I was told by Assistant Warden Mendoza that someone come on the facility grounds and repossess my car on state grounds. Apparently, it was about 2:00 p.m. One of the 2 p.m. to 10 p.m. shift staff wrote an incident report. He said he witness the whole incident.

I was told by an anonymous source that the same repossession company was present on first shift, and some staff would not let him take the car.

I am requesting to view the tape if possible. The reason why I need to view the tape is because I was told that Warrenville Police was present. However, I was told by a Warrenville desk officer that no report was made. I was told twice by two different officer that no report was made.

Because of pass experience with hate crime activity towards me, I am requesting in the near future that I be notified when someone is lurking around my personal property in the State Parking Lot.

__Shawnetta Graham__ __6/23/06  10 AM__
Reporting Employee    Date/Time    Person Calling in Report    Person Accepting Report    Date/Time

Administrative Assessment: _____

_____

_____

Chief Administrative Officer _____   Date/Time _____

Distribution:  Director
     Deputy Director of Appropriate Division     Legal Services (only if restraints/force used)
     Deputy Director of Bureau of Inspections and Audits    File

434 (4/83)
426-0410                    Printed on Recycled Paper

3 S 245 Warren Avenue • Warrenville, IL 60555          630/393-2131

Robert W. LaDeur    Chief of Police                    FAX 630/393-4071

**City of**
**Warrenville**

29 July 2006

Shawnetta T. Graham
1101 Assell Avenue
Aurora, IL  60505

Ms. Graham:

This letter is in response to your request for information regarding an incident that you
claim took place in our jurisdiction on June 22, 2006, between 1:45 p.m. and 2:00 p.m.
According to your letter, a 2001 Cavalier, license plate # F280712, was repossessed at the
Illinois Youth Center on Ferry Road at the above mentioned date and time.

After looking into this matter, which included consulting our dispatch center, it been
determined we have no record of an officer being dispatched to the Illinois Youth Center
on June 22, 2006, to assist with a vehicle repossession.

While some vehicle recovery agents do present themselves at the Warrenville Police
Department, along with identification and paperwork, prior to performing the
repossession of a vehicle, it is not mandatory that they do so.  No paperwork regarding
this incident was found.

Sincerely,

Warrenville Police Department
Records Division
630-393-2131

Youth Supervisor Clanton
Department of Juvenile Justice
I.Y.C. Warrenville

Subject: repossession of 2001 Caviler on State of Illinois property
on June 22, 2006

Dear YS II Clanton:

Please answer the following question:

Were you present on June 22, 2006 near the beginning of second shift?

_Yes I was in the parking lot when_

What did you see in the State of Illinois parking lot?

_I observed a red in color late model tow truck very quickly
drive onto the parking lot and hook-up and lift up the rear
of a burnt-orange or goldish color, chevy cavalir and tow it off the
Iyc-wlv parking lot with front tires screeching and smoking_

If you were a witness to the car repossession, what was the tow truck company name?

_I think the Lettering on the door was S and R
towing out of Aurora, IL_

If you were a witness to the car repossession, how was the car tow from the back or the front?

_It was tow from the back_

Do you remember where the car was parked?

_The car was parked at the edge of the parking
lot adjacent to the grass with the Front end facing
east and the rear end facing west._

**If so, in front of the car there is a gravel road that leads you to Ferry Road? Is this a true statement?**

Yes the gravel road is approx. 10 feet across the grass in front of where the vehicle was parked

**How many other cars or tow tuck employee did you see?** There was one other car (a white dodge intrepid 4dr, with a big emblem of some sort in the rear window) which was occupied by two white males. The Tow truck also contained two white males

**Thanks,**

**Shawnetta Graham**
**gShawnetta@hotmail.com**

✳ I did write an incident report on what I observed on this event and turned it in that day to VS IV CLARK

7-26-06

Sam L. CLANTON

Shawnetta T. Graham                          )
      Plaintiff, Pro Se                   )
   -VS-                                         )
                                  )    United States District Court
State of Illinois and the Illinois Department )    Northern District of Illinois
Of Corrections,                              )
         Defendants                        )         Honorable Judge
                                  )         Der Yeghlayan
                                  )
                                  )    Civil Action #: <u>07 C 7078</u>

# EXHIBIT

# 7

**Workman-Compensation Denial Notification**



**ILLINOIS**        Rod R. Blagojevich, Governor
**DEPARTMENT OF CENTRAL MANAGEMENT SERVICES**
Michael M. Rumman, Director

September 28, 2004

**TO:**   Ms. Shawnette T. Graham
      1101 Assell Avenue
      Aurora, IL  60505

                     **RE:**   **Central File No.:** 052-1758
                          **Date of Incident:** 8/18/04

Dear Ms Graham:

The above-captioned file has been reviewed and found to be non-compensable under the provisions of the Illinois Workers' Compensation Act or the Illinois Occupational Diseases Act. The incident of August 18, 2004, did not appear to arise out of the course of your employment with the State of Illinois because circumstances of your claim do not constitute an accident or injury arising out of the course of your employment, but is most likely a personal risk of injury increased or attachable to your own physical condition that can occur out of everyday living. The fact that you were at work does not substantiate an injury related to your employment.

In view of the above, your claim for medical and disability benefits is denied. We suggest you refer any bills which you may have to other insurance for their consideration. You should contact the School district Personnel Office to inquire about use of time for any absences related to this claim.

We are sorry our news could not have been more favorable, but your claim is not compensable under the provisions of the Illinois Workers' Compensation Act.

Sincerely,

*Marcia Harbour*

Marcia Harbour
Workers' Compensation Unit
Reviewed and Concurred:

MH:dld
Enclosure(s)
cc:    WCC, School District
       Esther Lyon, D.P.M., Billing Dept.
       File



**Illinois**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

August 16, 2004

**TO:**   Ms. Shawnette T. Graham
1101 Assell Avenue
Aurora, IL   60505

**RE:**   **Central File No.:** 05-21756
**Date of Incident:** 7/01/04
**SSN:** 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

Dear Ms. Graham:

The above-captioned file has been reviewed and found to be non-compensable under the provisions of the Illinois Workers' Compensation Act or the Illinois Occupational Diseases Act. The incident of July 1, 2004, did not appear to arise out of the course of your employment with the State of Illinois because the circumstances of your claim do not constitute an accident or injury arising out of the course of your employment, but is a personal risk of injury increased or attachable to your own physical condition that can occur out of everyday living. The fact that you were at work does not substantiate an injury related to your employment.

In view of the above, your claim for medical and disability benefits is denied. We are returning the Fox Valley Orthopaedic Associates bills, and we suggest you refer these bills and any other bills which you may have to other insurance for their consideration. You should contact the School District Personnel Office to inquire about use of time for any absences related to this claim.

We are sorry our news could not have been more favorable, but your claim is not compensable under the provisions of the Illinois Workers' Compensation Act.

Sincerely,

Marcia Harbour
Workers' Compensation Unit
Reviewed and Concurred:

MH:dld
Enclosure(s)
cc:   WCC, School District
Fox Valley Orthopaedic Associates, Billing Dept.
Diane Hurrelbrink, Manager-Payroll/Timekeeping/Claims
File

Shawnetta T. Graham )
      Plaintiff, Pro Se )
   -VS- )
                                  )    **United States District Court**
State of Illinois and the Illinois Department )    **Northern District of Illinois**
Of Corrections, )
         Defendants )    **Honorable Judge**
                                  )    **Der Yeghiayan**
                                  )
                                  )    **Civil Action #: <u>07 C 7078</u>**

# EXHIBIT

# 8

**Incidents on an on going violation**

**ADULT AND JUVENILE DIVISIONS**
**INCIDENT REPORT**

nstitution/Program: IYC-Warrenville-Library _____ Date and Time of Incident: 3-01-07   8:30 am

f the answer is yes to any of the following questions, explain in narrative below:

A. Was a Weapon Involved: YES ☐ NO ☒  B. Were Restraints/Force Used: YES ☐ NO ☒  C. Was Property Damaged: YES ☐ NO ☒

D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified: YES ☐ NO ☒  E. Were Arrests Made: YES ☐ NO ☒

F. Any Injuries/Hospitalizations: YES ☐ NO ☒  G. Were there Media Inquiries: YES ☐ NO ☒

| nmates/Staff Involved: Name | I.D.# | Offense | Commitment Date | | Witnesses to Incident: Name | I.D.# |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

tatement of Facts (NARRATIVE)

On February 23, 2007 I spoke to Ms. Mendoza, I requested if I can have a youth worker for March 01, 2007. I requested Crystal Coulter, she said she would let the "S.S" know. Ms. Mendoza called the morning of March 01, 2007 and she said she spoke to Mrs. Ivemeyer and she had informed her that she told me I could not have a youth worker so, I could not called up a youth to work. Also, on March 1, 2007 Ms. Willhardt 's class was present in the library and I did not have a youth worker and their were available youths who were graduates with nothing to do. There were four graduates sitting on Maya-C. I have witness other departments used youths who have not been PAC in an emergency situation. It appears the rules are different for the library setting. I am requesting in an emergency situation that I am allowed to used a youth who is not PAC or their PAC application is pending; other department do this. Just last week Youth Morrow was shovelling show for maintance. I am requesting Equal Opportunity in the work setting at Illinois Youth Center Warenville, I am requesting that I have the same privilege as the other department have for daily operation and emergency situation. A example of an emergency situation: flooding in the adminision building on 3-1-07, Crystal Coulter was allowed to work, and she is not PAC for maintance. Crystal Coulter was allowed to work for maintance, per converstion with the youth, bur not allowed to work in the library. She is PAC for the library for once a week. I am requesting to used Crystal Coulter and other Youths who have been PAC for the library when I have a need and there are numerous library patrons in the library.

_Shawnetta Siske_ 3/1/07 11 AM

| Reporting Employee | Date/Time | Person Calling in Report | Person Accepting Report | Date/Time |
|---|---|---|---|---|

ministrative Assessment: _____

ef Administrative Officer _____ Date/Time _____

ribution:  Director      _Correction the date was 2-28-07_
           Deputy Director of Appropriate Division
           Deputy Director of Bureau of Inspections and Audits
           Legal Services (only if restraints/force used)
           File

_AG_ 3-2-07

. 434 (4/83)

STATE OF ILLINOIS—DEPARTMENT OF CORRECTIONS

### ADULT AND JUVENILE DIVISIONS

### INCIDENT REPORT

Institution / Program: __JHC.-WARRENVILE -LFB__    Date and Time of Incident: __4-9-07__ / __9 00 AM__

If the answer is yes to any of the following questions, explain in narrative below:

A. Was a Weapon Involved: YES: ☐ NO: ☒  B. Were Restraints/ Force Used: YES: ☐ NO: ☒  C: Was Property Damaged: YES: ☐ NO: ☒

D: Have Apprehension Unit and / or Law Enforcement Agencies Been Notified : YES: ☐ NO: ☒    E. Were Arrests Made: YES: ☐ NO: ☒

F. Any Injuries / Hospitalizations: YES: ☐ NO: ☒    G. Were there Media Inquiries: YES: ☒ NO: ☐

| Inmates / Staff Involved: Name | I.D.# | Offense | Commitment Date | Witnesses to Incident: Name | I.D.# |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

Statement of Facts: (NARRATIVE)

On April 9, 2007 I was working as a Library Associate. Mr. Knox said he was short staff and he wanted to know if I could watch the library. When a Library Associate watch the library that means watch all movement in the library area.

It has been an increase in fights in this juvenille facility.

I am requesting when they use a non-security with out a radio the shift Supervisor or Major walk around to the library during dismissal times.

__Shawretta Sheldon__ __4/9/07__ __9 30 A.M.__
Reporting Employee    Date/Time    Person Calling in Report    Person Accepting Report    Date/Time

Administrative Assessment: _____

Chief Administrative Officer _____    Date/Time _____

tribution:   Director
          Deputy Director of Appropriate Division        Legal Services (only if restraints/force used)
          Deputy Director of Bureau of Inspections and Audits    File

STATE OF ILLINOIS—DEPARTMENT OF CORRECTIONS

ADULT AND JUVENILE DIVISIONS

INCIDENT REPORT

Institution / Program: **IYC -Warrenville** _____ Date and Time of Incident: **11-20-07** / **8:30**

If the answer is yes to any of the following questions, explain in narrative below:

A. Was a Weapon Involved: YES: ☐ NO: ☒  B. Were Restraints/ Force Used: YES: ☐ NO: ☒  C. Was Property Damaged: YES: ☐ NO: ☒

D: Have Apprehension Unit and / or Law Enforcement Agencies Been Notified : YES: ☐ NO: ☒  E. Were Arrests Made: YES: ☐ NO: ☒

F. Any Injuries / Hospitalizations: YES: ☐ NO: ☒  G. Were there Media Inquiries:  YES: ☒ NO: ☒

| Inmates / Staff Involved: Name | I.D.# | Offense | Commitment Date | | Witnesses to Incident: Name | I.D.# |
|---|---|---|---|---|---|---|
| Mr. Knox | ___ | ___ | ___ | | ___ | ___ |
| Snider, K. | ___ | ___ | ___ | | ___ | ___ |
| | | | | | ___ | ___ |

Statement of Facts: (NARRATIVE) _____

On November 20, 2007 Kayla Snider did not report
to work as assigned. Her primary job is the library.
I was told by the school desk that she was
working with Mr. Knox. I called Mr. Knox and he
said that he pulled Kayla Snider to work on a
important project for the superintendent. However, I called
Adams-I and there were three youths who were graduates
and I called W-II and there were two youths who were
graduates. Snider did not have to be pulled from her
primary job. I am requesting that Mr. Knox find
other youths to complete his special projects or daily
assignments. When he takes my assigned workers without
asking it is very disrepectful, and I am short handed for
the day. If my worker needs to assign a different job,
than at least address me.

_____ 11-20-07

**Reporting Employee**  **Date/Time** 7:30 AM  **Person Calling in Report**  **Person Accepting Report**  **Date/Time**

dministrative Assessment: _____

hief Administrative Officer _____ Date/Time _____

tribution:   Director

JUVENILE DIVISIONS
**INCIDENT REPORT**

Institution/Program: _JTC Warrenville-Lib_ ................. Date and Time of Incident: _4-2-08 / 8:30 Am_

If the answer is yes to any of the following questions, explain in narrative below:

A. Was a Weapon Involved: YES ☐ NO ☑  B. Were Restraints/Force Used: YES ☐ NO ☑  C. Was Property Damaged: YES ☐ NO

D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified: YES ☐ NO ☑  E. Were Arrests Made: YES ☐ NO ☑

F. Any Injuries/Hospitalizations: YES ☐ NO ☑  G. Were there Media Inquiries: YES ☐ NO ☑

| Inmates/Staff Involved: Name | I.D.# | Offense | Commitment Date | Witnesses to Incident: Name | I.D.# |
|---|---|---|---|---|---|
| | | | | | |

**Statement of Facts: (NARRATIVE)**

April 2, 2008, the Library Associate of JTC Warrenville did not have a morning worker assigned to her, and She is not allowed to use inpac worker as other department are allowed. There are graduates who are available to work but they are not inpac. Therefore, some of them are sitting on a unit doing nothing.

On April 2, 2008 there were three staff at the school desk (Crisp, Pendleton, Sim-Parker).

Since I did not have a youth aide and all behavior reports needs to be submitted by Noon, I closed the library for services. Youths are allowed to come from Ms. O'Donnell and Ms. Willhright. If Adams II or MayC comes into the library at anytime, they will be assed. Ms. Tvenryer was not present, and Ms. Mendoza phone line was busy, and I was told she was in Springfield, IL.

_[signature]_ 4-2-08 9:00 AM

| Reporting Employee | Date/Time | Person Calling in Report | Person Accepting Report | Date/Time |
|---|---|---|---|---|

Administrative Assessment:

Chief Administrative Officer _____

_____ Date/Time _____

Distribution:  Director
Deputy Director of Appropriate Division
Deputy Director of Bureau of Inspections and Audits    Legal Services (only if restraints/force used)
File

134 (4/83)
26-0410

Printed on Recycled Paper

## INCIDENT REPORT

nstitution / Program: __IYC Warrenville - Lib__  Date and Time of Incident: __4/2/08 - 11 AM__

f the answer is to any of the following questions, explain in narrative below:

A. Was a Weapon Involved: YES: ☐ NO: ☑  B. Were Restraints/ Force Used: YES: ☐ NO: ☑  C. Was Property Damaged: YES: ☐ NO: ☑

D. Have Apprehension Unit and / or Law Enforcement Agencies Been Notified : YES: ☐ NO: ☑  E. Were Arrests Made: YES: ☐ NO: ☑

F. Any Injuries / Hospitalizations: YES: ☐ NO: ☑  G. Were there Media Inquiries: YES: ☑ NO: ☐

| Inmates / Staff Involved: Name | I.D.# | Offense | Commitment Date |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| Witnesses to Incident: Name | I.D.# |
|---|---|
|  |  |
|  |  |
|  |  |

### Statement of Facts (NARRATIVE)

On April 2 2008 Erin Smith, requested to volunteer to work as a library aide. We need the help due to the fact that _____ there are no PAC youth workers. The school needs to be in compliancy with the health and safety regulation.

Erin Smith stated that the entire time she worked the "school desk" she was never PAC.

I am requesting to have the same and equal opportunity as other departments when its a matter of safety or a health issues.

Please allow me to have a youth aide for Wednesday afternoon for compliancy of health and safety regulation. The youth Bathroom is a toxin waste carrier for many known virus.

_Laurletta Graham_ 4/2/08

Reporting Employee ___ Date/Time _1/15 AM_ ___ Person Calling in Report ___ Person Accepting Report ___ Date/Time ___

Administrative Assessment: _____

Chief Administrative Officer _____  Date/Time _____

Distribution: Director
  Deputy Director of Appropriate Division
  Deputy Director of Bureau of Inspections and Audits

Legal Services (only if restraints/force used)
File

C 434 (4 / 83)
526-0410

Printed on Recycled Paper

Spoke with Sandi Ivemeyer very close to after 12:00 p.m. 1:00 p.m. She stated that she did not want any PAC youth. She stated Mr Bergos, Superintendent LTq will LO Mr Johnson the school ared. If

| | |
|---|---|
| Shawnetta T. Graham | ) |
|      Plaintiff, Pro Se | ) |
|   -VS- | ) |
| | )   **United States District Court** |
| State of Illinois and the Illinois Department | )   **Northern District of Illinois** |
| Of Corrections, | ) |
|      Defendants | )     **Honorable Judge** |
| | )      **Der Yeghiayan** |
| | ) |
| | )   **Civil Action #: <u>07 C 7078</u>** |

# EXHIBIT

# FF

**Affidavit for race selection**

Exhibit:          EE

This is a statement that  state that if I had to pick a race on the the Human
Rights Complaint is Non-Arab/other African=F

I feel most comfortable and relate to that category.

If there is any question please write or contact me.


Shawnetta Graham
1101 Assell Ave.
Aurora, IL 60505
(630)-709-7165


Signature: _Shawnetta Graham_          Date: _11/4/05_


Notary : _Jhe C. 2 E V_          _11/4/05_


OFFICIAL SEAL
JOHN C MCCARTAN V
Notary Public - State of Illinois
My Commission Expires Dec 2, 2008

8/16/05

Charge # (2005CF2167)

Candice M. Barker

Notary Public Seal

Dear Investigator Kelly:

I am writing you to ask a general question
about the fact finding hearing on September
14, 2005 at 11:00AM.

Is it necessary to have a lawyer present?

Also I am writing you to let you know
that the race of C. W. Miller is African
American. On page one under allegations
you have listed her race as white.

On my initial Human Rights Complaint,
I wrote "mix Breed". I am writing you
an explaination why I wrote "mix breed."
I am mixed with Indian of North American,
Indian of Canada, South African, French
and I trait of white gene. When people
see me, they think I'm an African American.
They do not (see the mixture of races),
until they speak to me and they are told.

Print. Shauntha Graham   Signature: Shauntha Graham   date:

# AFFIDVIT

I have worked for the Illinois Department of Corrections for eleven years. I have good annual reports (Exhibit D). Since I started working at Illinois Department of Corrections; I have reported many incidents (Exhibit A; Exhibit B; Exhibit F)

My race I feel most comfortable with is other African/non-Arab=F. On January 06, 2004 I fail in the parking lot of my job. This was settled under the workman compensation Act (Exhibit C last page).

On July 1, 2004 my knees gave out as I performed a duty that is not listed under my job description. I was mentoring the bathroom. My job title is Library Associate (Exhibit F incident report July 2005). When my knees gave out I was not near a chair or any other stationary devices. I yelled for help and no-one assisted. I was surrounding by teenage youths. I manage to walk in a crunch position to my supervisor's outer offices doorway. She does have a radio. She did not help. Other staff in other medical situation received help on grounds. It is a radio call that reads a man down. Such a radio call should have been used on July 1, 2004.

I could not stand straight-up. There were other employees around. They did not help. I was yelling help me! (Exhibit F incident report July 1, 2004)

I manage to walk into a crunch position to the nurse's station. In the nurses station I gave myself a rub stimulation treatment. After the hand therapy, I was able to stand straight up.

Because of this incident I am in permanent orthotics. If I do not where them I will have foot pain (Exhibit N).

On July 1, 2004 I went to see Dr. Lind storm (Exhibit K). He referred me to the Orthopedic Doctor (Exhibit K).

On July 19, 2004 I had a medical visit with Dr. Bartel. (Exhibit G-4[th] page) He ordered a MRI of the knees and water therapy (Exhibit O).

I continue to have pain. So, I went to Dreyer Walk-In Care on 08-18-04 (Exhibit J). An x-ray was done on both ankles.

My ankles continue to hurt and swell. So, I went to see Dr. Lyon on 08-23-04.

She ordered MRI of both ankles (Exhibit N). Also, she ordered physical therapy (Exhibit K).

I had to wear an orthopedic shoe devices; I drove to work as a disable driver (Exhibit S). Additional appointment were made with Dr. Lyons (Exhibit K physician statement)

On August 24, 2004 I came to work with some restriction (Exhibit I) August 25, 2004 I was forced to take a medical leave of absent (Exhibit P and Exhibit H)

I was docked 5 hours on August 25, 2004. (Exhibit Q) I had available time however, it was not granted (Exhibit L). I asked my supervisor if I could use other time, she said all my time was gone. The only time I had was dock-time (Exhibit R). I had a union representative at the meeting with my supervisor.

On September 09, 2004 I was sent home again (Exhibit P). Due to a statement which stated I was going on a medical leave of absent (Exhibit I- 4th page). My doctor was called. Apparently a statement was fax over to my supervisor that stated that my leave started immediately.

I want my money back from my dock-time. After a fail hearing with the local union ( Exhibit M). I file a complaint with the Illinois Department of Human Right. (Exhibit T and Exhibit U) I feel like my Bills of Rights were violated (Exhibit BB)

The respondent denied everything (Exhibit V). I continue to work under pressure with continue retaliation (Exhibit N).

On September 14, 2005 I attended a fact finding conference at John Thomas Center.

The investigator name is Ms. Kelly. Her phone number is: (630)-814-6786 and her fax number is: (630)-814-6251

I continue to have problems after the fact finding conference (Exhibit DD).

I am requesting money for damages to my ankles and emotional stress.
Due to the fact I was not accommodate with emergency assistant on state property. I was discriminate against on August 25, 2004 and July 1, 2004. Other staffs have been allowed to use available benefit time in emergency situation. Other staff had been assistant with emergency medical treatment. I asked for help and it was obvious that I needed help. I am requesting money for loss of pay.

At the fact finding conference I represented myself.  I requested $100,000 to settle the case.  The other party rejected and did not wish to meet offer close.

This Affidavit is true

Shawnetta Graham _Shawnetta Graham_ _____ Date: _11/04/05_

Notary: _Joyce C. Neumann_ _____

OFFICIAL SEAL
JOYCE C NEUMANN
Notary Public - State of Illinois
My Commission Expires Nov 19, 2007

| | |
|---|---|
| Shawnetta T. Graham<br>　　　　Plaintiff, Pro Se<br>　-VS-<br><br>State of Illinois and the Illinois Department<br>Of Corrections,<br>　　　　Defendants | )<br>)<br>)<br>)　United States District Court<br>)　Northern District of Illinois<br>)<br>)　　Honorable Judge<br>)　　Der Yeghiayan<br>)<br>)　Civil Action #: <u>07 C 7078</u> |

# EXHIBIT

# II

**Table of Contents of exhibits for the initial complaint**

TABLE OF CONTENTS FOR EXHIBIT A-Z & EXHIBIT AA-EE
EXHIBIT 1 & EXHIBIT 2

# <u>Exhibits to support the violation of the Americans with Disabilities Act</u>

**EXHIBIT  A:** Illinois Department of Human Rights Complaint

**EXHIBIT  B:** Investigator Sandra Kelly's dismissal notification

**EXHIBIT  C:** Graham's request for weight review

**EXHIBIT  D:** IDHR Chief Legal Counsel Dismissal notification

**EXHIBIT  E:** U.S. EEOC letter of dismissal and Sue Rights

**EXHIBIT  F:** Charges developed by IDHR with errors

**EXHIBIT  G:**  Notification of Fact Finding Conference

**EXHIBIT  H:**  Incident on January 06, 2004

**EXHIBIT  I:**  Incident on July 01, 2004

**EXHIBIT  J:**  July 01, 2004 doctor statement for Dr. Lindstorm & Time off slip

**EXHIBIT  K:**  MRI report from Dr. Bartel and other doctor statements

**EXHIBIT  L:**  Dreyer Walk-In Clinic Statement

**EXHIBIT  M:** MRI report from Dr. Lyon/ and other doctor statements

**EXHIBIT  N:**  A prepared note by Ms. Miller

**EXHIBIT  O:** A written statement from YS II Daryl Tesh

**EXHIBIT  P:** A.D. 03-02-215

**EXHIBIT  Q:** Force medical leave statement

**EXHIBIT  R:** Statement prepared by Mrs. Miller about walking and standing

EXHIBIT S: Statement from YS II Matthew Mathis

# Exhibits to support the violation of the Americans with Disabilities Act

EXHIBIT T: Physician statement date 09-09-2004

EXHIBIT U: Handicap State of Illinois Application

EXHIBIT V: Referral by Dr. Lyon to a neurologist

EXHIBIT W: Photos of injury and doctor statements from Dr. Lyon

EXHIBIT X:  A Doctor statement from Dr. Misty McNeill

EXHIBIT  AA: notification of absent for 09-09-2004 & 08-25-2004

EXHIBIT  BB: Physician statements from Dr. Lyon's office

# Exhibit to support the violation of the Civil Rights Act of 1964

EXHIBIT 1:  Graham's report about an incident

EXHIBIT 2:  Memos to state employees and union representatives

EXHIBIT A: Illinois Department of Human Rights Complaint

EXHIBIT  B: Investigator Sandra Kelly's dismissal notification

EXHIBIT  C: Graham's request for weight review

EXHIBIT  D: IDHR Chief Legal Counsel Dismissal notification

EXHIBIT  E: U.S. EEOC letter of dismissal and Sue Rights

EXHIBIT Y: Fail Union Grievance

**EXHIBIT Z:  Time sheet which shows dock time and available time**

# Exhibit that support the violation of the Civil Rights Act of 1964

**EXHIBIT   AA: notification of absent for 09-09-2004 & 08-25-2004**

**EXHIBIT   CC: Pay Check Stubs**

# Exhibits to support Relevant Evidence Rule 401

**EXHIBIT   DD: Disclosure of witnesses**

**EXHIBIT   EE:  Affidavit of Ann Chalstrom**

Shawnetta T. Graham )
      Plaintiff, Pro Se )
   -VS- )
                          )    United States District Court
State of Illinois and the Illinois Department )    Northern District of Illinois
Of Corrections, )
        Defendants )
                          )      Honorable Judge
                          )      Der Yeghiayan
                          )
                          )    Civil Action #: <u>07 C 7078</u>

# EXHIBIT

# KK

**Incident report about making up injury**

## ADULT AND JUVENILE DIVISIONS
## INCIDENT REPORT

Institution/Program: IVC-Warrenville/Library _____ Date and Time of Incident: 09/10/2004 9:00 am

If the answer is yes to any of the following questions, explain in narrative below:

A. Was a Weapon Involved: YES ☐ NO ☒  B. Were Restraints/Force Used: YES ☐ NO ☒  C. Was Property Damaged: YES ☐ NO ☒

D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified: YES ☐ NO ☒  E. Were Arrests Made: YES ☐ NO ☒

F. Any Injuries/Hospitalizations: YES ☐ NO ☒  G. Were there Media Inquiries: YES ☐ NO ☒

| Inmates/Staff Involved: Name | I.D.# | Offense | Commitment Date | | Witnesses to Incident: Name | I.D.# |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

Statement of Facts: (NARRATIVE)

It has been said to me on two different occasion (9-10-2004 and 8-18-2004) that I have been making up injuries and all the doctor reports have stated that their is nothing wrong with ~~Me~~. I have been asked if I have a condition where I make illness up. ~~It has been said to me that my last two injuries did not occur on the job.~~ ~~it has been said to me that the~~ injury ~~which occurred in January 2004 was~~ approved however, I do not know why you were ~~near the garage. I am writing this~~ report to ask if all personal comments about my medical condition and how it happpen be kept to one-self I am requesting that CMS, workman Comp, and the ~~Illinois~~ Industrell Commission, determine the out come. If comments continue I will have to name the person, because such comments are causing mental injury.

| Reporting Employee | Date/Time | Person Calling in Report | Person Accepting Report | Date/Time |
|---|---|---|---|---|
| _Shuronette Gibson_ | 9/18/04 2:00 PM | | | |

Administrative Assessment: _____

Chief Administrative Officer _____  Date/Time _____

Distribution:  Director
        Deputy Director of Appropriate Division        Legal Services (only if restraints/force used)
        Deputy Director of Bureau of Inspections and Audits    File

434 (4/83)
I26-0410

| | |
|---|---|
| Shawnetta T. Graham<br>        Plaintiff, Pro Se<br>   -VS-<br><br>State of Illinois and the Illinois Department<br>Of Corrections,<br>        Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

United States District Court
Northern District of Illinois

Honorable Judge
Der Yeghiayan

Civil Action #: <u>07 C 7078</u>

# EXHIBIT

# LL

**Affidavit**

Shawnetta T. Graham )
      Plaintiff, Pro Se )
    -VS- )
                       )   **United States District Court**
State of Illinois and the Illinois Department )   **Northern District of Illinois**
Of Corrections, )
      Defendants )       **Honorable Judge**
                       )       **Der Yeghiayan**
                       )
                       )   **Civil Action #: <u>07 C 7078</u>**
                       )
                       )
                       )
                       )

## <u>Affidavit</u>

**This is an affidavit that testified that the information in this motion is true and correct as well as the exhibits, in addition to the objection to the defendant memorandum to dismiss.**

I <u>Shawnetta T. Graham</u>, being first duly sworn on oaths, states that this information that is attached is true and correct. I testify to this on the _14th_ day of _April,_ in the year of 2008.

Plaintiff: _Shawnetta T. Graham_
                 **Shawnetta T. Graham**
                 **1101 Assell Ave.**
                 **Aurora, Illinois 60505**

Subscribed and sworn before me, this day _14_ of the month of April in the year 2008

Notary Public: _Dawn Jungkans_    date: _4/14/8_

Seal:

OFFICIAL SEAL
DAWN JUNGKANS
Notary Public - State of Illinois
My Commission Expires Oct 23, 2011

Shawnetta T. Graham                          )
      Plaintiff, Pro Se                    )
   -VS-                                      )
                                 )      **United States District Court**
State of Illinois and the Illinois Department  )      **Northern District of Illinois**
Of Corrections,                              )
       Defendants                        )         **Honorable Judge**
                                 )          **Der Yeghiayan**
                                 )
                                 )      **Civil Action #: <u>07 C 7078</u>**

# EXHIBIT
# MM

### A letter to Honorable Judge Der Yeghiayan

| | |
|---|---|
| Shawnetta T. Graham | ) |
|       Plaintiff, Pro Se | ) |
|    -VS- | ) |
| | )    **United States District Court** |
| **State of Illinois and the Illinois Department** | )    **Northern District of Illinois** |
| **Of Corrections,** | ) |
|       **Defendants** | )     **Honorable Judge** |
| | )     **Der Yeghiayan** |
| | ) |
| | )   **Civil Action #: 07 C 7078** |
| | ) |
| | ) |
| | ) |
| | ) |

### A letter to Honorable Judge Der Yeghiayan

This is a letter to inform you that I have little time on the books at my current job. I work from 8:00 am to 4:00 pm everyday. The little time I do have I need to use the time for doctors appointment for illnesses, so, I am requesting if in fact there are no objections to this motion you can rule with no appearance. If you do need oral arguments, I do under stand and I will make do. It is best to schedule something after the 16th of any month for me because I earn vacation time. I have a planned trip to Springfield, Illinois. I need to file a petition to leave from the Appellant Court to the Illinois Supreme Court, and my dead line is May 07, 2008. My tentative schedule for the first week of May 2008 will not be available at this time. The sooner I hear the out come of this motion to amend my complaint; I can amend the complaint and serve the defendants their new copies of such complaint.

Respectfully Pleading,

*Shawnetta T. Graham*

Shawnetta T. Graham
1101 Assell Ave.
Aurora, Illinois 60505
(630)-709-7165

| | |
|---|---|
| Shawnetta T. Graham | ) |
|      Plaintiff, Pro Se | ) |
|   -VS- | ) |
| | )   **United States District Court** |
| State of Illinois and the Illinois Department | )   **Northern District of Illinois** |
| Of Corrections, | ) |
|      Defendants | )   **Honorable Judge** |
| | )   **Der Yeghiayan** |
| | ) |
| | )   **Civil Action #: <u>07 C 7078</u>** |

# EXHIBIT

# NN

**Request for Consent to Sue**

| | |
|---|---|
| Shawnetta T. Graham<br>     Plaintiff, Pro Se<br>   -VS-<br><br>State of Illinois and the Illinois Department<br>Of Corrections,<br>     Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

                                 **United States District Court**
                                 **Northern District of Illinois**

                                    **Honorable Judge**
                                    **Der Yeghiayan**

                            **Civil Action #: <u>07 C 7078</u>**

## Request for Consent to Sue and notification of violation

Plaintiff is making a request to the State of Illinois Attorney General to ask for consent to sue one of your arms, which is the Illinois Department of Corrections the Facility Illinois Youth Center Warrenville. This is a notice to inform you that the plaintiff has filed a complaint that her rights were violated under the ADA and the Civil Rights Act of 1964. She is exercising her rights under the 14th Amendment. Plaintiff would like to have Equal Justice under the Law and Due Process.

Attorney General <u>Lisa Madigan</u> and Assistant Attorney General <u>Colette A. Walsh</u> I am requesting that you give me consent to sue the Illinois Department of Corrections the Facility Illinois Youth Center Warrenville and name officials with the respect to the information I have provided in the initial complaint and the motion to amend the complaint. (USCA Amend XI) If in fact the facility IYC Warrenville has been incorporated this is a matter to consider.

Respectfully Submitted

                                        *Shawnetta J. Graham*
                                        Shawnetta T. Graham
                                          1101 Assell Ave
                                        Aurora, Illinois 60505
                                        (630)-709-7165

CC: Governor Rod R. Blagojevich
     207 State House
     Springfield, Illinois 62706
     (217)-782-6830

| | |
|---|---|
| Shawnetta T. Graham<br>        Plaintiff, Pro Se<br>     -VS- <br><br>State of Illinois and the Illinois Department<br>Of Corrections,<br>        Defendants | )<br>)<br>)<br>)  **United States District Court**<br>)  **Northern District of Illinois**<br>)<br>)  **Honorable Judge**<br>)  **Der Yeghiayan**<br>)<br>)  **Civil Action #: <u>07 C 7078</u>** |

# EXHIBIT

# OO

**Statement for Relevant Evidence**

| | |
|---|---|
| Shawnetta T. Graham | ) |
|       Plaintiff, Pro Se | ) |
|   -VS- | ) |
| | )   **United States District Court** |
| **State of Illinois and the Illinois Department** | )   **Northern District of Illinois** |
| **Of Corrections,** | ) |
|       **Defendants** | )   **Honorable Judge** |
| | )   **Der Yeghiayan** |
| | ) |
| | )   **Civil Action #: 07 C 7078** |

## RELEVANT EVIDENCE STATEMENT

### RULE 401: DEFINITION OF RELEVANT EVIDENCE

**"Relevant evidence means evidence having any tendency to make the existence of any fact that is of consequence to determination of the action more probable or less probable than it would be without the evidence." (See Federal Civil Judicial Procedure and Rules 2007, Edition under Article IV on page 386)**

**I am requesting that the United States District Court of the Northern District of Illinois allow the attached Exhibit (FF, II, KK, LL, NN, OO, PP) & Exhibit (1 to 8 and any other additional exhibits noted on the table of contents to be used as Relevant Evidence for a matter of record, and to understand the body of the motion to request an amendment to Graham's complaint and the body of the supporting memorandum of the objections to the defendants motion to dismiss. The following exhibits attached are true.**

**Subscribed and sworn in the year 2008 on the day of** _____14th_____ **and in the month of April.**

**Signature of Shawnetta T.Graham** *Shawnetta L. Graham* **date:** 4-14-08

**Notary Public**

**Signature:** _Dawn Jungkans_        **date:** 4/14/08

**SEAL:**

OFFICIAL SEAL
DAWN JUNGKANS
Notary Public · State of Illinois
My Commission Expires Oct 23, 2011

| | |
|---|---|
| Shawnetta T. Graham | ) |
|       Plaintiff, Pro Se | ) |
|    -VS- | ) |
| | )    **United States District Court** |
| **State of Illinois and the Illinois Department** | )    **Northern District of Illinois** |
| **Of Corrections,** | ) |
|       **Defendants** | )    **Honorable Judge** |
| | )       **Der Yeghiayan** |
| | ) |
| | )    **Civil Action #: <u>07 C 7078</u>** |

# EXHIBIT
# PP

**Consolidation for Workman Compensation of injury**

Law Offices Of

# Frank A. Santilli & Associates

111 W. Washington Street, Suite 1240* Chicago, Illinois 60602
312/444-9606* Fax 312/444-9609

April 9, 2008

**Ms. Shawnetta Graham**
1101 Assell Avenue
Aurora, Illinois 60505

RE:   Shawnetta Graham vs. Illinois Dept. of Corrections
      I.C. Number: 06 WC 49439 & 07 WC 24944

Dear Ms. Graham:

Enclosed herewith please find a copy of our Consolidation of Cases
Notice of Motion in regards to the above-captioned matter.  This is just a
copy for your personal file.  **You do not have to show up for this
motion**.  If you have any questions, please feel free to contact our office.

Thank you for your anticipated cooperation.

Sincerely yours,

Frank A. Santilli
Attorney At Law

FAS/cm
Enclosure

AMENDED

# ILLINOIS WORKERS' COMPENSATION COMMISSION
## NOTICE OF MOTION AND ORDER

ATTENTION: You must attach the motion to this notice. If the motion is not attached, this form may not be processed.

**SHAWNETTA GRAHAM**
Employee/Petitioner

v.

Case #  __06__  WC __49439__

**ILLINOIS DEPT. OF CORRECTIONS**
Employer/Respondent

__07__  WC  __24944__

TO:  OMAR SHAKER; ILLINOIS ATTORNEY GENERAL'S OFFICE; 100 W. RANDOLPH, 13TH FLOOR, CHICAGO, IL 60601
ARB. PETER O'MALLEY; P.O. BOX 5340, WHEATON, IL 60189-5340

On __5 /5 /08__ at __9:00 AM__ or as soon thereafter as possible. I shall appear before
the Honorable ____ PETER O'MALLEY ____ or any arbitrator or commissioner appearing in
his or her place at __421 N. County Farm Road__ . Illinois, and present the attached motion for:

____ Change of venue (#3072)

__✓__ Consolidation of cases (#3071)
(list case#)

____ Fees under Section 16 (#1600)

____ Fees under Section 16a (#1645)

____ Hearing under Sect. 19(b) (#1902)

____ Penalties under Sect. 19(k) (#1911)

____ Penalties under Sect. 19(l) (#1912)

____ Reinstatement of case (#3074)

__✓__ Request for hearing (#833)

____ Withdrawal of attorney (#3073)

____ Other (explain)

____ Dismissal of attorney (#3052)

____ Dismissal of review (#3085)

Signature          Petitioner          Respondent

**FRANK A. SANTILLI**    **#851**
Attorney's name and IC code # (please print)

**FRANK A. SANTILLI & ASSOCIATES**
Name of law firm, if applicable

**111 W. WASHINGTON ST., STE 1240**
Street address

**CHICAGO, ILLINOIS    60602**
City, State, Zip code

**312/444-9606**
Telephone number                    E-mail address

## ORDER

The motion is set for hearing on _____

Signature of arbitrator or commissioner _____          Date _____

## ORDER

The motion is      ____ Granted      ____ Withdrawn      ____ Continued to _____

____ Denied      ____ Dismissed      ____ Set for trial (date certain) on _____

Signature of arbitrator _____