

| | |
|---|---|
| Shawnetta T. Graham<br>    Plaintiff, Pro Se<br>-VS-<br><br>State of Illinois and the Illinois Department<br>Of Corrections,<br>    Defendants | )<br>)<br>)<br>) United States District Court<br>) Northern District of Illinois<br>)<br>) Honorable Judge<br>) Der Yeghiayan<br>)<br>) Civil Action #: <u>07 C 7078</u> |

### Questions to Review

*FILED*
*APR 22 2008*
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1. Weather to allow Graham's motion for amendment?

2. Weather the Doctrine of Ex Parte Young can be applied?

3. Weather the defendants' motion to dismiss should be strike?

4. Weather the United States District Court Northern District of Illinois has jurisdiction?

5. Weather the State of Illinois and the Illinois Department of Corrections should share the same rights under the Eleventh Amendment?

6. Weather to allow Graham to exercise her rights as a citizen under the Fourteenth Amendment?

7. Weather the defendant violates Graham's Civil Rights?

8. Weather Graham's medical diagnosis meets the characteristic and language of The Americans with Disabilities Act?

9. Weather Graham should have protection under the American with Disabilities Act?

10. Weather if it was a violation of the Americans with Disabilities Act of 1990?

11. Weather if it is a "time barred issues "?

| | |
|---|---|
| Shawnetta T. Graham )<br>    Plaintiff, Pro Se )<br>  -VS- )<br> )<br>State of Illinois and the Illinois Department )<br>Of Corrections, )<br>    Defendants ) | United States District Court<br>Northern District of Illinois<br><br>Honorable Judge<br>Der Yeghiayan<br><br>Civil Action #: 07 C 7078 |

## Questions to Review

12. Weather Graham should be allowed a monetary relief or any other relief?

13. Weather the named officials in Graham's motion to amend complaint actions were unconstitional?

14. Weather all exhibits in this case should be considered relevant evidence?

| | |
|---|---|
| Shawnetta T. Graham </br>         Plaintiff, Pro Se </br> -VS- </br> </br> State of Illinois and the Illinois Department </br> Of Corrections, </br>         Defendants | ) </br> ) </br> ) </br> ) United States District Court </br> ) Northern District of Illinois </br> ) </br> ) Honorable Judge </br> ) Der Yeghiayan </br> ) </br> ) Civil Action #: <u>07 C 7078</u> </br> ) </br> ) </br> ) </br> ) |

<center>Citied Authority</center>

<center>Quotes/Remarks</center>

<center>United States Supreme Court Justice Sandra Day O'Connor</center>

<center>Federal Law</center>
<center>Federal Practice and Procedure Supplement: Section 3566</center>
<center>United States Court Reports: Federal Courts 272</center>
<center>U.S.C.A. Const. Amend. XI</center>
<center>Amendment 14: Section 1</center>
<center>U.S.C.A. Amend. 10 to Amend. 11 &lt;Note 13&gt;</center>
<center>U.S.C.A. &lt;chapter 85&gt;, &lt;Note 418&gt;</center>
<center>U.S.C.A. Amend. XI, &lt; Note 101&gt;</center>
<center>U.S.C.A. Amend. XI &lt;Note 36&gt;</center>

<center>Acts and Rules</center>
<center>Amendatory Act</center>
<center>Americans with Disability Act of 1990</center>
<center>The Civil Rights Act of 1964</center>
<center>Involuntary Dismissal Rules</center>

<center>Academic Books</center>
<center>World Book: Ci-Cz, Bk.4, 2006</center>
<center>Study Guide of the Constitution of the State of Illinois & United States</center>

<center>Illinois Statues & Illinois Case</center>
<center>20 ILCS 5/5-15 (West 2000)</center>
<center>Dana Malone-V-Illinois Youth Center Saint Charles & Illinois Department Corrections (No-02-C-8126)</center>