UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHAWNETTA T. GRAHAM | ) | |
| | ) | |
| Plaintiff, | ) | 06 C 3361 |
| | ) | |
| v. | ) | Honorable Samuel Der-Yeghiayan |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, and STATE OF ILLINOIS, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT
OF TIME TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION TO
DISMISS AND TO RESPOND TO PLAINTIFF'S MOTION
TO AMEND HER COMPLAINT**

Defendants, STATE OF ILLINOIS and ILLINOIS DEPARTMENT OF CORRECTIONS, by and through their attorney, LISA MADIGAN, Attorney General of Illinois, and Assistant Attorney General, Colette A. Walsh, hereby submits their Motion for Enlargement of Time to file their Reply memorandum in support of their Motion to Dismiss as well as a Response to Plaintiff's Motion to Amend her Complaint. In support of this motion, Defendants state as follows:

1. STATE OF ILLINOIS and ILLINOIS DEPARTMENT OF CORRECTIONS ("IDOC") are named Defendants in Plaintiff's Complaint, Case No. 07 C 7078, which she filed on December 17, 2007. Plaintiff's Complaint alleges discrimination in violation of Title VII of the Civil Rights Act of 1964 and the American with Disabilities Act.

2. On December 26, 2007, Defendant IDOC completed the waiver of service

of summons and mailed a copy to Plaintiff.  The Defendant, STATE OF ILLINOIS, completed the waiver of service of summons on January 15, 2008 and mailed a copy to Plaintiff.  On January 16, 2008, Defendants were personally served with Plaintiff's Exhibits to her Complaint.

3.     On February 5, 288, this Court provided Defendants until March 17, 2008, to file their answer or responsive pleading.

4.     On March 17, 2008, Defendants filed their Motion to Dismiss Plaintiff's Complaint.  Pursuant to this Court's March 19, 2008 Order, Plaintiff had until April 21, 2008 to file her Response to Defendants' Motion to Dismiss and Defendants were provided until April 28, 2008 to file their Reply.

5.     On April 24, 2008, Plaintiff and Defense counsel spoke via telephone, at which time Plaintiff informed Defense counsel that she filed a Response and served it upon Defendant on April 16, 2008 via U.S. mail.  Prior to this conversation, Defense counsel was unaware that Plaintiff filed a Response.

6.     Later that morning, around 11:30 a.m., Defense counsel received a copy of Plaintiff's Response via the Northern District of Illinois's electronic filing system. The Plaintiff also filed a Motion to Amend her Complaint. Both documents were apparently filed on April 22, 2008.

7.     On April 25, 2008, Defense counsel finally received Plaintiff's Response, mailed on April 16, 2008.  The envelope was incorrectly addressed, with Defendants' zip code being 60610 instead of 60601. (A copy of the envelope is attached hereto as <u>Exhibit A</u>.)  This mistake is also noted on Plaintiff's Notice of Motion. (Notice of Motion attached hereto as <u>Exhibit B</u>.)

8. Since receiving Plaintiff's Response on April 24, 2008, Defendants have diligently attempted to decipher Plaintiff's arguments and file their Reply brief in support of their Motion to Dismiss. However, Defendants find themselves unable to complete this Reply by April 28, 2008 and request that they be allowed to file their reply on or before May 1, 2008.

9. Additionally, Defendants would like to file a Response to Plaintiff's Motion to Amend her complaint. Because Plaintiff intertwines her Response memorandum by referencing several section of her Motion to Amend, Defendants would like to address both Plaintiff's Response and her Motion to Amend in one Reply/Response.

10. This enlargement of time will not prejudice the Plaintiff, nor do Defendants make this request to delay these proceedings.

**WHEREFORE**, Defendants, STATE OF ILLINOIS and ILLINOIS DEPARTMENT OF CORRECTIONS, pray that this Court grants them an enlargement of time, up to and including May 1, 2008, to file their Reply Brief in Support of their Motion to Dismiss and Response to Plaintiff's Motion to Amended her Complaint.

Respectfully submitted,

**STATE OF ILLINOIS and ILLINOIS DEPARTMENT OF CORRECTIONS,**

By: ___/s Colette A. Walsh___

LISA MADIGAN　　　　　　　　COLETTE A. WALSH
Illinois Attorney General　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　100 West Randolph Street, 13th Floor
　　　　　　　　　　　　　　　　Chicago, Illinois 60601
　　　　　　　　　　　　　　　　(312) 814-4328