

FROM Wilnette Bishun
1101 Assell Ave
Aurora, Illinois 60505

TO: Colette A. Walsh
Assistant Attorney General
General Law Bureau
100 West Randolph St., 13 Fl.
Chicago, Illinois 606[--]

6060 1



U.S. POSTAGE PAID
WARRENVILLE, IL 60555
APR 16 '08
AMOUNT $4.60
00026667-06

