UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHAWNETTA T. GRAHAM | ) | |
| | ) | |
| Plaintiff, | ) | 06 C 3361 |
| | ) | |
| v. | ) | Honorable Samuel Der-Yeghiayan |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, and STATE OF ILLINOIS, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

_____

### NOTICE OF MOTION
_____

TO:   Ms. Shawnetta T. Graham
       1101 Assell Ave.
       Aurora, IL 60505

PLEASE TAKE NOTICE that on the **1st day of May, 2008, at 9:00 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Samuel Der-Yeghiayan or whomever may be sitting in his stead in Courtroom 1903 of the Everett McKinley Dirksen federal courthouse, located at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached **DEFENDANTS' MOTION FOR AN ENLARGEMENTOF TIME**, a copy of which is attached and served upon you.

Respectfully Submitted,
STATE OF ILLINOIS and
ILLINOIS DEPARTMENT OF
CORRECTIONS,
Defendants.

BY:        s/ Colette A. Walsh
           COLETTE A. WALSH

LISA MADIGAN                    Assistant Attorney General
Attorney General of Illinois    General Law Bureau
                                100 W. Randolph St., 13th Floor
                                Chicago, IL 60601
                                (312) 814-4328

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHAWNETTA T. GRAHAM | ) | |
| | ) | |
| Plaintiff, | ) | 06 C 3361 |
| | ) | |
| v. | ) | Honorable Samuel Der-Yeghiayan |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, and STATE OF ILLINOIS, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

_____

### CERTIFICATE OF SERVICE
_____

The undersigned, an attorney, certifies that a copy of the foregoing **DEFENDANTS' MOTION FOR AN ENLARGEMENTOF TIME**, along with a copy of all documents required to be served by Federal Rule of Civil Procedure 5(a), was sent via regular U.S. mail on the **28th day of April, 2008,** at or before the hour of 5:00 p.m. to the following party:

**PLAINTIFF – pro se**

Ms. Shawnetta T. Graham
1101 Assell Ave.
Aurora, IL 60505


s/ Colette A. Walsh
COLETTE A. WALSH, Assistant Attorney General
General Law Bureau
100 West Randolph, 13th Floor
Chicago, IL 60601
(312) 814-4328