## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
## Eastern Division

Shawnetta T. Graham
                      Plaintiff,

v.                                            Case No.: 1:07–cv–07078
                                                       Honorable Samuel Der–Yeghiayan

State Of Illinois, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 30, 2008:

      MINUTE entry before Judge Honorable Samuel Der–Yeghiayan: Defendants' motion for an enlargement of time to file their reply in support of their motion to dismiss and to respond to Plaintiff's motion to amend her complaint [25] is granted to and including 05/01/08. Noticed hearing date of 05/01/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.