IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **SHAWNETTA T. GRAHAM,** ) | |
| ) | |
| **Plaintiff,** ) | Case No. 07 C 7078 |
| v. ) | |
| ) | Hon. Samuel Der-Yeghiayan |
| **STATE OF ILLINOIS,** ) | |
| **DEPARTMENT OF** ) | |
| **CORRECTIONS,** ) | |
| **Defendants.** ) | |

_____

**NOTICE OF FILING**
_____

TO:   Shawnetta T. Graham, pro-se
      1101 Assell Ave.
      Aurora, IL 60505

PLEASE TAKE NOTICE that on the **1st day of May, 2008,** Defendants caused to be filed, **DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS PLAITIFF'S COMPLAINT, and DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO AMEND HER COMPLAINT,** a copy of which is attached and served upon you.

Respectfully submitted,

LISA MADIGAN
Illinois Attorney General            **STATE OF ILLINOIS and**
                                     **ILLINOIS DEPARTMENT OF**
                                     **CORRECTIONS,**

                             By:     s/ Colette A. Walsh
                                     COLETTE A. WALSH
                                     Assistant Attorneys General
                                     100 West Randolph Street, 13th Floor
                                     Chicago, Illinois 60601
                                     (312) 814-4328

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SHAWNETTA T. GRAHAM, ) | |
| ) | |
| Plaintiff, ) | Case No. 07 C 7078 |
| v. ) | |
| ) | Hon. Samuel Der-Yeghiayan |
| STATE OF ILLINOIS, ) | |
| DEPARTMENT OF ) | |
| CORRECTIONS, ) | |
| Defendants. ) | |

___

**CERTIFICATE OF SERVICE**
___

The undersigned, an attorney, certifies that a copy of the foregoing**, DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS PLAITIFF'S COMPLAINT, and DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO AMEND HER COMPLAINT,** was served upon the following party via regular U.S. mail at or before the hour of 5:00 p.m., the 1st day of May 2008, to the following party:

    **Ms. Shawnetta T. Graham, pro-se**
    **1101 Assell Ave.**
    **Aurora, IL 60505**


Respectfully submitted,

LISA MADIGAN
Illinois Attorney General

**STATE OF ILLINOIS and**
**ILLINOIS DEPARTMENT OF**
**CORRECTIONS,**

By:    s/ Colette A. Walsh
      COLETTE A. WALSH
      Assistant Attorneys General
      100 West Randolph Street, 13th Floor
      Chicago, Illinois 60601
      (312) 814-4328