

| | | |
|---|---|---|
| Shawnetta T. Graham | ) | United States District Court |
| | ) | Northern District of Illinois |
| -VS- | ) | |
| | ) | Honorable Judge |
| | ) | Der Yeghiayan |
| State of Illinois and the Illinois | ) | |
| Department of Corrections, | ) | Civil Action#: <u>07 C 7078</u> |
| Defendants | ) | |

FILED
APR 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## Verification by Certification

I, <u>Shawnetta T. Graham</u>, states that under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the Statement set fourth in this instrument/exhibits are true and correct, except as to matters therein stated to be on information and belief and so to such matters the undersigned certifies as aforesaid that she verily believes same as true.

This instrument was mail by U.S. Mail to the defendant which is attached on <u>April 26, 2008</u> before 4 p.m. This instrument is a copy of the appendix of a file motion and supporting Memorandum of Objection to the defendant motion to dismiss.

CC:
   Governor Rod R. Blagojevich
   207 State House
   Springfield, Illinois 62706

*Shawnetta T. Graham* (signature)

Shawnetta T. Graham