MAY 12 2008
FILED
JN
MAY 12 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Shawnetta T. Graham )
    Plaintiff, Pro Se )
-VS- )
 )   United States District Court
State of Illinois and the Illinois Department )   Northern District of Illinois
Of Corrections, )
    Defendants )
 )   Honorable Judge
 )   Der Yeghiayan
 )
 )   Civil Action #: <u>07 C 7078</u>
 )
 )
 )
 )
 )

## MOTION
### Motion to request an Enlargement amount of time

**A.**
The plaintiff needs an enlargement amount of time in order to answer the defendants' attorney reply which she filed on <u>May 1, 2008</u>. Assistant Attorney General Colette A. Walsh filed a response in support of her motion to dismiss the Plaintiff complaint and the defendants' response to plaintiff's motion to amend her complaint.

The plaintiff needs additional time for the following reason:

1. Assistant Attorney General Walsh has raise some new issues at this point she states the following;
   …construed as a scheme to circumvent the exclusive jurisdiction of the Illinois Workers Compensation Commission.

2. Assistant Attorney General Walsh has stated that the defendant can not prove beyond doubt that the plaintiff can prove no set of facts in support of her claim which would entitle her to relief.

3. Assistant Attorney General Walsh has stated a claimant must file a charge with the EEOC within 300 days or the occurrence of the allegation discriminatory action serving as the basis of the charge.

4. Assistant Attorney General Walsh has stated that because of a violation of the Federal Rule of Civil Procedure by the plaintiff, the motion to amend her complaint should be denied.

**B.**
The plaintiff needs to develop her defense on such issues, and the plaintiff needs to go through her journal which started in the year 2002 to present.

If in fact the plaintiff needs to prove there were an injustice and a violation on <u>July 01, 2004</u> and <u>August 25, 2004</u>, and a continue violation the plaintiff needs an enlargement of time. Furthermore, the plaintiff needs additional time because of the stress that she has experience working in a work setting with an on going violation and the plaintiff needs an additional time for legal research.

1. Plaintiff needs to spend at least 18 hours at the Kane County Law Library. The Plaintiff can only go on Wednesday evenings.

2. Plaintiff has an eye impairment which she needs to take an two week rest from excessive amount of computer glaring. (See Exhibit 1)

3. Plaintiff is schedule for a colonoscopy which was schedule on <u>May 01, 2008</u>, but plaintiff reschedule it of <u>May 19, 2008.</u> (See Exhibit 2)

4. Plaintiff is schedule for a mammogram screening on <u>June 12, 2008</u>. (See Exhibit 3)

5. Plaintiff is schedule for a CT Heart Score on <u>06-21-2008</u>. (See Exhibit 4)

6. Plaintiff is schedule for a CT Lung Screening on <u>06-30-2008</u> (See Exhibit 4)

7. Plaintiff Diabetes and High Blood Pressure is out of control. (See Exhibit 5)

Due do the fact of an on going violation towards Graham's has caused a lot of stress which has aided her physical impairments. Graham does not have the luxury or having a staff to research and type for her. She does not have any assistant to aide her in this legal battle.

The petitioner request <u>60 days</u> in order to answer the Assistant Attorney General Colette Walsh

<u>Prayer</u>

Petitioner respectfully request that the presiding judge allow this motion for an enlargement of time. Petitioner would like to end this prayer with an expression of legal philosophy, "every person shall find a certain remedy in the laws for all injuries and wrongs which he receives to his person, privacy, property or reputation. He shall obtain justice by law, freely, completely, and promptly" (See Illinois Constitution, 1970, Article 1 Section 12)

*[signature]*
Shawnetta T. Graham
1101 Assell Ave.
Aurora, Illinois 60505

CC: Courtesy Copy sent to Micheal Wing rm. 1906
c/o Honorable Judge Der Yeghiayan

| | |
|---|---|
| Shawnetta T. Graham ) | |
|     Plaintiff, Pro Se ) | |
| -VS- ) | |
| ) | United States District Court |
| State of Illinois and the Illinois Department ) | Northern District of Illinois |
| Of Corrections, ) | |
|     Defendants ) | Honorable Judge |
| ) | Der Yeghiayan |
| ) | |
| ) | Civil Action #: <u>07 C 7078</u> |

## Letter to Judge Der-Yeghiayan's

If in fact you do allow this motion please reschedule the Status Hearing which is set for <u>June 4, 2008</u> at 9:00 am.

| | |
|---|---|
| Shawnetta T. Graham<br>    Plaintiff, Pro Se<br>-VS-<br><br>State of Illinois and the Illinois Department<br>Of Corrections,<br>    Defendants | United States District Court<br>Northern District of Illinois<br><br>Honorable Judge<br>Der Yeghiayan<br><br>Civil Action #: <u>07 C 7078</u> |

# EXHIBIT 1

**Eye Impairment notice**

# Eye Examination Report

The American Diabetes Association recommends patients with diabetes receive annual retinal examinations. most insurance plans will cover this service for a patient with diabetes. The purpose of this form is to facilitate communication between eye care and primary care physicians.

*La Asociación Americana de la Diabetes recomienda que los pacientes diabéticos reciban un examen anual de la retina. La mayoría de los planes de seguro médico cubren este servicio para los pacientes con diabetes. El propósito de este formulario es facilitar la comunicación entre los proveedores del cuidado de la vista y los médicos de familia.*

<u>Primary care physician</u>: Please complete "Primary Care Physician Information" under **Section I**, and share this form with your patients. Instruct them to take it to their next eye examination appointment.

<u>Patients</u>: Please complete "Patient Information" under **Section I**, and take the form to your eye examination appointment.
<u>Pacientes</u>: *Llene la parte de "Información del paciente" de la Sección I de este formulario y llévelo a su próxima cita de examen de la vista.*

## Section I

| Primary Care Physician Information<br>*Información del médico de familia* | Patient Information<br>*Información del paciente* |
|---|---|
| Name/Nombre: _____<br>Address/Dirección _____<br>_____<br>Telephone/Teléfono: _____<br>Fax/Fax _____ | Name/Nombre: Chawactta Graham<br>Address/Dirección: _____<br>_____<br>Telephone/Teléfono: 630-709-7165<br>Date of Birth/Fecha de nacimiento: 6-6-68<br>Patient Health Insurance Plan/Plan de seguro médico: _____ |

<u>Eye Care Professional</u>: Please complete Section II with your identifying information, and fax or mail the completed form to the primary care physician.

## Section II

**Eye Care Professional**

Name of Eye Care Practice/Facility: _____

Address _____   **FARNSWORTH EYE CARE**
                         1710 N. Farnsworth Ave.
Phone: 630-375-2500   Fax _____   Aurora, IL 60505-1512

Name of Eye Care Professional: (Please print) Frank Vergara, O.D.

Date of exam: 2-25-08

Patient received a dilated fundus examination with the following results:

☐ No diabetic retinopathy was detected.

☒ Background retinopathy was detected, but only requires monitoring. No treatment is indicated.

☐ Retinopathy requiring further testing and/or treatment was detected.

Comments: _____

Patient is to return for re-evaluation in __12__ months.

Signature: _____

61.6-16

| | |
|---|---|
| Shawnetta T. Graham<br>    Plaintiff, Pro Se<br>-VS-<br><br>State of Illinois and the Illinois Department<br>Of Corrections,<br>    Defendants | )<br>)<br>)<br>) United States District Court<br>) Northern District of Illinois<br>)<br>) Honorable Judge<br>) Der Yeghiayan<br>)<br>) Civil Action #: <u>07 C 7078</u><br>)<br>)<br>)<br>) |

# EXHIBIT 2

Order for colonoscopy

**UNIVERSITY OF CHICAGO**
**GI PROCEDURE UNIT**
(773) 702-6767 phone / 7 a.m. – 4 p.m.
(773) 834-7073 fax

Patient Name: Graham Shawneta

Med.Hist. #: 26577736    Appt Date: _____

Scheduled By: _____    Date: _____

48-hour notice is needed in the event of a cancellation; Signed No Show Policy is required with this form

### DIRECT ACCESS ENDOSCOPY REQUEST:

This service is for the procedure only. Referring physicians are responsible for the interpretation of the clinical significance of the endoscopic findings, as well as for arranging for any appropriate further evaluation or treatment.

**PROCEDURE TO BE PERFORMED:**

* **EG/EGD (upper GI endoscopy)**
  CPT (43200-43232 / 43235-43259)
* **Colonoscopy** *(circled)*
  CPT (45378-45387)
* **Screening Colonoscopy/Flex Sig**
  CPT (G0121, G0105 / G0104)
* **Flexible sigmoidoscopy**
  CPT (45330-45342)
* **Enteroscopy**
  CPT (44360-44373)

* **24 hour pH**
  CPT (91034 & 91035)
* **Dilatation**
  CPT (43248)
* **Botox**
  CPT (J0585)
* **Infusion therapy**
  CPT (90780)
* **Liver biopsy**
  CPT (47000)

* **ERCP/EUS** (call 773-702-4921)
* **Bronchoscopy**
  CPT (31622-31730)
* **Motility**
  CPT (91010-26)
* **Breath test/H Pylori**
  CPT (91065-26 / 83014)

**\*REQUIRED:** Diagnosis/reason for test – *ICD9 codes on back of form* list all applicable dx
_____   569.3   280.0   _____   _____

Advance Beneficiary Notice required/presented?   Yes   No   Must check One:   STAN   QV   RES

- Patient's weight 275 lbs or more   Yes   No   If, yes, specify height/weight: _____

- Please describe the clinical history that is relevant for this procedure: rectal bleeding, iron def anemia

- Significant other medical history (heart disease, pulmonary disease, etc.): DM (insulin dep) anemia

- If patient is to have a biopsy or polypectomy, indicate date of most recent CBC, PT, PTT or platelet count: Hgb 10.2 (12/05)

- Does this patient have a communicable disease? (i.e. hepatitis, HIV, TB)   Yes___   No ✓

- Does this patient require antibiotic prophylaxis to prevent endocarditis?   Yes___   No ✓
  Specify: _____

- Does this patient have a bleeding disorder?   Yes___   No ✓
  Specify: _____

*** NO ASA OR NSAIDs WITHIN SEVEN DAYS OF PROCEDURE! ***

Attending/APN Name: P. P_____   Page # 1945   Date: 3/1/08
Attending/APN Signature: _____
Resident or Fellow: _____   Page # _____

*THIS FORM MUST BE COMPLETE & DELIVERED TO GIPP PRIOR TO SCHEDULING*

| | |
|---|---|
| Shawnetta T. Graham<br>　　　Plaintiff, Pro Se<br>-VS-<br><br>State of Illinois and the Illinois Department<br>Of Corrections,<br>　　　Defendants | )<br>)<br>)<br>)  United States District Court<br>)  Northern District of Illinois<br>)<br>)  Honorable Judge<br>)  Der Yeghiayan<br>)<br>)  Civil Action #: <u>07 C 7078</u><br>)<br>)<br>)<br>)<br>) |

# EXHIBIT 3

Mammogram screening order

# The University of Chicago Hospitals
## Breast Imaging Consultation
To schedule appointments phone (773) 702-0745

DOS: 02/04/08
NAME: GRAHAM, SHAWENTTA
MRN: 2657736
DOB: 6/6/1968
ATT: 6252-PICKERING, PAU
EXM:
DEPT: STONY UCH INT. MED.

ATTENDING ORDERING EXAM: Pickering  Pager# 9965

Form Filled Out By: _____ MD/NP/PA/Pager# _____

MD/PA/NP Signature: _____ Date: 2/4/08

Patient Info. Age ___ Sex: ☐ Male ☑ Female  Clinic/Service: _____

Check if applicable: Pregnant (or possibly) ☐ YES  Requires resp. protection ☐ YES  ABN PRESENTED ☐ YES
If patient has Medicare, ABN requirement must be checked

Ambulatory ☐ YES ☐ NO  Weight ___ lbs.

### Breast Imaging Exams
- ☑ 77057/77052 Screening Mamm w/CAD (scr)
- ☐ G0202/77052 Digital Screening Mamm w/CAD
- ☐ 77056 Bilateral Diagnostic Mamm w/CAD (cadm)
- ☐ G0204/77051 Digital Diagnostic Mamm w/CAD
- ☐ 77055 Unilat Diagnostic Mamm w/CAD  ☐ RT ☐ LT
- ☐ G0206/77051 Digital Unilat Diagnostic Mamm w/CAD  ☐ RT ☐ LT
- ☐ 76645 Diagnostic Mamm w/US (If US medically necessary)
- ☐ 76645 Breast Ultrasound (BRUM)  List details
- ☐ n/a Outside Mamm Comparison (COMP)
- ☐ 76140 Interpretation Outside Exam w/ report (IOE M)

Other: _____

### Breast Interventional Procedures
- ☐ 19030/76086 Ductogram Single Duct (MDG)  ☐ RT ☐ LT
- ☐ 19000 Cyst Aspiration (ABC)  ☐ RT ☐ LT
- ☐ 19102/19103 Breast Biopsy  ☐ RT ☐ LT
- ☐ 19290 Needle Localization (NPB)  ☐ RT ☐ LT
- ☐ 38505 Axillary Node Biopsy  ☐ RT ☐ LT
- ☐ Abscess Drainage (ABDR)  ☐ RT ☐ LT

Is patient taking any of the following ☐ YES ☐ NO
- ☐ Aspirin/Motrin or other NSAID
- ☐ Coumadin, Heparin or other blood thinners
- ☐ Plavix

Allergies: NKDA or _____ specify

Must provide INR for patients on coumadin, heparin & plavix 24hrs prior to any breast interventional procedure.

*ALL SECTIONS MUST BE COMPLETED. ALL REQUESTS MUST INCLUDE ORDERING MD/PA/NP SIGNATURE.*

CLINICAL INFORMATION. Clinical Question to be answered (diagrams are very helpful) this includes (R/O) - This DOES NOT substitute for signs & symptoms

Breast ca screening

Pertinent Surgical/Medical History:

### ICD-9 Code: Presenting signs, symptoms and/or chief complaint must be noted for EACH exam ordered
- ☐ V10.3 Personal History of Breast Cancer
- ☐ V16.3 Family History of Breast Cancer
- ☐ V76.11 Screening Mammography only High Risk Pt.
- ☐ V76.12 Screening mammography only / Implants
- ☐ 611.0 Inflammatory disease / abscess
- ☐ 611.1 Hypertrophy of breast / Gynecomastia
- ☐ 610.2 Fibroadenosis of breast
- ☐ 611.3 Fat necrosis of breast
- ☐ 611.71 Mastodynia / Pain in breast
- ☐ 611.72 Breast Lump/mass
- ☐ 611.79 Nipple disorders (discharge)
- ☐ 611.8 Other disorders / Hematoma
- ☐ 793.80 Abnormal mammography unspecified
- ☐ 793.81 Mammography Micro Calcifications
- ☐ 785.6 Enlarged Nodes
- ☐ 793.89 Mammographic Calcifications

THIS LIST IS NOT MEANT TO INFLUENCE YOUR CHOICE, NOR IS IT MEANT THAT YOU SHOULD SELECT ONLY ONE OF THE DIAGNOSES LISTED.

| | |
|---|---|
| Shawnetta T. Graham )<br>    Plaintiff, Pro Se )<br>-VS- )<br>                             )<br>State of Illinois and the Illinois Department )<br>Of Corrections, )<br>    Defendants ) | United States District Court<br>Northern District of Illinois<br><br>Honorable Judge<br>Der Yeghiayan<br><br>Civil Action #: <u>07 C 7078</u> |

# EXHIBIT 4

CT Heart Score and CT Lung Score Information

## CT HEART SCREENING

**Heart Score is a fast, painless screening method that measures calcium build-up in the coronary arteries.**

The amount of calcium is related to the degree of underlying atherosclerosis and coronary risk. Heart Score uses Multidetector CT (MDCT) technology to take clear, high-resolution images of the coronary arteries. The CT Heart Score is a non-invasive screening exam for detecting the likelihood of coronary heart disease at its earliest stages. Images through the heart can be obtained in a single breath hold while the patient relaxes on the CT table with the arms held overhead. There is no contrast injected and no exercise required.

Patients must be at least 40 years old.



calcium deposits

650.236.8500

## CT LUNG SCREENING

**Lung Screening is a low dose CT of the chest designed to replace standard chest Xrays for earlier detection of lung cancer.**

Experts hope that earlier detection will translate into earlier treatment and improved outcomes. This screening technology is capable of detecting small lung nodules that would not be visualized on a routine chest xray. **Patients must be at least 40 years of age and have a significant history of tobacco or asbestos exposure.**



www.mcairadiology.c

| | |
|---|---|
| Shawnetta T. Graham </br>       Plaintiff, Pro Se </br> -VS- </br> </br> State of Illinois and the Illinois Department </br> Of Corrections, </br>       Defendants | ) </br> ) </br> ) </br> ) United States District Court </br> ) Northern District of Illinois </br> ) </br> ) Honorable Judge </br> ) Der Yeghiayan </br> ) </br> ) Civil Action #: <u>07 C 7078</u> </br> ) </br> ) </br> ) </br> ) |

# EXHIBIT 5

Average Blood Sugar for the last 30 days

# Standard Day Report

**Name:** Graham, Shawnetta  
**Date Range:** 03-28-2008 to 04-28-2008

**Date:** 04-28-2008 11:56 am  
**Target Glucose:** 80 - 140 mg/dL



| Statistics | | Pre-meal Readings | | Post-meal Readings | | Bed+Sleep Readings | |
|---|---|---|---|---|---|---|---|
| Highest Glucose | 328 | Within Target | 0% | Within Target | 0% | Within Target | 0% |
| Lowest Glucose | 233 | Above Target | 100% | Above Target | 0% | Above Target | 100% |
| Average Glucose | 293 | Below Target | 0% | Below Target | 0% | Below Target | 0% |
| Standard Deviation | 35 | | | | | | |



GRAHAM,SHAWNETTA  
MHID: 2657736  
PTID: 298054719  
DOB: 6/6/1968  
ENDO 04/28/08

| | |
|---|---|
| Shawnetta T. Graham <br>     Plaintiff, Pro Se <br> -VS- <br><br> State of Illinois and the Illinois Department <br> Of Corrections, <br>     Defendants | ) <br> ) <br> ) <br> )   United States District Court <br> )   Northern District of Illinois <br> ) <br> )       Honorable Judge <br> )       Der Yeghiayan <br> ) <br> )   Civil Action #: <u>07 C 7078</u> <br> ) <br> ) <br> ) <br> ) |

**Notice of Filing and Certificate of Service**

This serves as notification to the defendants' Attorney that I will be filing a motion to request an enlargement of time in order to answer Assistant Attorney General Colette A. Walsh response in support of her motion to dismiss the Plaintiff complaint and the defendants' response to plaintiff's motion to amend her complaint in the U.S. District Court in the Northern of Illinois Eastern Division at Chicago.

I <u>Shawnetta T. Graham</u>, being first duly sworn on oaths, states that she has served one copy of the attach motion to each person name below the __7__ day of <u>May,</u> in the year of <u>2008</u>, in the manner indicated below. The motion was delivered by U.S. Mail before the hour of <u>5:00 p.m.</u>

    ( ) Hand Delivered         (X) First Class mail         ( ) Certified mail

Illinois Attorney General <br>
Lisa Madigan <br>
c/o Colette A. Walsh <br>
Assistant Attorney General <br>
General Law Bureau <br>
100 W. Randolph St., 13th Floor <br>
(Chicago, Illinois 60601 <br>
(312)-814-4328 <br><br>

<u>Affidavit of Service</u>

Plaintiff: *[signature]* <br>
Shawnetta T. Graham <br>
1101 Assell Ave               SEAL: <br>
Aurora, Illinois 60505

Subscribed and sworn before me, this day __7__ of May in the year 2008.

Notary Public: *[signature]* Dawn Jungkans    date: 5/7/8

OFFICIAL SEAL <br>
DAWN JUNGKANS <br>
Notary Public - State of Illinois <br>
My Commission Expires Oct 23, 2011

| | |
|---|---|
| Shawnetta T. Graham<br>      Plaintiff, Pro Se<br>-VS-<br><br>State of Illinois and the Illinois Department<br>Of Corrections,<br>      Defendants | )<br>)<br>)<br>)<br>)  United States District Court<br>)  Northern District of Illinois<br>)<br>)<br>)  Honorable Judge<br>)    Der Yeghiayan<br>)<br>)  Civil Action #: <u>07 C 7078</u><br>)<br>)<br>)<br>)<br>) |

## Affidavit

This is an affidavit that testified that the information in this motion is true and correct as well as the exhibits, and the medical information is being provided to for a matter of record and it should be share among the parties that are mention, as well as, the presiding judge.

I <u>Shawnetta T. Graham</u>, being first duly sworn on oaths, states that this information that is attached is true and correct. I testify to this on the _7_ day of <u>May</u> in the year of 2008.

                              Plaintiff: *Shawnetta T. Graham*
                              Shawnetta T. Graham
                              1101 Assell Ave.
                              Aurora, Illinois 60505

Subscribed and sworn before me, this day _7_ of the month of May in the year 2008

Notary Public: *Dawn Jungkans*     date: 5/7/8

Seal:

> OFFICIAL SEAL
> DAWN JUNGKANS
> Notary Public - State of Illinois
> My Commission Expires Oct 23, 2011