

Shawnetta T. Graham )
    Plaintiff, Pro Se )
-VS- )
                          ) United States District Court
State of Illinois and the Illinois Department ) Northern District of Illinois
Of Corrections, )
    Defendants )
                          ) Honorable Judge
                          ) Der Yeghiayan
                          )
                          ) Civil Action #: 07 C 7078
                          )

Notice of Motion

MAY 12 2008

FILED
J N
MAY 1 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## Notice of Motion

To: Colette A. Walsh
Assistant Attorney General
General Law Bureau
100 West Randolph St. 13th Floor
Chicago, Illinois 60601
(312)-814-4328

CC: Lisa Madigan, Attorney General of Illinois

Please take notice that on the 15 of May of the year 2008, 9:00 am or soon as thereafter as counsel many be hear, I shall appear before the Honorable Judge Samual DerYeghiyan or whom ever may be sitting in his seat in Courtroom 1903 Of Evrett Mckinley Dirksen Federal Courthouse, located at 219 Dearborn Street, Chicago, Illinois 60604, and then and there present the attached Plaintiff Motion to request an enlargement of time for the reason stated in the attached motion.

*Shawnetta T. Graham*
Shawnetta T. Graham
1101 Assell Ave.
Aurora, Illinois 60505

| | |
|---|---|
| Shawnetta T. Graham, - Pro Se    ) | United States District Court of the Northern District of Illinois |
| Petitioner    ) | |
|    ) | |
|    ) | Honorable Judge |
| -VS-    ) | Der Yeghiayan |
| Illinois Department of Corrections,    ) | |
| State of Illinois    ) | |
|    ) | Civil Action # 07 C 7078 |
|    ) | |
| Respondents    ) | |

## Verification by Certification

I <u>Shawnetta T. Graham</u>, states that under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies That the statement set fourth in this instrument are true and correct, except as to matter therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes same to be true.

The following attached motion was sent by U.S. Mail before the hour of 1 pm to the Honorable Judge Der Yeghiayan. The Respondents and the clerk office will be mail before the hour of 5 pm. A copy of notice of filing and certificate of service with the affidavit will be mail to all parties on 5/7/08 before the hour of 5pm.

*X Shawnetta T. Graham  5/7/08*
Shawnetta T. Graham     date

Note: This verification is being sent to ensure that the 3 da notice is meet.