## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7078 | **DATE** | 5/15/2008 |
| **CASE TITLE** | Shawnetta T. Graham vs. State Of Illinois, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion for extension of time to file answer to defendants' reply to their motion to dismiss [31] is granted. As stated on the record, Plaintiff is given until 07/25/08 to file a sur-reply to Defendants reply in support of their motion to dismiss. Plaintiff is further given until 07/25/08 to file a reply in support of her motion for leave to file an amended complaint. Status hearing reset to 08/28/08 at 9:00 a.m. Status hearing set for 06/04/08 is stricken.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | maw |
|---|---|---|