Shawnetta T. Graham )
    Plaintiff, Pro Se )
-VS- )
  ) United States District Court
State of Illinois and the Illinois Department ) Northern District of Illinois
Of Corrections, )
    Defendants ) Honorable Judge
  ) Der Yeghiayan
  )
  ) Civil Action #: <u>07 C 7078</u>

### Motion to request additional time

This is a Motion to request <u>additional time</u> to file an answer to further support Graham's motion to amend her complaint. This is a Motion to request <u>additional time</u> to file an answer for the objections to Assistant Attorney General of the State of Illinois Colette Walsh Motion and supporting memorandums to dismiss Graham's Complaint. Graham is asking the court for <u>additional time</u> to file her answer to give further support in her motion to amend her complaint. Graham is requesting <u>additional time</u> to file her objection to Assistant Attorney General of the State of Illinois Colette Walsh motion to dismiss and her supporting legal memorandums or reply brief which support her motion to dismiss.

Graham is requesting until <u>August 16, 2008</u> to file her answers.

These are the following <u>reasons</u> why Graham is requesting additional time:

<u>Reason 1: medical</u>

Graham was diagnosis with pyogenic granuloma. (See www.aocd.org/skin/dermatologic_diseases/pyogenic_granuloma.html) Graham had light surgery to her right finger on <u>April 04, 2008</u>. Due to her diabetes and excessive typing Graham re-injured her right finger, so, on <u>June 03, 2008</u> Graham had to have another light surgery and the second time Graham was ordered decrease typing. (See Exhibit 1) So, Graham key boarding skills were not as fast as it should have been in order to meet her deadlines and some days Graham could not type at all. The second surgery lead to more burning of the top layer of skin and stitches, and Graham did what should could doing her recovery time. Graham's injury has healed and her speed is back due to the fact she followed doctor orders.

<u>Reason 2: Articulate legal defense</u>

Graham needs additional time to research the Lexis Nexis database to find cases where the Governor of Illinois was citied, the Department of Central Management

Services and the current Director was citied, and the Illinois Department of Corrections School District # 428 was citied. The Assistant Attorney General has presented a defense that the State of Illinois is not my employer, and the employer as defined is the particular agency or part of the state apparatus that has the actual hiring and firing responsibility. At this point Graham need to give a defense which supports the wrong doing of the State of Illinois. Graham needs to read and make sure that she understand and can articulate that it was a violation of Article III and Article XXIII of a AFSCME Agreement with the State of Illinois Department of Central Management Services for the contract year between July 01, 2004 and June 30, 2008. (See Exhibit 2)

Reason 3: <u>Personal budgeting concerns</u>

This is not the only legal battle Graham is pro se and in the month of May Graham's copy fee and postal service fee cost her nearly Graham $ <u>500.00.</u> At the Illinois Supreme Court level a petitioner is required to file 20 of each petition and appendix, and the Attorney General are require to get 3 copies of each. This is way Graham is trying her best to legally articulate her defense in order to prevent a costly appeal to the <u>United States Supreme Court</u>. At the United States Supreme Court Level a petitioner must file 40 each petition and 40 each appendix. Because of such a high legal cost Graham fall behind on her Nicor Gas account, and Graham was facing disconnection. (See Exhibit 3) However, Graham exercised her legal rights under <u>Illinois Administrative Code Part 280.130</u>. Due to Graham illnesses she was allowed a 30 day medical extension. However, Graham needs to make a payment within the 30 days in order to get on a budget plan and get another 30 day extension. It will be more comfortable for Graham can have additional time.

<u>If Relief is Granted</u>

Graham would like to be able to file her sur-reply or legal memorandum without a "money crunch" If Graham is allowed the additional time she can <u>comfortably</u> copy the memorandum with supporting appendix and <u>comfortably</u> mail the legal memorandum or sur-reply to the presiding judge and the defendant's attorney.

<u>Prayer</u>

Graham is requesting the courts to allow this motion for additional time to or close to <u>August 16, 2008</u>. Graham is not presenting this motion to delay any court preceding but due to the high cost of gas, and other legal issues, and illnesses Graham must ask the courts again to allow additional time. If there are not any rules or any objections to deny this motion, Graham would like the court to considered reasons 1, 2, & 3. Graham would like the court to allow this motion.

*Shawnetta T. Graham* 7/5/08
Shawnetta T. Graham
1101 Assell Ave
Aurora, Illinois 60505
(630)-709-7165

```
Shawnetta T. Graham                      )
        Plaintiff, Pro Se                )
   -VS-                                  )
                                         )    United States District Court
State of Illinois and the Illinois Department )  Northern District of Illinois
Of Corrections,                          )
        Defendants                       )    Honorable Judge
                                         )    Der Yeghiayan
                                         )
                                         )    Civil Action #: 07 C 7078
                                         )
                                         )
                                         )
                                         )
                                         )
```

FILED
J.N
JUL 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### Affidavit

This is an affidavit that testified that the information in these motions are true and correct as well as the exhibits which are present in the motion to request additional time.

I **Shawnetta T. Graham**, being first duly sworn on oaths, states that this information that is attached is true and correct. I testify to this on the 5 day of **July**, in the year of 2008.

Plaintiff: *Shawnetta T. Graham*
Shawnetta T. Graham
1101 Assell Ave.
Aurora, Illinois 60505

Subscribed and sworn before me, this day  5  of the month of July in the year 2008

Notary Public: _Dawn Jungkans_   date: 7/5/8

Seal:

OFFICIAL SEAL
DAWN JUNGKANS
Notary Public - State of Illinois
My Commission Expires Oct 23, 2011

| | |
|---|---|
| Shawnetta T. Graham <br>     Plaintiff, Pro Se <br> -VS- <br><br> State of Illinois and the Illinois Department <br> Of Corrections, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) United States District Court <br> ) Northern District of Illinois <br> ) <br> )    Honorable Judge <br> )    Der Yeghiayan <br> ) <br> ) Civil Action #: <u>07 C 7078</u> |

*FILED JUL 14 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT*

## Notice of filling and Certificate of Service
## Notice of filing for two Motions

This serves as notification to the defendants that I will be filing a motion to request to exceed the page limitation per Local rule 7.1 and filing a motion to request additional time in the U.S. District Court Northern District of Chicago.

I <u>Shawnetta T. Graham</u>, being first duly sworn on oaths, states that she has served one copy of the attach motion to each person name below the <u>5</u> day of <u>July</u>, in the year of <u>2008</u>, in the manner indicated below. The motion was delivered by U.S. Mail before the hour of 5:00 p.m.

( ) Hand Delivered        (X) First Class mail        ( ) Certified mail

Illinois Attorney General <br>
Lisa Madigan <br>
C/O: Colette A. Walsh <br>
Assistant Attorney General <br>
General Law Bureau <br>
100 W. Randolph St., 13th Floor <br>
Chicago, Illinois 60601 <br>
(312)-814-4328

Affidavit of Service

Plaintiff: *[signature] Shawnetta T. Graham*
Shawnetta T. Graham
1101 Assell Ave.
Aurora, Illinois 60505

SEAL:

Subscribed and sworn before me, this day <u>5</u> of July in the year 2008

Notary Public: _[signature]_ date: 7/5/08

OFFICIAL SEAL
DAWN JUNGKANS
Notary Public - State of Illinois
My Commission Expires Oct 23, 2011

| | |
|---|---|
| Shawnetta T. Graham )<br>    Plaintiff, Pro Se )<br>-VS- )<br>    )<br>State of Illinois and the Illinois Department )<br>Of Corrections, )<br>    Defendants ) | United States District Court<br>Northern District of Illinois<br><br>Honorable Judge<br>Der Yeghiayan<br><br>Civil Action #: <u>07 C 7078</u> |

# EXHIBIT

# 1

doctor notes from the dermatology

Case 1:07-cv-07078   Document 34   Filed 07/14/2008   Page 5 of 11



Graham, Shaunetta

Dermatology 4/1/08

# THE UNIVERSITY OF CHICAGO HOSPITALS
5758 MARYLAND AVE.
CHICAGO, ILLINOIS 60637
(773) 702-1000

4/1/07
DATE

TO WHOM IT MAY CONCERN:

THIS IS TO ADVISE THAT THE ABOVE NAMED PATIENT

WAS seen at dermatology
Injury to R 2nd digit

AND WILL BE ABLE TO RETURN TO

ON 4/2/07 .

RESTRICTIONS: none

RESPECTFULLY,

DEPARTMENT OF Dermatology

FORM 16.03 R4/00

GRAHAM,SHAWNETTA                              DERM
DOB:  6/6/1968   SEX:  F
ATT:  6362-TSOUKAS, MARIA
EXM:  6362-TSOUKAS, MARIA            06/03/08

MHID: 2657736          PTID: 301440871
    PPO

# THE UNIVERSITY OF CHICAGO HOSPITALS
### 5758 MARYLAND AVE.
### CHICAGO, ILLINOIS 60637
### (773) 702-1000

DATE  6/3/08

TO WHOM IT MAY CONCERN:

THIS IS TO ADVISE THAT THE ABOVE NAMED PATIENT

WAS _seen at dermatologist office - injury_

AND WILL BE ABLE TO RETURN TO _to @ sxa at g, t_

ON _6/4/08_.

RESTRICTIONS: _decreased typing_

RESPECTFULLY,

DEPARTMENT OF _Dermatology_

FORM 18.03 R4/00

| | |
|---|---|
| Shawnetta T. Graham           )<br>         Plaintiff, Pro Se        )<br>   -VS-                                   )<br>                                            )<br>State of Illinois and the Illinois Department  )<br>Of Corrections,                   )<br>         Defendants              )<br>                                            )<br>                                            )<br>                                            ) | United States District Court<br>Northern District of Illinois<br><br>Honorable Judge<br>Der Yeghiayan<br><br>Civil Action #: <u>07 C 7078</u> |

# EXHIBIT 2

A copy of the front cover of the Agreement with AFSCME and State of Illinois Department of Central Management Services



# AGREEMENT

## AFSCME
American Federation of State
County and Municipal Employees
Council 31, AFL-CIO

## STATE OF ILLINOIS
Department of
Central Management Services

July 1, 2004 – June 30, 2008

Article III - non-Discrimination
Article XXIII: Section 1 and Section 4
Leaves of Absence - Section 20
Alternative Employment Program

| | |
|---|---|
| Shawnetta T. Graham<br>    Plaintiff, Pro Se<br>  -VS-<br><br>State of Illinois and the Illinois Department<br>Of Corrections,<br>    Defendants | )<br>)<br>)<br>)  United States District Court<br>)  Northern District of Illinois<br>)<br>)     Honorable Judge<br>)      Der Yeghiayan<br>)<br>)  Civil Action #: <u>07 C 7078</u> |

# EXHIBIT

# 3

Nicor Gas Disconnection Bill

# FINAL NOTICE PRIOR TO DISCONNECTION

**IMPORTANTE**
*Esta noticia afecta sus derechos y obligaciónes y debe traducir inmediatamente*

Shawnetta Graham

ACCOUNT NO
00-02-31-8773 5

This is **NOTICE** to you that your GAS service is subject to be DISCONNECTED on or after

July 02, 2008

*website www.nicor.com medical*

To prevent interruption of your gas service, please make immediate payment of:

Past due bill(s) in the amount of $   547.51
Deposit due in the amount of $   .00
TOTAL AMOUNT DUE $   547.51

**Any question concerning this notice should be discussed with our Customer Care credit specialist. Please call our Credit Assistance Center (CAC) at our toll-free number.** 800-310-0566

If service is disconnected, the total amount due must be paid before service can be re-established. A CASH DEPOSIT plus a standard RECONNECTION CHARGE may be due plus any additional charges resulting from disconnecting and reconnecting service other than at the meter. In addition, there must be a responsible person present at the time of reconnection.

In the case of master-metered buildings, TENANTS are being notified of the pending DISCONNECTION of service.

If payment of the entire past-due balance at one time will impose a severe hardship, a deferred payment arrangement may be available by contacting the Credit Assistance Center (CAC) at the telephone number shown above. *(See reverse side.)*

If disconnection of gas service will aggravate an existing serious illness of a permanent resident of the premises, such action can be delayed for an initial period of 30 days, and renewable for another 30 days, if the illness is certified by letter to the company from a registered physician or local Board of Health. The written certification showing the name, business address and telephone number of the certifying party shall include the name of the ill person, nature of illness and the period of time during which termination will aggravate the illness. Initial certification by a registered physician or local Board of Health may be made by telephone if written certification is forwarded within five days.

As required by Illinois law, during the months of November through March, the director of your local or county Department of Public Health or your township supervisor or your county sheriff will be notified at least 24 hours prior to the termination of your gas service.

Your service may be subject to disconnection due to a prior disconnect notice. Further billing will not nullify this NOTICE.

Nicor Gas personnel are on duty during regular office hours for the explicit purpose of hearing any complaints you may have concerning, among other things, our service, customers' bills, billing practices and deposit requirements. If your complaint is not resolved to your satisfaction, please ask to be referred to a supervisor. If the supervisor cannot help you, call the Consumer Services Division of the Illinois Commerce Commission at 1-800-524-0795. Customers using a TDD call 1-800-858-9277.

A copy of the Illinois Commerce Commission's 83 Illinois Administrative Code Part 280, rules pertaining to customer credit, customer deposits, collection activities and disconnection of service is available for your reading at our local business office. Or you can review or obtain a copy at the Illinois Commerce Commission, Consumer Services Division, State of Illinois Building, 160 North LaSalle Street, Suite C-800, Chicago, Illinois 60601-3104 or 527 East Capitol Avenue, P.O. Box 19280, Springfield, Illinois 62794-9280.

- over -



nicor GAS

For service at

1101 Assell Ave
Aurora, IL

Shawnetta Graham
1101 Assell Ave
Aurora, IL 60505

Date   June 24, 2008

| ACCOUNT NO. |
|---|
| 00-02-31-8773 5 |
| **DEPOSIT AMOUNT** |
| .00 |
| **BILL AMOUNT** |
| 547.51 |

P O BOX 310
AURORA, IL 60507-0310

00 02 31 8773 5 0000547513 0000547513 9