| | |
|---|---|
| Shawnetta T. Graham )<br>      Plaintiff, Pro Se )<br>-VS- )<br> )<br>State of Illinois and the Illinois Department )<br>Of Corrections, )<br>      Defendants )<br> )<br> )<br> )<br> ) | United States District Court<br>Northern District of Illinois<br><br>Honorable Judge<br>Der Yeghiayan<br><br>Civil Action #: **07 C 7078** |

Notice of Motion

To: Colette A. Walsh
Assistant Attorney General
General Law Bureau
100 West Randolph St. 13 Floor
Chicago, Illinois 60601
(312)-814-4328

**FILED**
J N JUL 14 2008
JUL 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Please take notice that on **July 16, 2008 at 9:00 am** or soon as thereafter as counsel many be hear, I shall appear before the Honorable Judge Samual Der Yefhiyan or whom ever may be sitting in his seat in Courtroom 1903 of the Everett Mckinley Dirksen Federal Courthouse, located at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached Plaintiff Motion to request the court to allow additional time to answer the defendants attorney and the Plaintiff Motion to request to exceed the page limitation per Local Rule 7.1.

*/s/ Shawnetta T. Graham*
Shawnetta t. Graham
1101 Assell Ave
Aurora, Illinois 60505