# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Shawnetta T. Graham

                Plaintiff,

v.

                                 Case No.: 1:07–cv–07078
                                 Honorable Samuel Der–Yeghiayan

State Of Illinois, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 21, 2008:

      MINUTE entry before the Honorable Samuel Der–Yeghiayan: Plaintiff's motion for extension of time [34] is granted as follows: Plaintiff is given until 08/16/08 to file a sur–reply to Defendants' reply in support of their motion to dismiss. Plaintiff is further given until 08/16/08 to file a reply in support of her motion for leave to file an amended complaint. Plaintiff's motion for leave to file excess pages [35] is granted. Status hearing set for 08/28/08 to stand. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.