

**FILED**
JUL 1 8 2008
Jul 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Shawnetta T. Graham )
    Plaintiff, Pro Se )
-VS- )
      )  United States District Court
State of Illinois and the Illinois Department ) Northern District of Illinois
Of Corrections, )
    Defendants )  Honorable Judge
  ) Der Yeghiayan
)
) Civil Action #: <u>07 C 7078</u>

### Motion to request additional time

This is a Motion to request <u>additional time</u> to file an answer to further support Graham's motion to amend her complaint. This is a Motion to request <u>additional time</u> to file an answer for the objections to Assistant Attorney General of the State of Illinois Colette Walsh Motion and supporting memorandums to dismiss Graham's Complaint. Graham is asking the court for <u>additional time</u> to file her answer to give further support in her motion to amend her complaint. Graham is requesting <u>additional time</u> to file her objection to Assistant Attorney General of the State of Illinois Colette Walsh motion to dismiss and her supporting legal memorandums or reply brief which support her motion to dismiss.

Graham is requesting until <u>August 16, 2008</u> to file her answers.

These are the following <u>reasons</u> why Graham is requesting additional time:

Reason 1: medical

Graham was diagnosis with pyogenic granuloma. (See www.aocd.org/skin/dermatologic_diseases/pyogenic_granuloma.html) Graham had light surgery to her right finger on <u>April 04, 2008</u>. Due to her diabetes and excessive typing Graham re-injured her right finger, so, on <u>June 03, 2008</u> Graham had to have another light surgery and the second time Graham was ordered decrease typing. (See Exhibit 1) So, Graham key boarding skills were not as fast as it should have been in order to meet her deadlines and some days Graham could not type at all. The second surgery lead to more burning of the top layer of skin and stitches, and Graham did what should could doing her recovery time. Graham's injury has healed and her speed is back due to the fact she followed doctor orders.

Reason 2: <u>Articulate legal defense</u>

Graham needs additional time to research the Lexis Nexis database to find cases where the Governor of Illinois was citied, the Department of Central Management

Services and the current Director was citied, and the Illinois Department of Corrections School District # 428 was citied. The Assistant Attorney General has presented a defense that the State of Illinois is not my employer, and the employer as defined is the particular agency or part of the state apparatus that has the actual hiring and firing responsibility. At this point Graham need to give a defense which supports the wrong doing of the State of Illinois. Graham needs to read and make sure that she understand and can articulate that it was a violation of Article III and Article XXIII of a AFSCME Agreement with the State of Illinois Department of Central Management Services for the contract year between July 01, 2004 and June 30, 2008. (See Exhibit 2)

Reason 3: <u>Personal budgeting concerns</u>

This is not the only legal battle Graham is pro se and in the month of May Graham's copy fee and postal service fee cost her nearly Graham <u>$ 500.00.</u> At the Illinois Supreme Court level a petitioner is required to file 20 of each petition and appendix, and the Attorney General are require to get 3 copies of each. This is way Graham is trying her best to legally articulate her defense in order to prevent a costly appeal to the <u>United States Supreme Court</u>. At the United States Supreme Court Level a petitioner must file 40 each petition and 40 each appendix. Because of such a high legal cost Graham fall behind on her Nicor Gas account, and Graham was facing disconnection. (See Exhibit 3) However, Graham exercised her legal rights under <u>Illinois Administrative Code Part 280.130</u>. Due to Graham illnesses she was allowed a 30 day medical extension. However, Graham needs to make a payment within the 30 days in order to get on a budget plan and get another 30 day extension. It will be more comfortable for Graham can have additional time.

If Relief is Granted

Graham would like to be able to file her sur-reply or legal memorandum without a "money crunch" If Graham is allowed the additional time she can <u>comfortably</u> copy the memorandum with supporting appendix and <u>comfortably</u> mail the legal memorandum or sur-reply to the presiding judge and the defendant's attorney.

Prayer

Graham is requesting the courts to allow this motion for additional time to or close to <u>August 16, 2008</u>. Graham is not presenting this motion to delay any court preceding but due to the high cost of gas, and other legal issues, and illnesses Graham must ask the courts again to allow additional time. If there are not any rules or any objections to deny this motion, Graham would like the court to considered reasons 1, 2, & 3. Graham would like the court to allow this motion.

*Shawnetta T. Graham* (signature)
Shawnetta T. Graham
1101 Assell Ave
Aurora, Illinois 60505
(630)-709-7165