

| | |
|---|---|
| Shawnetta T. Graham ) | |
|     Plaintiff, Pro Se ) | |
| -VS- ) | |
| ) | United States District Court |
| State of Illinois and the Illinois Department ) | Northern District of Illinois |
| Of Corrections, ) | |
|     Defendants ) | Honorable Judge |
| ) | Der Yeghiayan |
| ) | |
| ) | Civil Action #: <u>07 C 7078</u> |

Notice of Motion

To: Colette A. Walsh
Assistant Attorney General
General Law Bureau
100 West Randolph St. 13 Floor
Chicago, Illinois 60601
(312)-814-4328

**FILED**
JUL 18 2008
Jul 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Please take notice that on <u>July 22, 2008 at 9:00 am</u> or soon as thereafter as counsel many be hear, I shall appear before the Honorable Judge Samuel Der-Yeghiayan or whom ever may be sitting in his seat in Courtroom 1903 of the Everett Mckinley Dirksen Federal Courthouse, located at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached Plaintiff Motion to request the court <u>to allow additional time</u> to answer the defendants attorney and the Plaintiff Motion to request <u>to exceed the page limitation</u> per Local Rule 7.1.

*/s/ Shawnetta T. Graham*
Shawnetta T. Graham
1101 Assell Ave
Aurora, Illinois 60505

Note: It was told to me by Assistant Attorney Colette A. Walsh that the presiding judge and the court room duty were on vacation. This was told to me in the evening on <u>July 15, 2008</u>. No one called me from the presiding judge's office to let me know that the judge motion call was cancelled. Therefore, I am presenting a new date that would work out better for me. I have little time on the books and I am schedule for a doctor appointment on this date. I would like to have <u>July 22, 2008</u>. If this date does not work out for the court, please call me at once. The only other date it can be is <u>July 23, 2008.</u> The judge said at a motion hearing on <u>May 15, 2008</u> that if I needed more time than type up a motion. I have presented legitimate reasons within both the body of the motions. If for some reason the judge can rule on the motions without either parties being present, than please do so. Due to the high cost of gas, and the cost of copying, and the cost of postage I am not able to resubmit all of the original documentation to the defendant, to the judge, or to the clerk office, please see your court file on this case.