


Shawnetta T. Graham
Plaintiff, Pro Se
-VS-

State of Illinois and the Illinois Department Of Corrections,
Defendants

United States District Court
Northern District of Illinois

Honorable Judge
Der Yeghiayan

Civil Action #: 07 C 7078

## Letter to United States Clerk Office

The presiding Judge was mailed a copy of the sur-reply per his request; because of financial hardship I cannot deliver the clerk office a copy. Therefore, I have written to the judge to request that Rule 5 of the Federal Rules of Civil Procedure is practice in this situation. Rule 5 states: Where the judge so permits, papers maybe "Filed" with the judge directly, after which the judge is required to transmit the paper "forthwith" to the clerk's office.



| | | |
|---|---|---|
| **Shawnetta T. Graham** | ) | |
| **Plaintiff, Pro Se** | ) | |
| **-VS-** | ) | |
| | ) | **United States District Court** |
| **State of Illinois and the Illinois Department Of Corrections,** | ) | **Northern District of Illinois** |
| **Defendants** | ) | |
| | ) | **Honorable Judge** |
| | ) | **Der Yeghiayan** |
| | ) | |
| | ) | **Civil Action #: <u>07 C 7078</u>** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

# Table of Contents and Table of Cases For Graham's Sur-Reply

# &

## Certificate of Services and Notice of Filing



# &

# Affidavit

## Table of Contents of Graham's Sur-Reply

**Objections to Assistant Attorney General Argument to further support her motion for dismiss**

**Objection 1/sur-reply**

**Walsh's argument for immune to suit............................................page 1**

**Graham's sur-reply..............................................................page 1-2**

**Objection 2/sur-reply**

**Walsh's argument that defendants' are entitle to dismissal.................page 2**

**Graham's sur-reply..............................................................page 2-3**

**Objection 3/sur-reply**

**Walsh's argument that the State of Illinois is not Plaintiff employer.......page 3**

**Graham's sur-reply..............................................................page 3 to 7**

**Objection 4/sur-reply**

**Walsh's argument that Plaintiff has failed to plead day recognizable violation under Title VII..............................................................................Page 7**

**Graham's sur-reply..............................................................page 7 to 11**

**Objection 5/sur-reply**

**Walsh arguments that claim under ADA fails....scheme to circumvent exclusive jurisdiction.......................................................................page 11**

**Graham's sur-reply..............................................................page 11 to 15**

**Objection 6/sur-reply**

**Table of Contents of Graham's Sur-Reply**

**Objections to Assistant Attorney General Argument to further support her motion for dismiss**

**Walsh's comments in the body of her reply on page 7th and 8th.................page 15**

**Graham's sur-reply.........................................................page 15to 17**

**Objection 7/sur-reply**

**Walsh argument that court lacks subject matter jurisdiction over.............page 17**

**Graham's sur-reply.........................................................page 18-19**

**Objection 8/sur-reply**

**Walsh argument that plaintiff's Motion to amend her complaint should be denied.......................................................................page 19**

**Graham's sur-reply.........................................................page 19 to 26**

**Objection 9/sur-reply**

**Further support to amend Graham's Complaint/Graham reply.........page 27 to 30**

**Conclusion**

**Graham's Reply and Plead**
**Page 30**

# TABLE OF CASES OF STATUES USED/SUPPLEMENT USED IN SUR-REPLY

## CONSTITUTIONAL LAW

**Eleventh Amendment**

## Federal Law/Federal Supplement

**United States Code Annotated**
**USCA Amendment XI**
**USCA 42<1981a> Chapter 21**
**USCA 28 Rule 11 and Rule 12**
**USCA 42<2000e>**
**USCA 42 <12112> Chapter 126**
**USCA 42 <12111>**

**U.S. Court Reporter 52. Law ED U.S.**

## Federal Civil Rules Handbook <2008>

**Rule 12 Remedy and Amendments**
**Rule 10(a) Caption, names of parties**

## Federal
## Civil Liability Law & Civil Statues

**Title VII of the Civil Rights Act of 1994**
**Civil Rights Act of 1991**
**The American with Disabilities Act of 1990**

## Federal Cases Cited

**Eugene McAdory and Kenneth Briley-VS- Rod R. Blagojevich & Roger Walker Jr. (No. 05 C4196 & 05 No C 2024) 2006 U.S. Dist. Lexis 34076**

**Jeffery Hutchinson-v-Rod R. Blagojevich and Roger Walker Jr. (No o4 C2947) (2006 U.S. Dist. Lexis 36071)**

**Mark Pierson-VS-Rod R. Blagojevich and Roger Walker Jr.**
**(No 04 C 939) (2005 U.S. Dist. Lexis 9)**

**Federal Cases Cited**
**Diane Ford-VS- Rod R. Blagojevich**
**(No 03-3089)**
**260 F. Supp. 2d 700: 2003 U.S. Dist. Lexis 7776**

**Mark Trevathan-VS-Roger E. Walker Jr & Eugene Mcadory**
**(No. 06-CV-4044-JPG)**

**Norman Bankston, Herman Davila, John E. George, Jr. and Rolando Hermandez-VS- State of Illinois, Central Management Services, Stephen G. Schnorf**
**(No. 93 C 39)**

**Mason Williams (N-73834)-VS-School District # 428**
**(No 98 C 1448) & (1998 U.S. Dist. Lexis 21770)**

**Dana Malone-VS-Illinois Department of Corrections**
**(No 02-C-8126) & (2003 U.S. Dist. Lexis 16566. )14 Am. Disabilities Cas. (BNA) 1491**

**Kenvin Downey & Janice Tuxhorn Charles Shonkwiler**
**(No. 05-3001) & (2007 U.s. Dist. Lexis 73505)**

**Indira Adusumilli-VS-Loyola University of Chicago**
**(No 97 C 8188) & 1999 U.S. Dist. Lexis 17229**

**Federal Civil Judicial Procedure and Rules <2007>**
**Federal Civil Rules Handbook**
**Rule 8 & Rule 10a**

**Lexis Nexis Case Cited**

**Marlin Unzicker-VS-Kraft Food Ingredient Corporation**
**203 Ill. 2d 64 N.E. 2d 1024: 2002 Ill lexis 957: Dec 724**
**Docket No. 92838**

**Case Cited for the Illinois Human Rights Commission**

**Janet S. Bowen-VS- Illinois Department of Corrections**
**William Penning-VS-Illinois Department of Corrections**
**Deachtra Henry-VS- Illinois Department of Corrections**

**Illinois Law/Illinois Act/ Illinois Statues**

**26 Illinois Jurisprudence Workers' Compensation**
**1:01-10:105**

**11 Illinois Jurisprudence 4:13 Personal Injury and Torts**

**Illinois Contribution Act**
**735 ILCS 5/2 6/6**
**740 ILCS 100/3.5**
**820 ILCS 305/12 <2006>**
**820 ILCS 305/25.5**

**Academic Books**
**Black Law Dictionary 7th Edition**
**Webster's Third New International Dictionary**
**Unabridged copyright 1976**

**Web-Site**

**www. U.S. Equal Employment Opportunity Commission**
**www.eeoc.gov**

**Labor Orginzations**
**AFSCME**
**Article III, Article XXIII,...**