

| | |
|---|---|
| **Shawnetta T. Graham** ) | |
|     Plaintiff, Pro Se ) | |
| -VS- ) | |
| ) | United States District Court |
| **State of Illinois and the Illinois Department** ) | Northern District of Illinois |
| **Of Corrections,** ) | |
|     Defendants ) | Honorable Judge |
| ) | Der Yeghiayan |
| ) | |
| ) | Civil Action #: **07 C 7078** |

FILED
AUG 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### Notice of filling and Certificate of Service

This serves as notification to the defendants that I will be filing a <u>SUR-REPLY</u> to **FURTHER SUPPORT MY MOTION** to amend my complaint in the U.S. District Court in the Northern of Illinois Eastern Division at Chicago. Also, I would be filling my objections to the defendant **REPLY TO FURTHER SUPPORT HER MOTION TO DISMISS.**

I <u>Shawnetta T. Graham</u>, being first duly sworn on oaths, states that she has served one copy of the attach <u>SUR-REPLY</u> to each person name below the __12__ day of <u>August</u>, in the year of <u>2008</u>, in the manner indicated below. The <u>SUR-REPLY</u> was delivered by U.S. Mail before the hour of <u>5:00 p.m.</u> This is excluding the exhibits. The exhibits will be mailed out before the hours of 5:00 pm on <u>August 15, 2008</u>.

( ) Hand Delivered      (X) First Class mail      ( ) Certified mail

Illinois Attorney General
c/o Colette A. Walsh
Assistant Attorney General
General Law Bureau
100 West Randolph St., 13th Floor
Chicago, Illinois 60601
(312)-814-4328

Affidavit of Service      SEAL:

Plaintiff: _Shawnetta T. Graham_ (signature)
Shawnetta T. Graham
1101 Assell Ave.
Aurora, Illinois 60505

Subscribed and sworn before me, this day __12th__ of August in the year 2008

Notary Public: _Candice M. Bonham_ (signature) date: Aug. 12, 2008

OFFICIAL SEAL
CANDICE M. BONHAM
Notary Public - State of Illinois
My Commission Expires Apr 07, 2012

FILED
AUG 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

|   |   |
|---|---|
| Shawnetta T. Graham )<br>    Plaintiff, Pro Se )<br>-VS- )<br> )<br>State of Illinois and the Illinois Department )<br>Of Corrections, )<br>    Defendants ) | United States District Court<br>Northern District of Illinois<br><br>Honorable Judge<br>Der Yeghiayan<br><br>Civil Action #: <u>07 C 7078</u> |

## Affidavit

This is an affidavit that testified that the information in this Sur-Reply/Legal Memorandum is true and correct as well as the exhibits, in addition to the objections to the defendant memorandum to dismiss. All medical information is being provided to help the presiding judge and the defendant attorney understand the body of the Sur-Reply. All medical information is for court purpose only and I am not giving permission for anyone to share the medical information to the general public or anyone who is not name in the caption of the case.

I <u>Shawnetta T. Graham</u>, being first duly sworn on oaths, states that this information that is attached is true and correct. I testify to this on the _12_ day of <u>August</u>, in the year of 2008.

Plaintiff: _Shawnetta T. Graham_
Shawnetta T. Graham
1101 Assell Ave.
Aurora, Illinois 60505

Subscribed and sworn before me, this day _12_ of the month of August in the year 2008

Notary Public: _Candice M. Bonham_   date: _Aug 12, 2008_

Seal:

OFFICIAL SEAL
CANDICE M. BONHAM
Notary Public - State of Illinois
My Commission Expires Apr 07, 2012