Shawnetta T. Graham )
    Plaintiff, Pro Se )
-VS- )
     ) United States District Court
State of Illinois and the Illinois Department ) Northern District of Illinois
Of Corrections, )
    Defendants ) Honorable Judge
     ) Der Yeghiayan
     )
     ) Civil Action #: 07 C 7078

### Letter to United States Clerk Office

The presiding Judge was mailed a copy of the sur-reply per his request; because of <u>financial hardship</u> I cannot deliver the clerk office a copy. Therefore, I have written to the judge to request that Rule 5 of the Federal Rules of Civil Procedure is practice in this situation. Rule 5 states: Where the judge so permits, papers maybe "Filed" with the judge directly, after which the judge is required to transmit the paper "forthwith" to the clerk's office.

    Note: The following was filed with the U.S. Clerk Office
          Table of Contents of Sur-Reply
          Table of Cases for Sur-Reply
          Notice of Filing
          Certificate of Service
          Affidavit