|  |  |
|---|---|
| Shawnetta T. Graham ) | |
| Plaintiff, Pro Se ) | |
| -VS- ) | |
| ) | United States District Court |
| State of Illinois and the Illinois Department ) | Northern District of Illinois |
| Of Corrections, ) | |
| Defendants ) | Honorable Judge |
| ) | Der Yeghiayan |
| ) | |
| ) | Civil Action #: <u>07 C 7078</u> |

**RECEIVED AUG 1 8 2008**
Judge Samuel Der-Yeghiayan
U.S. District Court

**FILED AUG 1 8 2008**
AUG 18 2008
Judge Samuel Der-Yeghiayan
U.S. District Court

### Letter to the U.S. Clerk Office

The presiding Judge was mailed a copy of the exhibits for the sur-reply per his request; because of <u>financial hardship</u> I cannot deliver the clerk office a copy. Therefore, I have written to the judge to request that Rule 5 of the Federal Rules of Civil Procedure is practice in this situation. Rule 5 states: Where the judge so permits, papers maybe "Filed" with the judge directly, after which the judge is required to transmit the paper "forthwith" to the clerk's office. Enclosed in this letter is a copy of the following:

Notice of filing and Certificate of Service for the Exhibits 1 to Exhibits 17

A copy of the cover sheet for the Appendix

A copy of the Table of Contents for the Exhibit 1 to Exhibit 17

Note: The contents of Exhibit 1 to Exhibit 17 will be forward to you by the presiding judge.