| | |
|---|---|
| Shawnetta T. Graham ) | |
| Plaintiff, Pro Se ) | |
| -VS- ) | |
| ) | United States District Court |
| State of Illinois and the Illinois Department ) | Northern District of Illinois |
| Of Corrections, ) | |
| Defendants ) | Honorable Judge |
| ) | Der Yeghiayan |
| ) | |
| ) | Civil Action #: 07 C 7078 |

### Letter to the U.S. Clerk Office

The presiding Judge was mailed a copy of the exhibits for the sur-reply per his request; because of <u>financial hardship</u> I cannot deliver the clerk office a copy. Therefore, I have written to the judge to request that Rule 5 of the Federal Rules of Civil Procedure is practice in this situation. Rule 5 states: Where the judge so permits, papers maybe "Filed" with the judge directly, after which the judge is required to transmit the paper "forthwith" to the clerk's office. Enclosed in this letter is a copy of the following:

Notice of filing and Certificate of Service for the Exhibits 1 to Exhibits 17

A copy of the cover sheet for the Appendix

A copy of the Table of Contents for the Exhibit 1 to Exhibit 17

Note: The contents of Exhibit 1 to Exhibit 17 will be forward to you by the presiding judge.

| | |
|---|---|
| Shawnetta T. Graham<br>　　Plaintiff, Pro Se<br>-VS-<br><br>State of Illinois and the Illinois Department<br>Of Corrections,<br>　　Defendants | )<br>)<br>)<br>) United States District Court<br>) Northern District of Illinois<br>)<br>) Honorable Judge<br>) Der Yeghiayan<br>)<br>) Civil Action #: <u>07 C 7078</u> |

# APPENDIX OF

# SUR-REPLY

### EXHIBIT 1 TO EXHBIIT 17

|  |  |
|---|---|
| Shawnetta T. Graham<br>　　　Plaintiff, Pro Se<br>　-VS-<br><br>State of Illinois and the Illinois Department<br>Of Corrections,<br>　　　Defendants | )<br>)<br>)<br>)　United States District Court<br>)　Northern District of Illinois<br>)<br>)　　Honorable Judge<br>)　　Der Yeghiayan<br>)<br>)　Civil Action #: <u>07 C 7078</u> |

### Table of Contents for the Exhibits to Graham's Sur-Reply

Exhibit 1………………………………….current check studs and previous check studs

Exhibit 2…CMS mail, CMS pay increase information & CMS/IDOC job performance elevations

Exhibit 3………………………………………………….AFSCME Union Agreement

Exhibit 4……….signature of the Illinois Governor on the behalf of the State of Illinois

Exhibit 5……………………………..signature of CEO of union and local 416 president

Exhibit 6……………………………………..A copy of Graham's work identification

Exhibit 7………………………………….Notices of timely exception issues from IHRC

Exhibit 8…………………………..A Letter from AFSCME Union President Local 416

Exhibit 9…incidents about working with a job restriction & working outside job title

Exhibit 10…………………………………………………..Purposed Amended Complaint

Exhibit 11………………………………….Incidents for continuing violation theory

Exhibit 12…………………………………………………….Minnesota Life letters

Exhibit 13…………………………………………………CUNA Mutual Group Letter

Exhibit 14……………….Letter to Superintendent of Schools Plus an incident Report

Exhibit 15…Notice to the defendant for the propose amendment of the case caption

Exhibit 16……….Medical Report from Colonoscopy & Medical Report of Foot Exam

Exhibit 17…………………………..Letter to Judge Der-Yeghiayan with attach documents

| | |
|---|---|
| Shawnetta T. Graham ) | |
| Plaintiff, Pro Se ) | |
| -VS- ) | |
| ) | United States District Court |
| State of Illinois and the Illinois Department ) | Northern District of Illinois |
| Of Corrections, ) | |
| Defendants ) | Honorable Judge |
| ) | Der Yeghiayan |
| ) | |
| ) | Civil Action #: 07 C 7078 |
| ) | |

### Notice of filling and Certificate of Service

This serves as notification to the defendants that I filed a **SUR-REPLY** to **FURTHER SUPPORT MY MOTION** to amend my complaint in the U.S. District Court in the Northern of the Illinois Eastern Division at Chicago. Also, I filed my objections to the defendant **REPLY TO FURTHER SUPPORT HER MOTION TO DISMISS**. On August 13, 2008, it was mailed by standard U.S First Class mail . On August 15, 2008 before the hour of 5:00 pm the plaintiff mailed the defendants one copy of the exhibits which were exhibit 1 to exhibit 17.

I Shawnetta T. Graham, being first duly sworn on oaths, states that she has served one copy of the attach **EXHIBITS** to each person name below the __15__ day of August, in the year of 2008, in the manner indicated below. The EXHBIITS ARE REFERENCE TO THE FILED **SUR-REPLY**.

( ) Hand Delivered            (X) First Class mail            ( ) Certified mail

Illinois Attorney General Office
c/o Colette A. Walsh
Assistant Attorney General
General Law Bureau
100 West Randolph St., 13th Floor
Chicago, Illinois 60601
(312)-814-4328

Affidavit of Service                SEAL

Plaintiff: _Shawnetta T. Graham_ (signature)
Shawnetta T. Graham
1101 Assell Ave.
Aurora, Illinois 60505

Subscribed and sworn before me, this day __15__ of August in the year 2008

Notary Public: _____ Date: 8-15-08
Exp: 6/30/11

[Notary seal: OFFICIAL SEAL, MARVIN G SCHROEDER, Notary Public - State of Illinois, My Commission Expires Jun 30, 2011]