# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7078 | **DATE** | 8/28/2008 |
| **CASE TITLE** | Graham vs. State of Illinois, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 10/29/08 at 9:00 a.m. As stated on the record, Plaintiff is given leave to file an amended complaint. Defendants' motion to dismiss [17] is stricken as moot without prejudice. As they remain pending on this Court's docket, Plaintiff's pending motions [21], [38], [39] are stricken as moot without objection. Plaintiff is warned that failure to serve any new Defendant named in the amended complaint pursuant to Federal Rules of Civil Procedure 4 will result in a dismissal of the action as to that Defendant not properly served. Plaintiff is further warned that failure to appear on a Court's noticed status hearing may result in a dismissal of the action pursuant to Local Rule 41.1.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | maw |
|---|---|---|