
---
Shawnetta T. Graham )
    Plaintiff, Pro Se )
  -VS- )
  ) United States District Court
  ) Northern District of Illinois
  )
  ) Honorable Judge
  ) Der Yeghiayan
  )

State of Illinois, Illinois Department of Corrections, State of Illinois Department of Central Management Services, Illinois Department of Corrections School District # 428, and name officials Governor of Illinois Rod R. Blagojevich, Director of the Illinois Department of Corrections Roger E. Walker Jr., Warden Jeffery Bargar of Illinois Youth Center Warrenville, Assistant Warden of Programs Margarita Mendoza of Illinois Youth Center Warrenville, Assistant Warden Operations Wendy Blank- Navarro of Illinois Youth Center Warrenville, & School Principal for Illinois Department of Corrections School District #428 for Illinois Youth Center Warrenville Cynthia N. Miller

) Civil Action #: 07 C 7078
)
) 07cv7078
)
)
)

FILED SEP 9, 2008 MICHAEL W. DOBBINS CLERK U.S. DISTRICT COURT

### AFFADAVIT & NOTICE of FILING to Defendants FOR AN AMENDED COMPLAINT

This is an affidavit to state that the plaintiff has notified all parties and current legal representative that they have been named in the caption of the amended complaint. They have been notified that if in fact the address I have on file has some type of mailing restriction than I need to be notified. They have been notified that they should notified plaintiff if someone other than the Illinois Attorney General Office will be representing them.. This notification document was delivered by standard U.S. Mail to the name defendants and their known and current legal representative.

On September __6__, 2008 before the hour of 5:00 pm by United States Mail Services

This information is true and correct, and was proposed in order to prevent a summons conflict among parties. Cynthia N. Miller home address was not share with the other name defendants, but shared with the court for legal information and known legal representative which started before December 17, 2007.

( ) Hand Delivered     (X) First Class mail     ( ) Certified mail

Illinois Attorney General Office      IDOC Legal Department
c/o Colette A. Walsh      c/o Vickie Fair

**Affidavit of Service**      SEAL:

Plaintiff: *Shawnetta T. Graham*
Shawnetta T. Graham
1101 Assell Ave.
Aurora, Illinois 60505

Subscribed and sworn before me, this day 5 of September in the year 2008

Notary Public: *Kimberly A Rygiewicz* Date: 9-5-08

OFFICIAL SEAL
KIMBERLY A RYGIEWICZ
Notary Public - State of Illinois
My Commission Expires Mar 29, 2009



Shawnetta T. Graham )
    Plaintiff, Pro Se )
  -VS- )
) United States District Court
) Northern District of Illinois

State of Illinois, Illinois Department of Corrections, State of Illinois Department of Central Management Services, Illinois Department of Corrections School District # 428, and name officials Governor of Illinois Rod R. Blagojevich, Director of the Illinois Department of Corrections Roger E. Walker Jr., Warden Jeffery Bargar of Illinois Youth Center Warrenville, Assistant Warden of Programs Margarita Mendoza of Illinois Youth Center Warrenville, Assistant Warden Operations Wendy Blank- Navarro of Illinois Youth Center Warrenville, & School Principal for Illinois Department of Corrections School District #428 for Illinois Youth Center Warrenville Cynthia N. Miller, Defendants.
)
) Honorable Judge
) Der Yeghiayan
)
) Civil Action #: 07 C 7078
)
)
)
)

FILED
SEP 9 - 2008
SEP 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Notice to defendants and legal representative of a filed amended complaint

OLD Complaint's caption read

State of Illinois, Illinois Department of Corrections

Brief History of the Case

The above caption of the case is regarding a Civil Rights Act violation of intentional discrimination, plus a violation of American with Disabilities Act this complaint was filed on December 17, 2007 in the United States Clerk Office by the plaintiff. The presiding judge has allowed the plaintiff to amend her complaint as of August 28, 2008. The Plaintiff filed around and about four motions. One motion was to amend her caption of her case. (See Court Docket online data base) A motion to dismiss the complaint which was filed by the Assistant Attorney General Walsh which was filed around or about March 17, 2008 has been stricken as moot. The Plaintiff has filed two briefs and the Assistant Attorney General has filed two briefs. Now, on October 29, 2008 a status hearing is schedule.

### Summons Concerns

On <u>August 28, 2008</u> per the judge verbal order the plaintiff filed a copy of the amended complaint at the United States Clerk Office on the 20th floor in Chicago. I still have to summons you because you are mention in the caption of the case and the Assistant Attorney General needs to be summons. The Assistant Attorney General stated on <u>August 28, 2008</u> that she represents the State of Illinois and the Illinois Department of Corrections. If in fact you want representation by her office, than you must submit a request. This is very important for a summons purpose. I have already delivered to the Attorney General Officer the Exhibits to the case. The Assistant Attorney General cannot take the responsibility of taking the summons on your behalf until you submit your request to her office for representation.

### Notice to Vickie Fair of the IDOC Legal Department
### Notice to the IDOC School District #428

Vickie Fair has in the past signed for the court summons for the Illinois Department of Corrections. If in fact your Department will be taking the responsibility of services for the listed IDOC Employee than I need to know this, because I do not want double charge or errors in the summons. If in fact your legal department will be taking the summons for IDOC School District # 428, please let me know by phone, mail or e-mail.

### Notice to the Governor of Illinois

You are named in the complaint if the Attorney General Office will not be representing you please let me know. The Assistant Attorney General stated on <u>August 28, 2008</u> that she represents the State of Illinois and the Illinois Department of Corrections.

### Notification of any mailing restriction
### Notice to individuals who are name in the job capacity of the amended complaint

Currently I have your work address on file if you do not want the summons delivered to the address I have on file than you must let me know, by mail, phone, or e-mail. If you are retired I have your home address on file.

Some of your job title has changed since the filing of the charge in the Illinois Civil Justice System. One of you has retired. However, the plaintiff feels that everyone listed has some association within the complaint. The presiding job will determine who is legally responsible in this case and if an <u>injunction</u> needs to be order.

**This is the address I have on file for you:**

Warden of Illinois Youth Center Warrenville Jeffery Bargar
Assistant Warden of Programs of Illinois Youth Center Warrenville
Margarita Mendoza
30 West 200 Ferry Road
Warrenville, Illinois 60505

New job title: Superintendent of Illinois Youth Center Warrenville
Jeffery Bargar

New job title: Assistant Superintendent of Programs of Illinois Youth
Center Warrenville
Margarita Mendoza

Assistant Warden of Operations Wendy Blank Navarro
Current work location is in another facility but is allowed to move to
Facility to Facility
New state employee title: Regional Hostage Coordinator
Statesville Correctional Center
Route 53, Post office Box 112
Joliet, Illinois 60434

Governor Rod R. Blagojevich
207 State House
Springfield, Illinois 62706

Director Roger E. Walker. Jr
Illinois Department of Corrections
1301 Concordia Court
Post Office Box 19277
Springfield, Illinois 62794-9277

Acting Director Maureen T. O'Donnell
c/o State of Illinois Department of Central Management Services
James R. Thompson Center
100 West Randolph
Chicago, Illinois 60601

Illinois Department of Correction School District # 428
Adult Division
1301 Concordia Court
Post Office Box 19277
Springfield, Illinois 62794-9277

Cynthia N. Miller

Home address is on file

### Notification Requirement

Please notify me within ten days to fifteen days to let me know if in fact you do not want the summons delivered to your place of work, and provide me with another address. Please, let me know if you are going to submit a request to the Attorney General Office for legal representation.

### Current involvement in this case

If you currently have some type of involvement in this case, please let me know whom you are taking the summons on behalf. (By mail, phone, or e-mail)

### Summons Deadline

I have **120 days** from **August 28, 2008** to serve you, and I am trying to cut the cost due to the fact I am personally doing this out of my limit available funds and the cost of gas and food has escalated.

### State of Illinois Employee

Sometime in Mid **September 2008** or before **October 15, 2008** I will be mailing two copies of the complaint **without the exhibits** to all current name state employees whom are named in the caption of the case. This will give the name officials an idea for defense and a head start to prepare their defense. If in fact you will be requesting legal representation from the Attorney General Officer, then she already has the exhibits. The plaintiff does not want a double cost. If the Attorney General Office is not going to represent you, than I have until **December 28, 2008** to deliver you two copies of the filed exhibits. One exhibits for you as the name defendant, and one exhibit for your legal representative, and this statement is also true for the complaint. If you hire an attorney to represent you in this case, than all exhibits are on the online court docket as well as other filed court documents.

### Retired State of Illinois Employee

If you are not currently a state employee and now a retired state employee I will be mailing you two copies of the complaint and one copy of the exhibits. I have until **December 28, 2008** to get you the other copy. Unless, you tell me in ten days or fifteen days that the Attorney General Office decided to represent you in this case.

### Notice to the State of Illinois Department Central Management Services

<u>August 28, 2008</u> the Assistant Attorney General stated she does not represent you. Please, notify me who will be representing the State of Illinois Department of Central Management Services. I will me mailing you a complaint in care of the name director of this year. (M.T. O'Donnell). I am aware that you were not the director of CMS for the year of 2004.

### Conflict Concerns

I would like to cut the cost of dealing with this summons, so I will be including a waver with the complaint. The summons will be delivered to all parties by certified mail. If that approach does not work than I will ask the court for assistant by requesting a U.S. Marshall to hand deliver the summons to your current address I have on file.

### Goals

Plaintiff would like to resolve this in the lower federal court. The plaintiff would like all parties to have their copies of your complaint before <u>October 29, 2008</u> and copies of Exhibits by <u>December 28, 2008</u>

### Open Door Policy and other Concerns

Plaintiff is open to comments by mail, phone, or e-mail, hopefully we can resolve this with little cost. The Plaintiff will not lower any of the relief sought. At this point it has been too costly for the plaintiff and the wear and tear on her body has no price.

*Shawnetta T. Graham* 9/5/08
Shawnetta T. Graham, Pro Se
1101 Assell Ave
Aurora, Illinois 60505
(630) 709-7165 mobile with voice mail
(630) 983-6231 Ext 262  8 am to 4 pm
e-mail: gShawnetta@hotmail.com

CC: Presiding U.S. Federal Judge
Defendants & Agencies
Assistant Attorney General Colette A. Walsh
Vickie Fair, IDOC Legal Department
U.S. Clerk Office

| Vickie Fair | Assistant Attorney General |
|---|---|
| IDOC Legal Department | Colette A. Walsh |
| 4th floor-200 | 100 West Randolph St. |
| 100 West Randolph | 13th Floor |
| Chicago, Illinois 60601 | Chicago, Illinois 60601 |
| (312)-814-2955 | (312)-814-4328 |

| | |
|---|---|
| Shawnetta T. Graham | ) |
|     Plaintiff, Pro Se | ) |
| -VS- | ) |
| | ) |

<u>State of Illinois, Illinois Department of Corrections, State of Illinois Department of Central Management Services, Illinois Department of Corrections School District # 428</u>, and name officials <u>Governor of Illinois Rod R. Blagojevich, Director of the Illinois Department of Corrections Roger E. Walker Jr., Warden Jeffery Bargar of Illinois Youth Center Warrenville, Assistant Warden of Programs Margarita Mendoza of Illinois Youth Center Warrenville, Assistant Warden Operations Wendy Blank- Navarro of Illinois Youth Center Warrenville, & School Principal for Illinois Department of Corrections School District #428 for Illinois Youth Center Warrenville Cynthia N. Miller, Defendants</u>

                                                               ) United States District Court
                                                               ) Northern District of Illinois

                                                               ) Honorable Judge
                                                               ) Der Yeghiayan

                                                               ) Civil Action #: <u>07 C 7078</u>

---

### Notice of Filling FOR amended complaint

On <u>August 28, 2008</u> per the order of the presiding judge the plaintiff was instructed to hand deliver the amended complaint to the United States District Office Clerk Office at the <u>Everett Mckinley Dirksen Federal Court House</u>, which is located at <u>219 South Dearborn, Chicago, Illinois 60604 on the 20th Floor</u>. This complaint is available on the on-line Court Docket. The complaint is true and correct. All parties and agencies that are listed in the caption of the case have been notified. The summons will begin in <u>October 2008</u> or close as possible. Everything in the complaint is true and correct. The complaint was allowed to be amended as well as <u>Exhibit DD</u> and it was allowed to add <u>Exhibit FF.</u> These exhibits will be included with the summons and forward to the presiding judge and the U.S. Clerk Office

                                      Respectfully submitted,

                                                                              ,Pro-Se
                                        Shawnetta T. Graham
                                        1101 Assell Ave
                                        Aurora, Illinois 60505
                                        630-709-7165

CC: Name defendants, name agency, Assistant Attorney General Walsh, Vickie Fair

| | |
|---|---|
| Shawnetta T. Graham <br>     Plaintiff, Pro Se <br> -VS- | ) <br> ) <br> ) <br> )   United States District Court <br> )   Northern District of Illinois <br> ) <br> )   Honorable Judge <br> )   Der Yeghiayan <br> ) |

State of Illinois, Illinois Department of Corrections, State of Illinois Department of Central Management Services, Illinois Department of Corrections School District # 428, and name officials Governor of Illinois Rod R. Blagojevich, Director of the Illinois Department of Corrections Roger E. Walker Jr., Warden Jeffery Bargar of Illinois Youth Center Warrenville, Assistant Warden of Programs Margarita Mendoza of Illinois Youth Center Warrenville, Assistant Warden Operations Wendy Blank- Navarro of Illinois Youth Center Warrenville, & School Principal for Illinois Department of Corrections School District #428 for Illinois Youth Center Warrenville Cynthia N. Miller

                                        )  Civil Action #: 07 C 7078
                                        )
                                        )
                                        )
                                        )

This personal information is being shared with the Attorney General Office and the Legal Department of Illinois Department of Corrections; as well as the presiding federal judge and the U.S. Clerk Office.

                                      Home Address

                                      Cynthia N. Miller
                                      396 Michigan Ave
                                      Aurora, Illinois 60506